# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ann Darlene Wells

                    Plaintiff,

v.                                            Case No.: 1:09−cv−01198
                                            Honorable Matthew F. Kennelly

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 10, 2010:

      MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on Monell Issues. Court declines to bifurcate discovery relating to Monell claim. Court defers the question of trial bifurcation and will handle summary judgment in a two−step process. Status hearing set for 8/31/2010 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.