IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN DARLENE WELLS, as Representative of the Estate of Donald L. Wells, Deceased,<br><br>Plaintiff<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br><br>Defendants. | 09 CV 1198<br><br>Judge Matthew F. Kennelly |

## STIPULATION OF THE PARTIES

The parties hereby agree and stipulate as follows:

1. Defendants intend to call Ms. Rizzuto as a witness only if Plaintiff argues that Defendants lost or destroyed Mr. Wells' copy of his discharge papers.

2. Accordingly, the parties agree that Defendants will not call Ms. Rizzuto as a witness so long as Plaintiff does not argue that Defendants lost or destroyed Mr. Wells' copy of his discharge papers.

Respectfully submitted,

/s/Donna Rizzuto
Donna Rizzuto
Howard & Howard
200 S. Michigan Ave – Suite 1100
Chicago, Illinois 60604
(312)372-4000

/s/ Joseph M. Polick
Joseph M. Polick
Chief Assistant Corporation Counsel
City of Chicago – Law Department
30 N. LaSalle Street – Suite 900
Chicago, Illinois 60602
(312)744-8335
Attorney for Defendants Deneen, McMahon, Farrell, Carr, Sanders, Golubiak, Butkus, Musial, Guiterrez, Behling, Clifford, Moravec, Norman, Rowling, Terrazas, Block, Carlos, Davis, Ficht, Huddleston, Hurnes, Kilroy, Knight, Mackey, Roberts

/s/ George J. Yamin, Jr.
George J. Yamin, Jr.
Senior Counsel
City of Chicago – Law Department
30 N. LaSalle Street – Suite 900
Chicago, IL 60602
(312)744-0454
Attorney for Defendant City of Chicago

2002299v1