# United States District Court
## Northern District of Illinois
### Eastern Division

Wells                                                  **JUDGMENT IN A CIVIL CASE**

           v.                                                      Case Number: 09 C 1198

City of Chicago

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is corrected as follows:

On Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9 of plaintiff's third amended complaint, in favor of all defendants and against plaintiff; on Count 10 of plaintiff's third amended complaint, in favor of plaintiff and against defendants Michael Deneen, Galo Gutierrez, Maureen McMahon, and Elliott Musial, and in favor of all other defendants against plaintiff; on Count 11 of plaintiff's third amended complaint, in favor of plaintiff and against defendant City of Chicago; and on Count 12 of plaintiff's third amended complaint, in favor of plaintiff and against defendant City of Chicago to the extent of the compensatory damages award on Count 10. Plaintiff shall recover compensatory damages of $1,000,000 from defendants Michael Deneen, Galo Gutierrez, Maureen McMahon, Elliot Musial, and the City of Chicago, and punitive damages of $500 from defendant Michael Deneen, $50,000 from defendant Galo Gutierrez, $50,000 from defendant Maureen McMahon, and $50,000 from defendant Elliot Musial.

                                          Thomas G. Bruton, Clerk of Court

Date: 4/10/2012                            _____
                                                           /s/ Olga Rouse, Deputy Clerk