UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Ann Darlene Wells, as Representive of | ) | |
| the Estate of Donald L. Wells, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case #  09 C 1198 |
| | ) | Judge Kennelly |
| City of Chicago, et al., | ) | Magistrate Judge Ashman |
| | ) | |
| Defendants, | ) | |

## ITEMIZATION FOR DEFENDANTS' BILL OF COSTS

Index of attachments:

Totals of all
Fees for Exemplification and Copies of Papers
Subpoena Fees
Subpoena Service Fees
Deposition Costs
Record Copy Service Fees
Witness Parking Fees
Deposition Fees for Physicians and Plaintiff's Experts
Other Costs

## Total Costs

| Description | Amount |
| --- | --- |
| Fees for Exemplification and Copies of Papers | $736.80 |
| Subpoena Fees | $1,651.44 |
| Subpoena Service Fees | $200.00 |
| Deposition Costs | $22,168.70 |
| Record Copy Service Fees | $4,624.60 |
| Witness Parking Fees | $2,114.00 |
| Deposition Fees for Physicians and Plaintiff's Experts | $13,020.00 |
| Other Costs | $29,805.23 |
| **TOTAL OF ALL SECTIONS** | **$74,320.77** |

# Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 2/24/2009 | ATTORNEY Appearance for Plaintiff Ann Darlene Wells by Scott C. Frost | 1 | 1 | $0.15 | $0.15 |
| 2/24/2009 | ATTORNEY Appearance for Plaintiff Ann Darlene Wells by Alan J Statman. | 1 | 1 | $0.15 | $0.15 |
| 2/24/2009 | ATTORNEY Appearance for Plaintiff Ann Darlene Wells by Donna Rizzuto. | 1 | 1 | $0.15 | $0.15 |
| 3/17/2009 | ATTORNEY Appearance for Defendants John Campbell, Maureen McMahon, John B. Farrell, Sanders Tracey, Rachel Golubiak, Joann Butkus, John Valatoris, Roger Murphy, Cullen Murphy, Ronald Behling, City of Chicago, Greg Reynolds, James Robinson, Michael Deneen by Joseph M. Polick | 1 | 1 | $0.15 | $0.15 |
| 3/17/2009 | MOTION by Defendants | 3 | 2 | $0.15 | $0.90 |
| 3/17/2009 | Agreed NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 3/20/2009 | ATTORNEY Appearance for Defendants Robert Garza, Detective Musial, Galo Guiterrez by Joseph M. Polick (Polick, Joseph) (Entered: 03/20/2009) | 1 | 1 | $0.15 | $0.15 |
| 3/23/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/26/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/30/2009 | ATTORNEY Appearance for Defendant Arthur Carr, Jr by Joseph M. Polick (Polick, Joseph) (Entered: 03/30/2009) | 1 | 1 | $0.15 | $0.15 |
| 4/3/2009 | ANSWER to Complaint Defenses and Jury Demand | 29 | 1 | $0.15 | $4.35 |
| 4/3/2009 | NOTICE | 1 | 1 | $0.15 | $0.15 |
| 4/3/2009 | ANSWER to Complaint Defenses and Jury Demand by City of Chicago | 18 | 1 | $0.15 | $2.70 |
| 4/3/2009 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 5/5/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 5/13/2009 | MOTION by Defendants | 5 | 2 | $0.15 | $1.50 |
| 5/13/2009 | Agreed NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 5/14/2009 | MOTION by Plaintiff Ann Darlene Wells to dismiss | 6 | 2 | $0.15 | $1.80 |
| 5/14/2009 | PLAINTIFF'S First FRCP 26(a)(1) Disclosures. | 13 | 1 | $0.15 | $1.95 |
| 5/14/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 5/15/2009 | AGREED, Qualified HIPAA | 5 | 1 | $0.15 | $0.75 |
| 5/18/2009 | NOTICE of Motion by Donna Rizzuto for presentment of motion to dismiss 26 before Honorable Matthew F. Kennelly on 5/20/2009 at 09:30 AM. (Rizzuto, Donna) (Entered: 05/18/2009) | 2 | 1 | $0.15 | $0.30 |
| 6/24/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/24/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 9/15/2009 | MOTION by Plaintiff | 21 | 2 | $0.15 | $6.30 |
| 9/15/2009 | NOTICE of Motion by Donna Rizzuto | 1 | 1 | $0.15 | $0.15 |
| 9/21/2009 | MOTION by Defendants | 11 | 2 | $0.15 | $3.30 |
| 9/21/2009 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 9/21/2009 | ATTORNEY Appearance for Defendant | 1 | 1 | $0.15 | $0.15 |
| 9/23/2009 | MOTION for Leave to Appear Pro Hac Vice Filing | 2 | 2 | $0.15 | $0.60 |
| 9/23/2009 | MOTION for Leave to Appear Pro Hac Vice Filing | 2 | 2 | $0.15 | $0.60 |
| 9/24/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 9/24/2009 | FIRST AMENDED complaint | 18 | 1 | $0.15 | $2.70 |
| 9/24/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 9/24/2009 | AGREED Order | 2 | 1 | $0.15 | $0.30 |
| 10/2/2009 | NOTICE of Motion by William Kelly Lundrigan | 1 | 1 | $0.15 | $0.15 |
| 10/5/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/5/2009 | NOTICE of Motion by Colleen M. Hegge | 1 | 1 | $0.15 | $0.15 |
| 10/5/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/7/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/12/2009 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 10/12/2009 | RESPONSE by Ann Darlene Wells to MOTION by Defendants | 10 | 1 | $0.15 | $1.50 |
| 10/12/2009 | ATTORNEY Appearance for Plaintiff Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 10/15/2009 | ANSWER to amended complaint | 30 | 1 | $0.15 | $4.50 |
| 10/15/2009 | NOTICE by Maureen McMahon | 1 | 1 | $0.15 | $0.15 |
| 10/16/2009 | MOTION by Defendant City of Chicago | 22 | 2 | $0.15 | $6.60 |
| 10/16/2009 | NOTICE of Motion by George John Yamin | 1 | 1 | $0.15 | $0.15 |
| 10/22/2009 | REPLY by Defendants | 3 | 1 | $0.15 | $0.45 |
| 10/22/2009 | NOTICE by Maureen McMahon | 1 | 1 | $0.15 | $0.15 |
| 10/29/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/29/2009 | PROTECTIVE Order | 2 | 1 | $0.15 | $0.30 |
| 11/2/2009 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 11/2/2009 | ANSWER to plaintiff's first amended complaint | 20 | 1 | $0.15 | $3.00 |
| 1/11/2010 | MOTION by Plaintiff | 3 | 2 | $0.15 | $0.90 |
| 1/11/2010 | NOTICE of Motion by Donna Rizzuto | 1 | 1 | $0.15 | $0.15 |
| 1/21/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 2/8/2010 | ATTORNEY Appearance for Respondent John A Krivicich by Luke DeGrand | 1 | 1 | $0.15 | $0.15 |
| 2/8/2010 | ATTORNEY Appearance for Respondent John A Krivicich by Tracey L. Wolfe | 1 | 1 | $0.15 | $0.15 |
| 2/8/2010 | MOTION by Respondent | 7 | 2 | $0.15 | $2.10 |
| 2/8/2010 | Notice of Agreed Motion | 1 | 1 | $0.15 | $0.15 |
| 2/11/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 2/15/2010 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 2/15/2010 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 2/16/2010 | MOTION by Defendants | 4 | 2 | $0.15 | $1.20 |
| 2/16/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 2/17/2010 | MOTION by Plaintiff | 5 | 2 | $0.15 | $1.50 |
| 2/17/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 2/17/2010 | AMENDED motion to compel | 5 | 2 | $0.15 | $1.50 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 2/18/2010 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 2/18/2010 | RESPONSE by Defendants | 6 | 1 | $0.15 | $0.90 |
| 2/18/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 2/22/2010 | *MEMORANDUM by John A Krivicich* | 28 | 1 | $0.15 | $4.20 |
| 2/22/2010 | NOTICE by John A Krivicich | 1 | 1 | $0.15 | $0.15 |
| 2/23/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 2/23/2010 | AGREED PROTECTIVE Order | 2 | 1 | $0.15 | $0.30 |
| 3/15/2010 | MOTION by Plaintiff | 87 | 2 | $0.15 | $26.10 |
| 3/15/2010 | NOTICE of Motion by Donna Rizzuto | 1 | 1 | $0.15 | $0.15 |
| 3/18/2010 | RESPONSE by Defendants | 26 | 1 | $0.15 | $3.90 |
| 3/18/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 3/18/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/23/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/31/2010 | MOTION by Plaintiff | 7 | 2 | $0.15 | $2.10 |
| 3/31/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 4/1/2010 | RE- NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 4/7/2010 | MOTION by Defendants | 3 | 2 | $0.15 | $0.90 |
| 4/7/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 4/13/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/13/2010 | TRANSCRIPT OF PROCEEDINGS | 5 | 1 | $0.15 | $0.75 |
| 4/13/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/13/2010 | ORDER | 1 | 1 | $0.15 | $0.15 |
| 4/19/2010 | MOTION by Plaintiff | 29 | 2 | $0.15 | $8.70 |
| 4/19/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 4/19/2010 | Proposed Order | 1 | 1 | $0.15 | $0.15 |
| 4/22/2010 | SECOND AMENDED complaint | 26 | 1 | $0.15 | $3.90 |
| 4/22/2010 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 4/22/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/29/2010 | MOTION by Defendants | 8 | 2 | $0.15 | $2.40 |
| 4/29/2010 | Agreed NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 5/4/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 5/11/2010 | ATTORNEY Appearance for Defendants | 1 | 1 | $0.15 | $0.15 |
| 5/17/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 5/24/2010 | ANSWER to amended complaint | 30 | 1 | $0.15 | $4.50 |
| 5/24/2010 | NOTICE by Ronald Behling | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|------|-------------|-------------------|-------------|-----------------|--------------|
| 5/25/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 5/25/2010 | *NOTICE by City of Chicago* | 1 | 1 | $0.15 | $0.15 |
| 5/26/2010 | NOTICE of Correction | 1 | 1 | $0.15 | $0.15 |
| 5/26/2010 | ANSWER to amended complaint | 26 | 1 | $0.15 | $3.90 |
| 5/26/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 6/3/2010 | MOTION by Defendants | 15 | 2 | $0.15 | $4.50 |
| 6/3/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 6/4/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/4/2010 | MOTION by Plaintiff | 5 | 2 | $0.15 | $1.50 |
| 6/4/2010 | MOTION by Plaintiff | 75 | 2 | $0.15 | $22.50 |
| 6/4/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 6/8/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/9/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/9/2010 | AGREED AMENDED PROTECTIVE ORDER | 2 | 1 | $0.15 | $0.30 |
| 6/16/2010 | MOTION for Leave to Appear Pro Hac Vice Filing | 2 | 2 | $0.15 | $0.60 |
| 6/16/2010 | ATTORNEY Appearance for Defendants | 1 | 1 | $0.15 | $0.15 |
| 6/21/2010 | ATTORNEY Appearance for Respondent | 1 | 1 | $0.15 | $0.15 |
| 6/21/2010 | MOTION by Respondent | 10 | 2 | $0.15 | $3.00 |
| 6/21/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 6/24/2010 | RESPONSE | 7 | 1 | $0.15 | $1.05 |
| 6/24/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 6/24/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/25/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/25/2010 | PROTECTIVE Order | 2 | 1 | $0.15 | $0.30 |
| 6/28/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 7/8/2010 | MEMORANDUM by Ann Darlene Wells | 15 | 1 | $0.15 | $2.25 |
| 7/8/2010 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 7/15/2010 | RESPONSE by Defendant City of Chicago | 158 | 1 | $0.15 | $23.70 |
| 7/15/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 7/22/2010 | REPLY by Plaintiff | 14 | 1 | $0.15 | $2.10 |
| 7/22/2010 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 7/26/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 7/28/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 8/6/2010 | SUR-REPLY by Defendant City of Chicago | 23 | 1 | $0.15 | $3.45 |
| 8/6/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 8/10/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 8/26/2010 | MOTION by Plaintiff | 33 | 2 | $0.15 | $9.90 |
| 8/26/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 8/31/2010 | Third AMENDED complaint | 30 | 1 | $0.15 | $4.50 |
| 8/31/2010 | *MINUTE entry* | 1 | 1 | $0.15 | $0.15 |
| 10/1/2010 | MOTION by Defendants | 48 | 2 | $0.15 | $14.40 |
| 10/1/2010 | Agreed NOTICE of Motion | 2 | 1 | $0.15 | $0.30 |
| 10/1/2010 | MOTION by Defendant City of Chicago | 35 | 2 | $0.15 | $10.50 |
| 10/1/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 10/5/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/6/2010 | ANSWER to amended complaint third amended complaint | 30 | 1 | $0.15 | $4.50 |
| 10/6/2010 | NOTICE by Ronald Behling | 1 | 1 | $0.15 | $0.15 |
| 10/6/2010 | ANSWER to amended complaint | 30 | 1 | $0.15 | $4.50 |
| 10/6/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 11/8/2010 | MOTION by Plaintiff | 15 | 2 | $0.15 | $4.50 |
| 11/8/2010 | MOTION by Plaintiff | 18 | 2 | $0.15 | $5.40 |
| 11/8/2010 | Plaintiff's NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 11/8/2010 | MOTION by Plaintiff | 13 | 2 | $0.15 | $3.90 |
| 11/8/2010 | Plaintiff's NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 11/16/2010 | RESPONSE by Defendant City of Chicago | 17 | 1 | $0.15 | $2.55 |
| 11/16/2010 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 11/17/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 12/6/2010 | MOTION by counsel for Plaintiff | 3 | 2 | $0.15 | $0.90 |
| 12/6/2010 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 12/13/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 12/15/2010 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 12/15/2010 | Plaintiff's NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 12/17/2010 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 1/18/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 1/19/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 2/14/2011 | MOTION by Defendant City of Chicago | 60 | 2 | $0.15 | $18.00 |
| 2/14/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 2/16/2011 | RESPONSE by Plaintiff | 29 | 1 | $0.15 | $4.35 |

# Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 2/16/2011 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 2/16/2011 | REPLY by Defendant City of Chicago | 58 | 1 | $0.15 | $8.70 |
| 2/16/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 2/17/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/2/2011 | MOTION for Leave to Appear Pro Hac Vice Filing | 3 | 2 | $0.15 | $0.90 |
| 3/2/2011 | MOTION for Leave to Appear Pro Hac Vice Filing | 2 | 2 | $0.15 | $0.60 |
| 3/4/2011 | MOTION by Respondents | 11 | 2 | $0.15 | $3.30 |
| 3/4/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 3/7/2011 | RESPONSE by Ann Darlene Wells | 2 | 1 | $0.15 | $0.30 |
| 3/7/2011 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 3/8/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/8/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/11/2011 | RESPONSE by Respondent | 7 | 1 | $0.15 | $1.05 |
| 3/11/2011 | NOTICE by John A Krivicich | 1 | 1 | $0.15 | $0.15 |
| 3/15/2011 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 3/15/2011 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 3/25/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/8/2011 | RESPONSE by Respondent | 10 | 1 | $0.15 | $1.50 |
| 4/8/2011 | NOTICE by John A Krivicich | 1 | 1 | $0.15 | $0.15 |
| 4/8/2011 | NOTICE by John A Krivicich | 1 | 1 | $0.15 | $0.15 |
| 4/19/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 6/20/2011 | MOTION by Defendants | 3 | 2 | $0.15 | $0.90 |
| 6/20/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 6/21/2011 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 6/22/2011 | MOTION by Defendants | 3 | 2 | $0.15 | $0.90 |
| 6/22/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 6/22/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 7/19/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 9/12/2011 | NOTICE by Joseph M. Polick | 1 | 1 | $0.15 | $0.15 |
| 10/11/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/11/2011 | MOTION by Plaintiff | 4 | 2 | $0.15 | $1.20 |
| 10/11/2011 | MEMORANDUM by Ann Darlene Wells | 17 | 1 | $0.15 | $2.55 |

# Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 10/11/2011 | RULE 56 (a)(3) Statement by Ann Darlene Wells | 53 | 1 | $0.15 | $7.95 |
| 10/11/2011 | NOTICE by All Plaintiffs | 1 | 1 | $0.15 | $0.15 |
| 10/11/2011 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 10/11/2011 | Plaintiff's NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 10/11/2011 | MOTION by Defendant City of Chicago | 2 | 2 | $0.15 | $0.60 |
| 10/11/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 10/11/2011 | RULE 56 56.1(a)(3) Statement of undisputed facts | 48 | 1 | $0.15 | $7.20 |
| 10/11/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 10/12/2011 | MEMORANDUM by City of Chicago | 141 | 1 | $0.15 | $21.15 |
| 10/12/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 10/12/2011 | MOTION by Defendant City of Chicago | 2 | 2 | $0.15 | $0.60 |
| 10/12/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 10/12/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 10/13/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 11/14/2011 | MOTION by Defendants | 19 | 2 | $0.15 | $5.70 |
| 11/14/2011 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 11/14/2011 | RULE 56 56.1(b)(3)(C) Statement of Additional Facts | 180 | 1 | $0.15 | $27.00 |
| 11/14/2011 | RESPONSE by Defendants | 13 | 1 | $0.15 | $1.95 |
| 11/14/2011 | RULE 56 (b)(3) Statement in Support of Plaintiff's Response | 18 | 1 | $0.15 | $2.70 |
| 11/14/2011 | Exhibit List to RULE 56 (b)(3) Statement in Support of Plaintiff's Response | 436 | 1 | $0.15 | $65.40 |
| 11/15/2011 | MEMORANDUM by Ann Darlene Wells | 40 | 1 | $0.15 | $6.00 |
| 11/15/2011 | NOTICE by All Plaintiffs | 1 | 1 | $0.15 | $0.15 |
| 11/15/2011 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 11/15/2011 | RESPONSE by Defendant City of Chicago | 9 | 1 | $0.15 | $1.35 |
| 11/15/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 11/15/2011 | RULE 56 Statement | 67 | 1 | $0.15 | $10.05 |
| 11/15/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 11/15/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|------|-------------|-------------------|-------------|-----------------|--------------|
| 11/15/2011 | MEMORANDUM by Ronald Behling | 23 | 1 | $0.15 | $3.45 |
| 11/15/2011 | EXHIBIT by Ann Darlene Wells | 5 | 1 | $0.15 | $0.75 |
| 11/29/2011 | MOTION by Defendants | 3 | 2 | $0.15 | $0.90 |
| 11/29/2011 | Parties' Joint NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 11/30/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 12/12/2011 | REPLY by Defendant City of Chicago | 13 | 1 | $0.15 | $1.95 |
| 12/12/2011 | NOTICE by City of Chicago | 1 | 1 | $0.15 | $0.15 |
| 12/12/2011 | RESPONSE by Defendant City of Chicago | 28 | 1 | $0.15 | $4.20 |
| 12/12/2011 | NOTICE by City | 1 | 1 | $0.15 | $0.15 |
| 12/12/2011 | REPLY by Plaintiff | 8 | 1 | $0.15 | $1.20 |
| 12/13/2011 | MEMORANDUM in Support of Plaintiff's Motion | 14 | 1 | $0.15 | $2.10 |
| 12/13/2011 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 12/13/2011 | REPLY by Plaintiff | 17 | 1 | $0.15 | $2.55 |
| 12/13/2011 | MEMORANDUM by Ann Darlene Wells | 18 | 1 | $0.15 | $2.70 |
| 12/13/2011 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 12/15/2011 | MOTION by Defendant City | 3 | 2 | $0.15 | $0.90 |
| 12/15/2011 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 12/15/2011 | NOTICE of Motion by Donna Rizzuto | 1 | 1 | $0.15 | $0.15 |
| 12/15/2011 | Exhibit List by Ann Darlene Wells | 297 | 1 | $0.15 | $44.55 |
| 12/15/2011 | Exhibit List by Ann Darlene Wells | 180 | 1 | $0.15 | $27.00 |
| 12/15/2011 | Exhibit List by Ann Darlene Wells | 324 | 1 | $0.15 | $48.60 |
| 12/20/2011 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 1/16/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 1/16/2012 | MEMORANDUM OPINION AND ORDER | 35 | 1 | $0.15 | $5.25 |
| 1/23/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/5/2012 | ATTORNEY Appearance for Defendants | 1 | 1 | $0.15 | $0.15 |
| 3/6/2012 | MOTION by Plaintiff | 21 | 2 | $0.15 | $6.30 |
| 3/6/2012 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 3/6/2012 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 3/6/2012 | MOTION by Defendants | 15 | 2 | $0.15 | $4.50 |
| 3/6/2012 | NOTICE by Ronald Behling | 1 | 1 | $0.15 | $0.15 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|------|-------------|-------------------|-------------|-----------------|--------------|
| 3/7/2012 | Exhibit to Defendants' Joint Motions in Limine | 10 | 1 | $0.15 | $1.50 |
| 3/8/2012 | ATTORNEY Appearance for Defendants | 1 | 1 | $0.15 | $0.15 |
| 3/9/2012 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 3/12/2012 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 3/12/2012 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 3/12/2012 | *PROPOSED Pretrial Order* | 6 | 1 | $0.15 | $0.90 |
| 3/12/2012 | EXHIBIT by Plaintiff | 9 | 1 | $0.15 | $1.35 |
| 3/12/2012 | EXHIBIT by Plaintiff | 14 | 1 | $0.15 | $2.10 |
| 3/12/2012 | EXHIBIT by Plaintiff | 30 | 1 | $0.15 | $4.50 |
| 3/12/2012 | EXHIBIT by Plaintiff | 12 | 1 | $0.15 | $1.80 |
| 3/12/2012 | EXHIBIT by Plaintiff | 7 | 1 | $0.15 | $1.05 |
| 3/12/2012 | EXHIBIT by Plaintiff | 18 | 1 | $0.15 | $2.70 |
| 3/12/2012 | EXHIBIT by Plaintiff | 30 | 1 | $0.15 | $4.50 |
| 3/12/2012 | EXHIBIT by Plaintiff | 30 | 1 | $0.15 | $4.50 |
| 3/12/2012 | NOTICE by All Parties | 1 | 1 | $0.15 | $0.15 |
| 3/13/2012 | RESPONSE by Ann Darlene Wells | 16 | 1 | $0.15 | $2.40 |
| 3/13/2012 | Table of Authorities by Ann Darlene Wells | 2 | 1 | $0.15 | $0.30 |
| 3/13/2012 | EXHIBIT by Plaintiff | 30 | 1 | $0.15 | $4.50 |
| 3/13/2012 | EXHIBIT by Plaintiff | 30 | 1 | $0.15 | $4.50 |
| 3/13/2012 | EXHIBIT by Plaintiff | 2 | 1 | $0.15 | $0.30 |
| 3/13/2012 | EXHIBIT by Plaintiff | 5 | 1 | $0.15 | $0.75 |
| 3/13/2012 | EXHIBIT by Plaintiff | 6 | 1 | $0.15 | $0.90 |
| 3/13/2012 | EXHIBIT by Plaintiff | 5 | 1 | $0.15 | $0.75 |
| 3/13/2012 | EXHIBIT by Plaintiff | 13 | 1 | $0.15 | $1.95 |
| 3/13/2012 | EXHIBIT by Plaintiff | 3 | 1 | $0.15 | $0.45 |
| 3/13/2012 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 3/13/2012 | RESPONSE by Defendants | 20 | 1 | $0.15 | $3.00 |
| 3/14/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/15/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/15/2012 | Exhibit List Plaintiff's exhibits | 80 | 1 | $0.15 | $12.00 |
| 3/15/2012 | Plaintiff's Counter-Designations | 7 | 1 | $0.15 | $1.05 |
| 3/15/2012 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 3/16/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/16/2012 | AFFIDAVIT by Ronald Behling | 21 | 1 | $0.15 | $3.15 |
| 3/16/2012 | GENERAL ORDERS AND AFFIDAVIT by Ronald Behling | 1 | 1 | $0.15 | $0.15 |

# Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|---|---|---|---|---|---|
| 3/16/2012 | Exhibit List by Ann Darlene Wells | 30 | 1 | $0.15 | $4.50 |
| 3/16/2012 | OBJECTIONS Plaintiff's Objections | 30 | 1 | $0.15 | $4.50 |
| 3/16/2012 | NOTICE by Ann Darlene Wells | 1 | 1 | $0.15 | $0.15 |
| 3/16/2012 | GENERAL ORDER AND AFFIDAVIT by Ronald Behling | 22 | 1 | $0.15 | $3.30 |
| 3/20/2012 | STIPULATION for Voluntary Dismissal | 4 | 1 | $0.15 | $0.60 |
| 3/20/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/21/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/21/2012 | Plaintiff's Designations for Deposition | 3 | 1 | $0.15 | $0.45 |
| 3/22/2012 | *ORDER REGARDING ALLOCATION OF TRIAL TIME* | 3 | 1 | $0.15 | $0.45 |
| 3/22/2012 | ORDER signed by the Honorable Matthew F. Kennelly | 2 | 1 | $0.15 | $0.30 |
| 3/23/2012 | MEMORANDUM in Support of Her Motions in Limine | 23 | 1 | $0.15 | $3.45 |
| 3/23/2012 | MEMORANDUM in Support of Her Motions in Limine | 11 | 1 | $0.15 | $1.65 |
| 3/23/2012 | STIPULATION of the Parties | 1 | 1 | $0.15 | $0.15 |
| 3/23/2012 | Designations for Deposition | 3 | 1 | $0.15 | $0.45 |
| 3/23/2012 | RESPONSE by Defendants | 10 | 1 | $0.15 | $1.50 |
| 3/23/2012 | NOTICE by City | 1 | 1 | $0.15 | $0.15 |
| 3/24/2012 | SUPPLEMENT to exhibit | 2 | 1 | $0.15 | $0.30 |
| 3/26/2012 | Exhibit List by Ann Darlene Wells | 24 | 1 | $0.15 | $3.60 |
| 3/26/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/27/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/28/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/29/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/29/2012 | Plaintiff's Designations Deposition f | 3 | 1 | $0.15 | $0.45 |
| 3/30/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 3/31/2012 | Plaintiff's Designations for Deposition | 3 | 1 | $0.15 | $0.45 |
| 4/2/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/3/2012 | SUPPLEMENT to Defendants' submitted jury instructions | 19 | 1 | $0.15 | $2.85 |
| 4/3/2012 | SUPPLEMENT to Plaintiff's Submitted Jury Instructions | 30 | 1 | $0.15 | $4.50 |
| 4/3/2012 | MOTION by Defendants | 7 | 2 | $0.15 | $2.10 |

## Fees for Exemplification and Copies

| Date | Description | Pages in Document | # of copies | per page amount | Total Amount |
|------|-------------|-------------------|-------------|-----------------|--------------|
| 4/3/2012 | ATTORNEY Appearance for Plaintiff | 1 | 1 | $0.15 | $0.15 |
| 4/3/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/4/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/5/2012 | INSTRUCTIONS TO THE JURY | 30 | 1 | $0.15 | $4.50 |
| 4/5/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/6/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/6/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/6/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/10/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/10/2012 | ENTERED JUDGMENT | 1 | 1 | $0.15 | $0.15 |
| 4/10/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/10/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
| 4/10/2012 | *ENTERED CORRECTED JUDGMENT* | 1 | 1 | $0.15 | $0.15 |
| 4/12/2012 | MOTION by Plaintiff | 2 | 2 | $0.15 | $0.60 |
| 4/12/2012 | NOTICE of Motion | 1 | 1 | $0.15 | $0.15 |
| 4/17/2012 | MINUTE entry | 1 | 1 | $0.15 | $0.15 |
|  | **TOTAL AMOUNT** |  |  |  | **$736.80** |

## Subpoena Fees

| Deponet / Witness | Subpoena Fee | Travel Allowance | Total Amount |
|---|---|---|---|
| Illinois State Police, Chicago-Records | $40.00 | $3.00 | $43.00 |
| Illinois State Police, Westchester-Records | $40.00 | $3.00 | $43.00 |
| Whiteline Express, Ltd.-Records | $40.00 | $3.00 | $43.00 |
| Lapeer Regional Medical Ctr.-Records | $40.00 | $3.00 | $43.00 |
| Orion Family Physicans-Records | $40.00 | $3.00 | $43.00 |
| William Beaumont Hosp-Records | $40.00 | $3.00 | $43.00 |
| William Beaumont Hosp-Records | $40.00 | $3.00 | $43.00 |
| Vishnu K. Sharma, M.D.-Records | $40.00 | $3.00 | $43.00 |
| Dr. Kirk J. Stubbs-Records | $40.00 | $3.00 | $43.00 |
| Phns. Inc., Hunter Account-Records | $50.44 | $0.00 | $50.44 |
| Cook County Clerk's Office-Records | $15.00 | $0.00 | $15.00 |
| Walmart Supercenter Pharmacy-Records | $40.00 | $3.00 | $43.00 |
| Whiteline Express, Ltd.-Records | $40.00 | $3.00 | $43.00 |
| Dr. David Averbach-Records | $40.00 | $3.00 | $43.00 |
| Dr. David Averbach-Deposition | $40.00 | $3.00 | $43.00 |
| Dr. Kirk J. Stubbs-Deposition | $40.00 | $3.00 | $43.00 |
| Vishnu K. Sharma, M.D.-Deposition | $40.00 | $3.00 | $43.00 |
| Erik D. Zuckerberg, M.D.-Deposition | $40.00 | $3.00 | $43.00 |
| Doreen Wells-Deposition | $40.00 | $3.00 | $43.00 |
| Burke Ford-Deposition | $40.00 | $3.00 | $43.00 |
| Costco Pharmacy-Records | $40.00 | $3.00 | $43.00 |
| CVS Caremark-Records | $40.00 | $3.00 | $43.00 |
| Thomas Swartzbaugh-Deposition | $40.00 | $3.00 | $43.00 |
| Stonebridge Life Insurance-Records | $40.00 | $3.00 | $43.00 |
| Julie Cundy-Deposition | $40.00 | $3.00 | $43.00 |
| Brian Holley-Deposition | $40.00 | $3.00 | $43.00 |
| Joseph Williams-Deposition | $40.00 | $3.00 | $43.00 |
| Luis Canderon-Deposition | $40.00 | $3.00 | $43.00 |
| Antara Nath Rivera-Trial | $40.00 | $5.00 | $45.00 |
| Ashley Moore-Trial | $40.00 | $5.00 | $45.00 |
| Aidan O'Connor-Trial | $40.00 | $5.00 | $45.00 |
| Darren O'Brien-Trial | $40.00 | $5.00 | $45.00 |
| Dr. Sunil Shah-Trial | $40.00 | $5.00 | $45.00 |
| Kimberly Joseph-Trial | $40.00 | $5.00 | $45.00 |
| Burke Ford-Trial | $40.00 | $5.00 | $45.00 |
| Colleen Lord-Trial | $40.00 | $5.00 | $45.00 |
| **TOTAL COST** | | | **$1,651.44** |

## Subpoena Service Fees

| Deponent | Subpoena Type | Check Amount | Allowable Charge for Basic Service | Mileage Charge | Rush Fee | Second Paper Fee | Call Back Fees | Waiting Time Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|---|---|---|
| Joseph Williams | Personal | $45.00 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| Luis Calderon | Personal | $45.00 | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| **TOTAL COST** | | **$90.00** | **$110.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$200.00** |

## Deposition Costs

| Deponent (Last Name) | Deponent (First Name) | Deposition Type | Deposition Date | # of copy pages | Amount per page allowed to recover | Attendance Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|---|
| Alexander | Gene | Copy | 2/3/2010 | 128 | $0.90 | $0.00 | $115.20 |
| An | Dr. Tae | Original | 11/19/2010 | 62 | $3.65 | $60.00 | $286.30 |
| Arevalo | Dr. Gilberto | Copy | 10/22/2009 | 115 | $0.90 | $0.00 | $103.50 |
| Averbach | Dr. David | Original | 5/13/2010 | 100 | $3.65 | $60.00 | $425.00 |
| Baade | Dr. Robert | Original | 4/15/2011 | 112 | $3.65 | $60.00 | $468.80 |
| Baio | Tony | Copy | 3/12/2010 | 222 | $0.90 | $0.00 | $199.80 |
| Balta | Anthony | Copy | 6/16/2010 | 106 | $0.90 | $0.00 | $95.40 |
| Behling | Ronald | Copy | 4/8/2010 | 167 | $0.90 | $0.00 | $150.30 |
| Block | Arthur | Copy | 2/25/2010 | 238 | $0.90 | $0.00 | $214.20 |
| Bond | Wendy | Copy | 2/22/2010 | 86 | $0.90 | $0.00 | $77.40 |
| Butkus | Joann | Copy | 4/21/2010 | 170 | $0.90 | $0.00 | $153.00 |
| Cabrera | Dr. Ernest | Copy | 9/9/2010 | 218 | $0.90 | $0.00 | $196.20 |
| Calderon | Luis | No Show | 12/17/2010 | 0 | $0.00 | $60.00 | $60.00 |
| Calderon | Luis | Original | 2/3/2011 | 97 | $3.65 | $60.00 | $414.05 |
| Carlos | Edgar | Copy | 1/29/2010 | 118 | $0.90 | $0.00 | $106.20 |
| Carr | Arthur | Copy | 2/8/2010 | 236 | $0.90 | $0.00 | $212.40 |
| Chigas | William | Copy | 6/16/2010 | 84 | $0.90 | $0.00 | $75.60 |
| Childers | Dr. Rory | Copy | 7/15/2011 | 364 | $0.90 | $0.00 | $327.60 |
| Clifford | John | Copy | 3/25/2010 | 192 | $0.90 | $0.00 | $172.80 |
| Cortez | Ramiro | Copy | 6/14/2010 | 87 | $0.90 | $0.00 | $78.30 |
| Cundy | Julie | Original | 8/5/2010 | 142 | $3.65 | $60.00 | $578.30 |
| Davis | Torrance | Copy | 2/3/2010 | 114 | $0.90 | $0.00 | $102.60 |
| Deneen | Michael | Copy | 11/24/2009 | 224 | $0.90 | $0.00 | $201.60 |
| Detella | George | Copy | 10/7/2011 | 445 | $0.90 | $0.00 | $400.50 |
| Doty | John | Copy | 4/20/2010 | 114 | $0.90 | $0.00 | $102.60 |
| Duffin | Sgt. Kevin | Copy | 4/23/2010 | 57 | $0.90 | $0.00 | $51.30 |
| Esters | Phillip | Copy | 3/26/2010 | 111 | $0.90 | $0.00 | $99.90 |
| Farrell | John | Copy | 2/19/2010 | 427 | $0.90 | $0.00 | $384.30 |
| Ficht | Leonard | Copy | 2/23/2010 | 199 | $0.90 | $0.00 | $179.10 |
| Fitzpatrick | Margaret | Copy | 5/17/2010 | 53 | $0.90 | $0.00 | $47.70 |
| Ford | Burke | Original | 5/18/2010 | 135 | $3.65 | $60.00 | $552.75 |
| Garza | Robert | Copy | 10/9/2009 | 65 | $0.90 | $0.00 | $58.50 |
| Globiak | Rachael | Copy | 4/24/2009 | 54 | $0.90 | $0.00 | $48.60 |
| Globiak | Rachael | Copy | 4/23/2010 | 161 | $0.90 | $0.00 | $144.90 |
| Gutierrez | Galo | Copy | 11/5/2010 | 204 | $0.90 | $0.00 | $183.60 |
| Henderson | Derod | Copy | 10/8/2009 | 95 | $0.90 | $0.00 | $85.50 |
| Holbert | Darryl | Copy | 6/8/2010 | 138 | $0.90 | $0.00 | $124.20 |
| Holley | Brian | Original | 6/29/2010 | 134 | $3.65 | $60.00 | $549.10 |
| Huddleston | Lloyd | Copy | 2/12/2010 | 151 | $0.90 | $0.00 | $135.90 |
| Hughes | Myles | Copy | 10/7/2009 | 50 | $0.90 | $0.00 | $45.00 |

## Deposition Costs

| Deponent (Last Name) | Deponent (First Name) | Deposition Type | Deposition Date | # of copy pages | Amount per page allowed to recover | Attendance Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|---|
| Hurns | Phil | Copy | 2/1/2010 | 120 | $0.90 | $0.00 | $108.00 |
| Jean-Jacques | Dr. Wilfrid | Copy | 8/11/2010 | 85 | $0.90 | $0.00 | $76.50 |
| Jones | Dr. Tera | Original | 5/25/2010 | 251 | $3.65 | $60.00 | $976.15 |
| Joseph | Dr. Kimberly | Original | 4/13/2010 | 217 | $3.65 | $60.00 | $852.05 |
| Kahn | Joel | Original | 3/23/2011 | 152 | $3.65 | $60.00 | $614.80 |
| Kilroy | William | Copy | 3/19/2010 | 218 | $0.90 | $0.00 | $196.20 |
| Kindle | Sean | Copy | 2/5/2010 | 84 | $0.90 | $0.00 | $75.60 |
| King | Richard | Copy | 2/22/2011 | 84 | $0.90 | $0.00 | $75.60 |
| Knight | Fulton | Copy | 2/10/2010 | 121 | $0.90 | $0.00 | $108.90 |
| Krivicich | John | Original | 3/15/2010 | 137 | $3.65 | $60.00 | $560.05 |
| Levine | Dr. Jerrold | Copy | 7/22/2011 | 258 | $0.90 | $0.00 | $232.20 |
| Livas | Dr. Bernardo | Copy | 8/25/2010 | 218 | $0.90 | $0.00 | $196.20 |
| Lord | Colleen | Copy | 5/11/2010 | 175 | $0.90 | $60.00 | $217.50 |
| Mackey | Sylvester | Copy | 2/17/2010 | 236 | $0.90 | $0.00 | $212.40 |
| Manimala | Lizy | Copy | 10/5/2009 | 111 | $0.90 | $0.00 | $99.90 |
| Mendyk | Paul | Copy | 10/7/2010 | 49 | $0.90 | $0.00 | $44.10 |
| McMahon | Maureen | Copy | 12/10/2009 | 153 | $0.90 | $0.00 | $137.70 |
| Moore | Ashley | Original | 4/19/2010 | 99 | $3.65 | $0.00 | $361.35 |
| Moravec | Richard | Copy | 2/23/2010 | 145 | $0.90 | $0.00 | $130.50 |
| Murphy | Cullen | Copy | 10/9/2009 | 132 | $0.90 | $0.00 | $118.80 |
| Musial | Elliot | Copy | 5/13/2009 | 171 | $0.90 | $0.00 | $153.90 |
| Musial | Elliot | Copy | 4/22/2010 | 322 | $0.90 | $0.00 | $289.80 |
| Nath | Antara | Copy | 4/12/2010 | 80 | $0.90 | $0.00 | $72.00 |
| Norman | David | Copy | 3/4/2010 | 107 | $0.90 | $0.00 | $96.30 |
| O'Brien | Darren | Copy | 5/17/2010 | 117 | $0.90 | $0.00 | $105.30 |
| O'Connor | Aidan | Copy | 4/14/2010 | 110 | $0.90 | $0.00 | $99.00 |
| O'Donnell | Robert | Copy | 6/29/2010 | 212 | $0.90 | $0.00 | $190.80 |
| Pye | Tonya | Copy | 1/21/2011 | 351 | $0.90 | $0.00 | $315.90 |
| Ramirez | Jonathan | Copy | 9/22/2010 | 105 | $0.90 | $0.00 | $94.50 |
| Reynolds | Greg | Copy | 4/21/2009 | 30 | $0.90 | $0.00 | $27.00 |
| Roberts | Levi | Copy | 2/10/2010 | 182 | $0.90 | $0.00 | $163.80 |
| Robinson | James | Copy | 4/24/2009 | 37 | $0.90 | $0.00 | $33.30 |
| Rowling | Steven | Copy | 3/31/2010 | 148 | $0.90 | $0.00 | $133.20 |
| Salemme | Joseph | Copy | 11/23/2010 | 273 | $0.90 | $0.00 | $245.70 |
| Sanders | Tracey | Copy | 3/10/2010 | 168 | $0.90 | $0.00 | $151.20 |
| Saucedo | Rene | Copy | 6/14/2010 | 145 | $0.90 | $0.00 | $130.50 |
| Senat | Dr. Antonio | Copy | 12/11/2009 | 94 | $0.90 | $0.00 | $84.60 |
| Setty | Dr. Suman | Copy | 8/3/2011 | 84 | $0.90 | $0.00 | $75.60 |
| Shah | Dr. Sunil | Copy | 5/21/2010 | 128 | $0.90 | $0.00 | $115.20 |
| Sharma | Dr. Vishnu | Original | 5/13/2010 | 104 | $3.65 | $60.00 | $439.60 |

## Deposition Costs

| Deponent (Last Name) | Deponent (First Name) | Deposition Type | Deposition Date | # of copy pages | Amount per page allowed to recover | Attendance Fee | Total Amount Recoverable |
|---|---|---|---|---|---|---|---|
| Struck | Joseph | Copy | 7/23/2010 | 27 | $0.90 | $0.00 | $24.30 |
| Stubbs | Dr. Kirk | Original | 5/13/2010 | 60 | $3.65 | $60.00 | $279.00 |
| Swartzbaugh | Thomas | Copy | 3/6/2009 | 64 | $0.90 | $49.00 | $106.60 |
| Swartzbaugh | Thomas | Original | 5/28/2010 | 200 | $3.65 | $60.00 | $790.00 |
| Terrazas | Jesse | Copy | 3/18/2010 | 153 | $0.90 | $0.00 | $137.70 |
| Toback | Dr. Frederick | Original | 3/29/2011 | 256 | $3.65 | $60.00 | $994.40 |
| Virani | Dr. Kanu | Original | 3/24/2011 | 153 | $3.65 | $60.00 | $618.45 |
| Waller | Dennis | Original | 4/28/2011 | 256 | $3.65 | $60.00 | $994.40 |
| Ward | Ronald | Copy | 11/6/2009 | 68 | $0.90 | $0.00 | $61.20 |
| Wells | Ann Darlene | Original | 3/19/2009 | 167 | $3.65 | $49.00 | $658.55 |
| Wells | Ann Darlene | Original | 11/12/2009 | 304 | $3.65 | $60.00 | $1,169.60 |
| Wells | Doreen | Original | 5/6/2010 | 159 | $3.65 | $60.00 | $640.35 |
| Williams | Joseph L. | Original | 10/27/2010 | 180 | $3.65 | $60.00 | $717.00 |
| Zimmerman | Dr. Michael | Original | 10/29/2010 | 98 | $3.65 | $60.00 | $417.70 |
| Zuckerberg | Dr. Eric | Original | 5/14/2010 | 101 | $3.65 | $60.00 | $428.65 |
| **TOTAL COST** | | | | | | | **$22,168.70** |

# Record Copy Service Fees

| Record Type Requested | Company | Regarding | Vender | Amount |
|---|---|---|---|---|
| Medical | St. Bernard Hospital | Donald Wells | U.S. Legal | $53.00 |
| Medical | Stroger Hospital | Donald Wells | U.S. Legal | $108.00 |
| Medical Bills | St. Bernard Hospital | Donald Wells | U.S. Legal | $33.00 |
| Medical Bills | Stroger Hospital | Donald Wells | U.S. Legal | $33.00 |
| Medical X-Rays | St. Bernard Hospital | Donald Wells | U.S. Legal | $101.00 |
| Medical (Any & All) | Storger Hospital | Donald Wells | U.S. Legal | $104.00 |
| Medical | Christ Hosptial | Donald Wells | U.S. Legal | $596.00 |
| Medical (Any & All) | St. Bernard Hospital | Donald Wells | U.S. Legal | $188.20 |
| Medical (Any & All) | Christ Hosptial | Donald Wells | U.S. Legal | $3,025.00 |
| Medical Bills | Christ Hosptial | Donald Wells | U.S. Legal | $65.50 |
| Medical | St. Bernard Hospital | Donald Wells | U.S. Legal | $86.00 |
| Medical | Christ Hosptial | Donald Wells | U.S. Legal | $82.02 |
| Medical | Stroger Hospital | Donald Wells | U.S. Legal | $110.38 |
| Medical (subpoena) | Christ Hospital | Donald Wells | Record Copy | $19.75 |
| Medical (subpoena) | St. Bernard Hospital | Donald Wells | Record Copy | $19.75 |
| **TOTAL COST** | | | | **$4,624.60** |

## Witness Fees

| Date | Regarding | For | Amount |
|---|---|---|---|
| March 26, 2012 | Trial | Def. Officers-Parking Fee | $154.00 |
| March 27, 2012 | Trial | Def. Officers-Parking Fee | $154.00 |
| March 28, 2012 | Trial | Def. Officers-Parking Fee | $140.00 |
| March 29, 2012 | Trial | Def. Officers-Parking Fee | $140.00 |
| March 30, 2012 | Trial | Def. Officers-Parking Fee | $140.00 |
| March 31, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 1, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 2, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 3, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 4, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 5, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 6, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 7, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 8, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 9, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| April 10, 2012 | Trial | Def. Officers-Parking Fee | $126.00 |
| **Total Amount** | | | **$2,114.00** |

## Deposition Fees for Physicans and Plaintiff's Experts

| Name of Expert | Invoice Amount |
|---|---|
| F. Gary Toback, M.D.-Expert | $3,575.00 |
| J. Kahn Corp. (Dr. Joel Kahn-Expert) | $450.00 |
| J. Kahn Corp. (Dr. Joel Kahn-Expert) | $1,800.00 |
| Kanu Virani, M.D.-Expert | $595.00 |
| Kanu Virani, M.D.-Expert | $1,200.00 |
| Dr. Erik D. Zuckerberg | $1,000.00 |
| Robert A. Baade, Ph.D.-Expert | $900.00 |
| Waller & Assoc. (Dennis Waller-Exper | $2,000.00 |
| Dr. Vishnu K. Sharma | $300.00 |
| Dr. Tae L. An | $200.00 |
| Dr. Michael Zimmerman | $1,000.00 |
| **TOTAL** | **$13,020.00** |

**Other Costs**

| Description | Vender | Amount |
|---|---|---|
| DVD/CD copy (Video - 2) Robert O'Donnell | Capital Reporting Company | $170.00 |
| DVD/CD copy (Video - 2) Darryl Hobert | Capital Reporting Company | $540.00 |
| Copy of transcripts of Ramiro Cortez & PO Rene Saucedo | Capital Reporting Company | $602.00 |
| Copy of transcript of Bernado Livas | Capital Reporting Company | $277.00 |
| Media coverage clipping services | Cision Inc. | $515.00 |
| Edited DVD | Cision Inc. | $75.00 |
| Transcript of content | Cision Inc. | $780.00 |
| OCR, Ediscovery File Converstion PDF to TIFF; Objective Coding with Names; Logical Document Determintation; Bates | Integrated E Solutions | $1,222.20 |
| OCR Conversion, PDF to TIFF Conversion, CD/DVD creation | Integrated E Solutions | $48.34 |
| B & W Imaging, CD Duplication, PDF Files | Integrated E Solutions | $125.56 |
| B & W Copies, Redwells, Manila Folders | Integrated E Solutions | $1,101.80 |
| B & W imaging, CD Duplication, PDF Files & Bates | Integrated E Solutions | $804.64 |
| B & W Imaging, color , OCR Conversion & CD duplication | Integrated E Solutions | $280.56 |
| B & W Imaging, color , OCR Conversion & CD duplication | Integrated E Solutions | $260.44 |
| Skip Tracing and Service of Subpoena (5/26/10) | John Phillips PI | $700.00 |
| Skip Tracing and Investigation (6/28/10) | John Phillips PI | $630.00 |
| Serviceof subpoena and Investigation (7/28/10) | John Phillips PI | $700.00 |
| Copy of transcripts of Rachael Globiak & James Robinson (Kubicz v. Whiteline 08C3672) | Legalink, Inc | $319.30 |
| DVD/MPEG2 Encoding & duplication: 2 disc set / 1.75 video hour; shipping & handling - FedEx | Liticorp | $150.73 |
| Media, CD Duplication | Merrill | $75.00 |

# Other Costs

| Description | Vender | Amount |
|---|---|---|
| Color Copies, 8.5x11; Litigation Heavy; CD & Dvd Duplications | Merrill | $271.81 |
| Color Copies, 8.5x11; Litigation Heavy; Dvd Duplications | Merrill | $668.32 |
| Label Bates & Confidential | Merrill | $495.04 |
| Bind, GBC; Black & White copies; Tabs, Custom | Merrill | $1,448.12 |
| Black & White Copies, Medium; Color Copies 8.5x11 & Label | Merrill | $96.08 |
| Black & White Copies, Medium; Color Copies 8.5x11 & Label Bates & Label Custom | Merrill | $571.43 |
| Bates Label | Merrill | $32.30 |
| Color copies, Bates Label/Confidential, Copies Black & White | Merrill | $700.42 |
| Copies, Label Bates & Confidential, Pick-up & Delivery | Merrill | $162.90 |
| Copy & Label Bates | Merrill | $643.50 |
| Copy photos/videotapes/diskettes/CD (Color Laser Prints/Duplications) | Record Copy | $549.50 |
| Color (Laser) / Photographs, CD Duplication Copies | Record Copy Services | $879.75 |
| Color (Laser) / Photographs Copies | Record Copy Services | $298.75 |
| B & W (Oversize) and CD Duplication | Record Copy Services | $213.50 |
| B & W Oversize Copy | Record Copy Services | $27.00 |
| CD (Patton & Ryan, LLC) | Record Deposition Service | $75.00 |
| St. Bernard Hospital (Records 168 pages) | Record Deposition Service | $131.00 |
| CD (WFLD-TV/FOX) | Records Deposition Service | $26.39 |
| CD (WBBM-TV/CBS) | Records Deposition Service | $26.39 |
| CD (WLS-TV/ABC) | Records Deposition Service | $26.39 |
| Copying Donald Wells Whiteline Express Ltd., - Employer Records | The Innner Office, Ltd. | $44.49 |

# Other Costs

| Description | Vender | Amount |
|---|---|---|
| Videotape for deposition of Dennis Waller | Trialvision/Depovision LTD | $758.00 |
| Videotape for deposition of Dr. David Averbach | Urlaub Bowen & Associates, Inc | $455.00 |
| Videotape for deposition of Dr. Kirk Stubbs | Urlaub Bowen & Associates, Inc | $365.00 |
| Videotape for deposition of Dr. Vishnu Sharma | Urlaub Bowen & Associates, Inc | $365.00 |
| Videotape for Deposition of Brian G. Holley | Urlaub Bowen & Associates, Inc | $455.00 |
| Videotape for Deposition of Julie Cundy | Urlaub Bowen & Associates, Inc | $545.00 |
| Ritz 1 hour processing | Wolfcamera | $22.48 |
| Dr. Eric Zuckenberg - Direct cost from Michigan Reporting Firm to Reimburse UBA for Payment | Urlaub Bowen & Associates, Inc | $545.00 |
| Demonstrative Exhibits for Trial; in-house color laser and/or photo print output, compact dissk, photo prints | Okrent Associates, Inc. | $5,142.50 |
| Trial Transcripts for Post Trial Motion | Valarie Ramsey, Official Court Reporter | $2,575.35 |
| Court Transcript - Final Pre-Trial Conf. on 3/20/12 | Laura Brennan, Official Court Reporter | $108.00 |
| Edited DVD for trial | Cision Inc. | $75.00 |
| Edited DVD for trial | Cision Inc. | $50.00 |
| Court Transcript of Proceedings- 2/23/10 | Valarie Ramsey, Official Court Reporter | $21.25 |
| Copy Fees | Stonebridge Life Insurance | $149.00 |
| Copy Fees | CVS Pharmacy | $7.00 |
| Investigation & Subpoena Service Fees Roy E. Couch 7/13/09 | Reach Law Firm | $350.00 |
| Investigation & Subpoena Service Fees Roy E. Couch 7/21/09 | Reach Law Firm | $65.00 |

## Other Costs

| Description | Vender | Amount |
|---|---|---|
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>11/30/09 | Reach Law Firm | $210.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>1/29/10 | Reach Law Firm | $60.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>2/8/10 | Reach Law Firm | $100.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>4/21/10 | Reach Law Firm | $276.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>4/29/10 | Reach Law Firm | $114.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>5/14/10 | Reach Law Firm | $121.00 |
| Investigation & Subpoena Service Fees<br>Roy E. Couch<br>6/3/10 | Reach Law Firm | $105.00 |
| **TOTAL COST** | | **$29,805.23** |
| | | |