

**National Court Reporters, Inc.**

16600 Sprague Road, Suite 170
Cleveland, Ohio 44130-6318
440-826-4000  Fax 440-234-3811

# Invoice

| Invoice Date | 11/13/2009 |
| Invoice # | 10242 |

**Bill To:**

Joseph M. Polick, Esq.
City of Chicago - Dept. of Law
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

**In Re:**

Brown -vs- Whiteline Express

**Case No.**

**Job Date**    3/6/2009

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 3/6/2009 | Brain Holley & Thomas Swartzb | Transcript | Transcript Copy/Index | 198 | 4.95 | 980.10 |
| | | Administration... | Administration Fee | | 49.00 | 49.00 |
| | | ASCII or Con... | ASCII or Condensed | | 29.50 | 29.50 |
| | | Shipping & H... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 1,096.10 |

*[handwritten: Ok Joseph M Polick 11/25/09 SLO Wells v. City 09 C 1198 Buick]*

*Invoice due upon receipt and is not contingent upon client payment*

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-234-3811 |

All invoices over 30 days are subject to
collection fees, including, but not limited to:
A monthly administrative fee of $50 and
maximum interest rate allowable by law.

| | |
|---|---|
| **Total** | $1,096.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,096.10 |

NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS.  WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100629BIENENST
Job Date: 06/29/2010
Order Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## Invoice

Invoice #:    75870
Inv.Date:    07/29/2010
Balance:    $669.50

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
vs
**City of Chicago**
Action #: **09 C 1198**
Rep: **BIENENST**
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Brian G. Holley | Original Certified Transcript | Pages | 134 | $4.25 | $0.00 | $569.50 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $0.00 | $100.00 |
| | | NO DISCOUNT APPLIED | Text | 0.00 | $0.00 | $0.00 | $0.00 |
| | | Direct cost from Michigan reporters | Text | 0.00 | $0.00 | $0.00 | $0.00 |
| | | To Reimburse UBA for their Payment | Text | 0.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: *Wells v City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved! *8-3-10*
6. Dept Division! *SLU*

AUG 0 3 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $669.50 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $669.50 |
| Payment | $0.00 |
| **Balance Due** | $669.50 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75870
Inv.Date: 07/29/2010
Balance: $669.50
Job #: 100629BIENENST
Job Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648  FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| | | |
|---|---|---|
| **INVOICE NO. :** | 17003 | |
| **INVOICE DATE:** | 5/13/2010 | |
| **REPORTER:** | | |
| NANCY SPEARE | | |
| **ID#** 74-3164137 | | |

| Date | Description | Amount |
|---|---|---|
| 4/21/2010 | DEPOSITION OF:  JOANN BUTKUS | |
| | 170 PAGE COPY TRANSCRIPT | 501.50 |
| | NO CHARGE FOR CONDENSED TRANSCRIPT | |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 511.50 |
| **Paid** | 0.00 |
| **Balance Due** | 511.50 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _5-19-10_
6. Law Dept. Division: _SLU_

MAY 1 8 2010

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14099590 | 06/01/2009 | 1401-169115 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/24/2009 | WINNMA | 08CV03622 |

| CASE CAPTION |
|---|
| Kubicz vs. Whiteline Express |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Rachael Globiak                    54 Pages @      2.30/Page      124.20
            TotalTranscript                                            40.00
            Word Index                                                 13.80
1 CERTIFIED COPY OF TRANSCRIPT OF:
    James Robinson                     37 Pages @      2.30/Page       85.10
            TotalTranscript                                            40.00
            Word Index                                                  9.20
            Process/Delivery                                            7.00

                                       TOTAL   DUE   >>>>              319.30
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

*OK Joseph M Polick*
*SLU 6-8-09*

*Wells v. City*
*09 C 1198 Police*

**TAX ID NO. :** 20-2665382                                    (312) 744-8335

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

Invoice No.: 14099590
Date      : 06/01/2009
**TOTAL DUE :**    319.30

Job No.    : 1401-169115
Case No.   : 08CV03622
Kubicz vs. Whiteline Express

Remit To:     **LegaLink, Inc.**
              **PO Box 90473**
              **Chicago, IL 60696-0473**



**National Court Reporters, Inc.**

**16600 Sprague Road, Suite 170**
**Cleveland, Ohio 44130-6318**
**440-826-4000  Fax 440-234-3811**

# Invoice

| | |
|---|---|
| **Invoice Date** | 6/25/2009 |
| **Invoice #** | 9397 |

**Bill To:**

Joseph M. Polick, Esq.
City of Chicago - Dept. of Law
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

**In Re:**

Brown -vs- Whiteline Express

**Case No.**  08cv02723

**Job Date**  3/19/2009

*For your convenience:*
*We accept Visa, Mastercard,*
*American Express and Discover*

**Tax I.D. 20-2169149**

| Job Date | Deponent | Service | Description | Quantity | Rate Per | Amount |
|---|---|---|---|---|---|---|
| 3/19/2009 | Darlene Wells | Transcript | Transcript Copy/Index | 167 | 4.95 | 826.65 |
| | | Exhibit | Exhibits (black and white and/or color copies) | 29 | 1.49 | 43.21 |
| | | Administration... | Administration Fee | | 49.00 | 49.00 |
| | | ASCII or Con... | ASCII or Condensed | | 29.50 | 29.50 |
| | | Shipping & H... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 985.86 |

*OK Joseph M. Polick*
*7-22-09 SLU*
*Wells v. City*
*09 C 1198 Polick*

*To avoid administrative and collections charges, all invoices must be paid NET 30.*

| Phone # | Fax # |
|---|---|
| 440-826-4000 | 440-234-3811 |

All invoices over 30 days are subject to
collection fees, including, but not limited to:
A monthly administrative fee of $50 and
maximum interest rate allowable by law.

| | |
|---|---|
| **Total** | $985.86 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $985.86 |

**NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS.  WE KNOW THAT YOU HAVE CHOICES AND**
**WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.**

# UBA

# URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MR. JOSEPH POLICK
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION DIVISION
30 N LASALLE ST STE 1720
CHICAGO, IL  60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 72834 | 11/23/2009 | 300 |

**TOTAL**     **$1,800.01**     **PAYABLE UPON RECEIPT**

**GO GREEN TO SAVE GREEN**
**CALL US FOR DETAILS**

**CAUSE**

WELLS v. CITY OF CHICAGO

09 C 1198                ANN WELLS                11/12/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JOSEPH POLICK | | | |
| CITY TRANSCRIPT ORIGINAL | 304 | 4.25 | 1,292.00 |
| 11/12/2009  DEPOSITION OF ANN DARLENE WELLS | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -25.84 |
| CITY CONDENSCRIPT | 304 | 0.25 | 76.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -1.52 |
| CITY ATTENDANCE | 8.25 | 50.00 | 412.50 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -8.25 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | 0.75 | 75.00 | 56.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -1.13 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J Polick*
5. Date Approved: *12-4-09*
6. Law Dept. Division: *SLD*

DEC 0 3 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO
URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637 | INVOICE #

72834 | *PAYABLE UPON RECEIPT* | Total | $1,800.01 |

E-mail   info@urlaubbowen.com          Web Site   www.urlaubbowen.com

  

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648  FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16377 |
| INVOICE DATE: | 12/17/2009 |
| REPORTER: | |
| MEGAN M. REED | |

ID# 74-3164137

| Date | Description | Amount |
| --- | --- | --- |
| 11/06/2009 | DEPOSITION OF:  RONALD WARD | |
| | 68 PAGE COPY TRANSCRIPT | 193.80 |
| | BINDING & DELIVERY | 10.00 |
| | Sub Total | 203.80 |
| | Paid | 0.00 |
| | Balance Due | 203.80 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _1-4-10_
6. Law Dept. Division: _SCU_

DEC 2 3 2009

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16415 |
|---|---|
| INVOICE DATE: | 12/30/2009 |

REPORTER:
KATHLEEN M. DUFFEE

ID#  74-3164137

| Date | Description | Amount |
|---|---|---|
| 10/22/2009 | DEPOSITION OF: DR. GILBERTO AREVALO | |
| | 115 PAGE COPY TRANSCRIPT | 350.75 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH M. POLICK | |

| | |
|---|---|
| Sub Total | 360.75 |
| Paid | 0.00 |
| Balance Due | 360.75 |

**THANK YOU!**

WE NOW ACCEPT ALL MAJOR CREDIT CARDS

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *1-5-10*
6. Law Dept. Division: *SLU*

JAN 05 REC'D

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648   FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16426 |
| --- | --- |
| INVOICE DATE: | 12/30/2009 |
| REPORTER: | |
| AMY ENGLUND | |
| ID# 74-3164137 | |

| Date | Description | Amount |
| --- | --- | --- |
| 12/11/2009 | DEPOSITION OF:  DR. ANTONIO SENAT | |
| | 94 PAGE COPY TRANSCRIPT | 310.20 |
| | COPYING OF EXHIBITS: | 54.50 |
| | BINDING & DELIVERY | 10.00 |

| | |
| --- | --- |
| Sub Total | 374.70 |
| Paid | 0.00 |
| Balance Due | 374.70 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *1-5-10*
6. Law Dept. Division: *FLU*

JAN 05 REC'D

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**  16334
**INVOICE DATE:**  12/15/2009

**REPORTER:**
KATHLEEN M. DUFFEE

**ID#  74-3164137**

| Date | Description | Amount |
|---|---|---|
| 11/24/2009 | DEPOSITION OF:  MICHAEL DENEEN | |
| | 224 PAGE COPY TRANSCRIPT | 638.40 |
| | COPYING OF EXHIBITS: | 21.00 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH M. POLICK | |

| | | |
|---|---|---|
| **Sub Total** | | 669.40 |
| **Paid** | | 0.00 |
| **Balance Due** | | 669.40 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _1-4-10_
6. Law Dept. Division: _SLD_

DEC 2 3 2009

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**        16365
**INVOICE DATE:**     12/16/2009
**REPORTER:**
ROSE PISANO

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 11/05/2009 | DEPOSITION OF: GALO GUTIERREZ | |
| | 204 PAGE COPY TRANSCRIPT | 581.40 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 591.40 |
| **Paid** | 0.00 |
| **Balance Due** | 591.40 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Price*
4. Atty Signature: *J. Polick*
5. Date Approved: *1-4-10*
6. Law Dept. Division: *528*

DEC 2 3 2009

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**      16221
**INVOICE DATE:**    11/19/2009
**REPORTER:**
MEGAN M. REED

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/2009 | DEPOSITION OF: | |
| | ROBERT GARZA  &  CULLEN MURPHY | |
| | 197 PAGE COPY TRANSCRIPT | 561.45 |
| | BINDING & DELIVERY | 10.00 |

|  | |
|---|---|
| Sub Total | 571.45 |
| Paid | 0.00 |
| Balance Due | 571.45 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

OK Joseph M. Ponce
11/25/09  SLU
Wells v. City
09 C 1198  Ponce

# INVOICE



*Offices*
*Nationwide*

## CAPITAL
REPORTING COMPANY®

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70514*** | 1/21/2011 | 49471 |

| Job Date | Case No. |
|---|---|
| 1/19/2011 | 09C1198 |

| Case Name |
|---|
| Anne Darlene Wells v. City of Chicago |

| Payment Terms |
|---|
| Due upon receipt |

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602


*Police*

**RECEIVED**

**FEB 0 8 2011**

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Tanya Pye | 351.00 Pages | @ | 2.50 | 877.50 |
| Electronic Transcript via Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |
| | | **TOTAL DUE >>>** | | **$897.50** |

Help Capital to GO GREEN. Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

To the best of my knowledge, I certify that
this invoice has not been previously paid.

Signature _____

**Tax ID:** 20-0203552

Phone: 312-744-0454   Fax:

*Please detach bottom portion and return with payment.*

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

*OK TO PAY*
*George J. Yamin, Jr.*
*2-8-11*

| | | | |
|---|---|---|---|
| Job No. | : 49471 | BU ID | : 8-CRCIL |
| Case No. | : 09C1198 | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | |
| Invoice No. | : 70514*** | Invoice Date | : 1/21/2011 |
| Total Due | : $897.50 | | |

Remit To:  **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**Offices Nationwide**

Questions? (866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71938*** | 2/22/2011 | 46653 |
| **Job Date** | **Case No.** | |
| 11/2/2010 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL  60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

Richard King

**RECEIVED**

MAR 0 1 2011

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

|  |  |  |  |  |
|---|---|---|---|---|
| Exhibits: Color Copies | 73.00 | Pages | @ | 2.50 | 182.50 |
| Electronic Transcript Via Email | 11.00 | Pages | @ | 0.50 | 5.50 |
| Shipping | | | | 0.00 | 0.00 |
| | | | | 20.00 | 20.00 |

**TOTAL DUE >>>**  **$208.00**

Help Capital to GO GREEN!  Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*(signature)*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL  60602

| | | | |
|---|---|---|---|
| Job No. | : 46653 | BU ID | :8-CRCIL |
| Case No. | : 09C1198 | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | |
| Invoice No. | : 71938*** | Invoice Date | :2/22/2011 |
| **Total Due** | **: $ 208.00** | | |

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC  20036**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: **(312) 781-9586**     Fax: **(312) 781-9228**



Job #: 110203MY
Job Date: 02/03/2011
Order Date: 02/03/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 78214
Inv.Date: 02/23/2011
Balance: $550.34

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

*Action:* **Wells, Ann Darlene**
*vs*
**City of Chicago**
*Action #:* **09 C 1198**
*Rep:* **MY**
*Cert:* **084-003537**

| Item | Proceeding/Witness | Description | | Quantity | Price | Disc Amt. | Amount |
|------|-------------------|-------------|--|----------|-------|-----------|--------|
| | Luis Calderon | Original Certified Transcript | | 97 | $4.25 | $41.23 | $371.02 |
| | | Condensed Transcript | | 97 | $0.25 | $2.43 | $21.82 |
| | | Appearance (Hourly Ext) | | 3.50 | $50.00 | $17.50 | $157.50 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *3-10-11*
6. Law Dept. Division: *SLU*

MAR 09 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|--|--|
| Sub Total | $550.34 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $550.34 |
| Payment | $0.00 |
| **Balance Due** | $550.34 |

Federal Tax I.D.: 36-3368198        Terms: Net 30 Days @ 1.5%

Please *KEEP THIS PART for YOUR RECORDS.*
Please *FOLD* then *TEAR HERE* and *RETURN THIS PART* with *PAYMENT.*

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Invoice

Invoice #: 78214
Inv.Date: 02/23/2011
Balance: $550.34
Job #: 110203MY
Job Date: 02/03/2011 -
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**REMIT PAYMENT TO**

**URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 110329SAK
Job Date: 03/29/2011
Order Date: 03/29/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:          78758
Inv.Date:      04/06/2011
Balance:      $1,421.46

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action:  **Wells, Ann Darlene**
               *vs*
               **City of Chicago**
Action #: 09 C 1198
Rep:  **SAK**
Cert:  **084-002346**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| 1 | Frederick Gary Toback, M.D., Ph.D. | Original Certified Transcript | 256 | $4.65 | $119.04 | $1,071.36 |
| 2 | | Condensed Transcript | 256 | $0.25 | $6.40 | $57.60 |
| 3 | | Appearance (Hourly Ext) | 6.50 | $50.00 | $32.50 | $292.50 |

1. Case Name: *09 C 1198*
2. Case Number: *Wells v. City*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *4-15-11*
6. Law Dept. Division: *SLU*

APR 11 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $1,421.46 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,421.46 |
| Payment | $0.00 |
| **Balance Due** | $1,421.46 |

Federal Tax I.D.: 36-3368198      Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 78758
Inv.Date: 04/06/2011
Balance: $1,421.46
Job #: 110329SAK
Job Date: 03/29/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**REMIT PAYMENT TO**

URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

**Job #:** 110324BIENENST
**Job Date:** 03/24/2011
**Order Date:** 03/24/2011
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Invoice

**Invoice #:** 78769
**Inv.Date:** 04/06/2011
**Balance:** $820.30

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
**vs**
City of Chicago
**Action #:** 09 C 1198
**Rep:** BIENENST
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|-----------|--------|
|  | Kanu Virani, M.D. | Original Certified Transcript | 153 | $4.65 | $71.15 | $640.30 |
|  |  | Appearance (Hourly Ext) | 4.00 | $50.00 | $20.00 | $180.00 |
|  |  | Deposition took place in | 0.00 | $0.00 | $0.00 | $0.00 |
|  |  | Royal Oak, Michigan | 0.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _4-15-11_
6. Law Dept. Division: _SLU_

APR 1 1 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $820.30 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $820.30 |
| Payment | $0.00 |
| Balance Due | $820.30 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Invoice #:** 78769
**Inv.Date:** 04/06/2011
**Balance:** $820.30
**Job #:** 110324BIENENST
**Job Date:** 03/24/2011
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

**REMIT PAYMENT TO**

URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 110415MY
Job Date: 04/15/2011
Order Date: 04/15/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 79044
Inv.Date: 05/03/2011
Balance: $588.60

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: Wells, Ann Darlene
vs
City of Chicago
Action #: 09 C 1198
Rep: MY
Cert: 084-003537

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| 1 | Robert A. Baade, Ph.D. | Original Certified Transcript | Pages | 112 | $4.25 | $47.60 | $428.40 |
| 2 | | Condensed Transcript | Pages | 112 | $0.25 | $2.80 | $25.20 |
| 3 | | Appearance (Hourly Ext) | Hours | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *5-5-11*
6. Law Dept. Division: *SLU*

MAY 0 5 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $588.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $588.60 |
| Payment | $0.00 |
| Balance Due | $588.60 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 79044
Inv.Date: 05/03/2011
Balance: $588.60
Job #: 110415MY
Job Date: 04/15/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## REMIT PAYMENT TO

URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

 **ESQUIRE**

Esquire Solutions - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 708-8087
Fax (866) 590-3205

 **ESQUIRE**
*an Alexander Gallo Company*

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## *Invoice # EQ249364*

| Invoice Date | 04/01/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/01/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ATTN: ANGIE FUENTES
CORPORATION COUNSEL - CITY OF CHICAGO
SUITE 1640
30 NORTH LASALLE
CHICAGO, IL 60602

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/23/2011 | WELLS vs. CITY OF CHICAGO | 219073 | 03/29/2011 | HAND DELIVERED |

| Description | Amount |
|---|---|
| Services Provided on 03/23/2011, JOEL KAHN (TROY, MI) | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (152 Pages) | $ 638.40 |
| APPEARANCE FEE HOURLY (1.50 Hours) | $ 67.62 |
| APPEARANCE FEE AFTER HOUR (2 Units) | $ 135.24 |
| CONDENSED TRANSCRIPT | $ 34.96 |
| | $ 876.22 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-1-11*
6. Law Dept. Division: *SCW*

**JUN 0 1 2011**

SHIPPED TO: POLICK, JOSEPH M. ESQ.
SUITE 1640
30 NORTH LASALLE
CHICAGO, IL 60602
CASE# 09 C 1198
ATTD: 3.5 HRS.
ATTY: JOSEPH POLICK
(AFTER HOURS BEGINS AT 5:30PM)

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/16/2011** | **$ 876.22** |
| Amount Due After 05/16/2011 | $ 963.84 |

Tax Number: 22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA MasterCard DISCOVER AMERICAN EXPRESS

**ESQUIRE**
*an Alexander Gallo Company*

| | |
|---|---|
| Invoice #: | EQ249364 |
| Payment Due: | 05/01/2011 |
| **Amount Due On/Before 05/16/2011** | **$ 876.22** |
| Amount Due After 05/16/2011 | $ 963.84 |

ATTN: ANGIE FUENTES
CORPORATION COUNSEL - CITY OF CHICAGO
SUITE 1640
30 NORTH LASALLE
CHICAGO, IL 60602

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

071 0000249364 04012011 4 000087622 3 05012011 05162011 8 000096384 26

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 110428SLS
Job Date: 04/28/2011
Order Date: 04/28/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 79216
Inv.Date: 05/17/2011
Balance: $1,396.80

**Bill To:**
Mr. George J. Yamin, Jr.
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
*vs*
City of Chicago
**Action #:** 09 C 1198
**Rep:** SLS
**Cert:** 084-003222



| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Dennis K. Waller | Original Certified Transcript | Pages | 256 | $4.25 | $108.80 | $979.20 |
| 2 | | Condensed Transcript | Pages | 256 | $0.25 | $6.40 | $57.60 |
| 3 | | Appearance (Hourly Ext) | Hours | 8.00 | $50.00 | $40.00 | $360.00 |

*OK TO PAY*
*George J. Yamin, Jr.*
*7-22-11*

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

MAY 1 8 2011

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $1,396.80 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,396.80 |
| Payment | $0.00 |
| Balance Due | $1,396.80 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. George J. Yamin, Jr.
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. George J. Yamin, Jr.
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 79216
Inv.Date: 05/17/2011
Balance: $1,396.80
Job #: 110428SLS
Job Date: 04/28/2011
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## REMIT PAYMENT TO

URLAUB BOWEN & ASSOCIATES, INC.
PO BOX 64637
CHICAGO, IL 60664-0637

# INVOICE



*Offices Nationwide*

**CAPITAL** REPORTING COMPANY®

Questions? (866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 79250 | 8/3/2011 | 56686 |
| **Job Date** | **Case No.** | |
| 7/21/2011 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Dr. Suman Setty | | | | |
| Exhibits | 74.00 Pages | @ | 2.50 | 185.00 |
| Electronic Transcript Via Email | 10.00 Pages | @ | 0.25 | 2.50 |
| Shipping | | | 0.00 | 0.00 |
| | | | 20.00 | 20.00 |
| | **TOTAL DUE >>>** | | | **$207.50** |

Help Capital to GO GREEN! Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*Transcript shipped with job 56687.

*[handwritten: OK Joseph M. Polick SLU 8-5-11 Wells v. City 09 C 1198 Polick]*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 79250 |
| Invoice Date | : | 8/3/2011 |
| **Total Due** | : | **$ 207.50** |

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 56686 |
| BU ID | : | 8-CRCIL |
| Case No. | : | 09C1198 |
| Case Name | : | Anne Darlene Wells v. City of Chicago |

# INVOICE



**Offices Nationwide**

**CAPITAL** REPORTING COMPANY®

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 79252 | 8/3/2011 | 56687 |
| **Job Date** | **Case No.** | |
| 7/22/2011 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Dr. Jerrold Levine | | | | |
| Exhibits | 221.00 Pages | @ | 2.50 | 552.50 |
| Electronic Transcript Via Email | 37.00 Pages | @ | 0.25 | 9.25 |
| Shipping | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$561.75** |

Help Capital to GO GREEN!  Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*Transcript shipped with job 56686.

*OK Joseph M. Polick*
*SLU  8-5-11*

*Wells v. City  09 C 1198*
*Police*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Invoice No.  :  79252
Invoice Date  :  8/3/2011
**Total Due**  :  **$ 561.75**

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC  20036**

Job No.  :  56687
BU ID  :  8-CRCIL
Case No.  :  09C1198
Case Name  :  Anne Darlene Wells v. City of Chicago

# INVOICE



*Offices Nationwide*

**CAPITAL** REPORTING COMPANY®

Questions? (866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 78602 | 7/21/2011 | 56683 |
| **Job Date** | **Case No.** | |
| 7/15/2011 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
Dr. Rory W. Childers

| | | | | |
|---|---|---|---|---|
| Exhibits | 326.00 Pages | @ | 2.50 | 815.00 |
| Electronic Transcript Via Email | 38.00 Pages | @ | 0.25 | 9.50 |
| Shipping | | | 0.00 | 0.00 |
| | | | 20.00 | 20.00 |

**TOTAL DUE >>>** **$844.50**

Help Capital to GO GREEN! Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*OK Joseph M Polick*
*8-1-11 SLU*
*Wells v. City 09 C 1198*
*Polick*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law, Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Invoice No.     :  78602
Invoice Date   :  7/21/2011
**Total Due**      :  **$ 844.50**

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

Job No.      :  56683
BU ID        :  8-CRCIL
Case No.     :  09C1198
Case Name  :  Anne Darlene Wells v. City of Chicago

# INVOICE

Thompson Court Reporters, Inc.
1017 W. Washington Blvd.
Suite 2F
Chicago IL 60607
Phone:312-421-3377   Fax:312-277-9494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10187 | 2/6/2011 | 3018 |

| Job Date | Case No. | |
|---|---|---|
| 2/8/2010 | 09 CV 1198 | |

| Case Name | | |
|---|---|---|
| Darlene Wells v. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Joseph Polick
Department of Law/City of Chicago
30 North LaSalle
Suite 1400
Chicago IL 60606

Arthur Carr                                                                           0.00
   Exhibit                        36.00   Pages   @      0.30        10.80
   Copy 6-9 Day Expedite         200.00   Pages   @      2.85       570.00
   Condensed Transcript                                   0.00         0.00
   Shipping & Handling                                    7.00         7.00

**TOTAL DUE >>>**                                                              **$587.80**

Thank you for using Thompson Court Reporters, Inc.
Service Oriented ~ Technology Driven ~ Quality Results

Visit us at www.thompsonreporters.com

*OK Joseph M Polick*
*10/7/11 FCRL*
*Wells v. City*
*09 C 1198*
*Police*

**Tax ID:** 36-4546623                          Phone: 312-744-6949    Fax:312-744-6566

*Please detach bottom portion and return with payment.*

Joseph Polick
Department of Law/City of Chicago
30 North LaSalle
Suite 1400
Chicago IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 10187 |
| Invoice Date | : | 2/6/2011 |
| **Total Due** | : | **$587.80** |

Remit To:   **Thompson Court Reporters, Inc.**
     **1017 W. Washington Blvd.**
     **Suite 2F**
     **Chicago IL 60607**

| | | |
|---|---|---|
| Job No. | : | 3018 |
| BU ID | : | 1-MAIN |
| Case No. | : | 09 CV 1198 |
| Case Name | : | Darlene Wells v. City of Chicago |

# INVOICE



*Offices Nationwide*

**CAPITAL** Reporting Company®

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 82858 | 10/20/2011 | 60010 |

| Job Date | Case No. | |
|---|---|---|
| 10/7/2011 | 09C1198 | |

| Case Name | | |
|---|---|---|
| Anne Darlene Wells v. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602



| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| George Detella | 354.00 Pages | @ | 2.50 | 885.00 |
| Exhibits | 91.00 Pages | @ | 0.25 | 22.75 |
| Electronic Transcript Via Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |

**TOTAL DUE >>>**    **$927.75**

Help Capital to GO GREEN! Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: 927.75

**Tax ID: 20-0203552**

Phone: 312-744-0454   Fax:

*Please detach bottom portion and return with payment.*

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

| Job No. | : 60010 | BU ID | : 6-CRCIL |
|---|---|---|---|
| Case No. | : 09C1198 | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | |
| Invoice No. | : 82858 | Invoice Date | : 10/20/2011 |
| **Total Due** | **: $927.75** | | |



**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:    **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648   FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16532 |
| INVOICE DATE: | 2/02/2010 |
| REPORTER: | |
| MEGAN M. REED | |

ID# 74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/2009 | DEPOSITION OF:  MAUREEN McMAHON | |
| | 153 PAGE COPY TRANSCRIPT | 451.35 |
| | COPYING OF EXHIBITS: | 42.50 |
| | BINDING & DELIVERY | 10.00 |

| | |
|---|---|
| Sub Total | 503.85 |
| Paid | 0.00 |
| Balance Due | 503.85 |

### THANK YOU!

### WE NOW ACCEPT ALL MAJOR CREDIT CARDS

1. Case Name:  *Wells v. City*
2. Case Number:  *09 C 1198*
3. Client Dept:  *Police*
4. Atty Signature:  *Q. Pahel*
5. Date Approved:  *2-11-10*
6. Law Dept. Division:  *SLU*

FEB 1 0 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16519 |
| INVOICE DATE: | 2/02/2010 |

REPORTER:
DENNIS HARTNETT

ID#  74-3164137

| Date | Description | Amount |
| --- | --- | --- |
| 10/05/2009 | DEPOSITION OF:  LIZY MANIMALA | |
| | 111 PAGE COPY TRANSCRIPT | 401.82 |
| | BINDING & DELIVERY | 10.00 |
| | COPYING OF EXHIBITS: | 15.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
| --- | --- |
| Sub Total | 426.82 |
| Paid | 0.00 |
| Balance Due | 426.82 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *1-11-10*
6. Law Dept. Division: *S2 U*

FEB 1 0 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648 FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :        16574
INVOICE DATE:     2/11/2010
REPORTER:
KATHLEEN P. LIPINSKI

ID#   74-3164137

| Date | Description | Amount |
|---|---|---|
| 1/29/2010 | DEPOSITION OF:   EDGAR CARLOS | |
| | 118 PAGE COPY TRANSCRIPT | 348.10 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 358.10 |
| Paid | 0.00 |
| Balance Due | 358.10 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polich_
5. Date Approved: _2-24-10_
6. Law Dept. Division: _SLU_

FEB 24 2010

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**       16764
**INVOICE DATE:**     3/17/2010
**REPORTER:**
MARGUERITE M. CIMMS

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 2/25/2010 | DEPOSITION OF:  ARTHUR BLOCK<br>238.00 PAGE COPY TRANSCRIPT | 702.10 |
| | MR. JOSEPH POLICK | |

|  |  |
|--|--|
| **Sub Total** | 702.10 |
| **Paid** | 0.00 |
| **Balance Due** | 702.10 |

### THANK YOU!

### WE NOW ACCEPT ALL MAJOR CREDIT CARDS

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *3-26-10*
6. Law Dept. Division: *SLU*

MAR 2 4 2010

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16759 |
| --- | --- |
| **INVOICE DATE:** | 3/17/2010 |
| **REPORTER:** | |
| AMY ENGLUND | |

ID#  74-3164137

| Date | Description | Amount |
| --- | --- | --- |
| 2/19/2010 | DEPOSITION OF:  JOHN FARRELL | |
| | 427 PAGE COPY TRANSCRIPT | 1,259.65 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOESPH POLICK | |

| | |
| --- | --- |
| **Sub Total** | 1,269.65 |
| **Paid** | 0.00 |
| **Balance Due** | 1,269.65 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *3-26-10*
6. Law Dept. Division: *SCU*

MAR 24 2010

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648  FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| | |
|---|---|
| **INVOICE NO. :** | 16800 |
| **INVOICE DATE:** | 3/31/2010 |
| **REPORTER:** | |
| NICOLE KOZIOL | |

**ID#**  74-3164137

| Date | Description | Amount |
|---|---|---|
| 2/01/2010 | DEPOSITION OF:   PHIL KURNS | |
| | 120 PAGE COPY TRANSCRIPT | 354.00 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR.   JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 354.00 |
| | 364.00 |
| **Paid** | 0.00 |
| **Balance Due** | 364.00 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J Polich_
5. Date Approved: _4-7-10_
6. Law Dept. Division: _SLU_

APR 0 5 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648   FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MR. JOSEPH POLICK

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16857 |
| INVOICE DATE: | 4/12/2010 |
| REPORTER: | |
| NANCY SPEARE | |

ID# 74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 3/19/2010 | DEPOSITION OF:WILLIAM KILROY | |
| | 218 PAGE  COPY TRANSCRIPT | 643.10 |
| | CONDENSED TRANSCRIPT | 30.00 |
| | BINDING & DELIVERY | 10.00 |
| | Sub Total | 683.10 |
| | Paid | 0.00 |
| | Balance Due | 683.10 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

*OK Joseph M. Polick*
*4-19-10 SCJ*
*WELLS v. CITY*
*09 C 1198  POLICK*

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
|---|---|
| MR. JOSEPH POLICK<br>ASSISTANT CORPORATION COUNSEL<br>SPECIAL LITIGATION DIVISION<br>30 N LASALLE ST STE 1720<br>CHICAGO, IL  60602 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 73971 | 4/14/2010 | 300 |

**TOTAL**   **$751.16**   **PAYABLE  UPON**
**RECEIPT**

GO GREEN
TO SAVE GREEN
CALL US FOR DETAILS

| CAUSE | |
|---|---|
| WELLS v. CITY OF CHICAGO | 03/15/2010 |
| 09 C 1198 | JOHN KRIVICICH |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JOSEPH POLICK | | | |
| CITY ORIGINAL CERTIFIED TRANSCRIPT | 137 | 4.25 | 582.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -11.65 |
| CITY CONDENSCRIPT | 137 | 0.25 | 34.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.69 |
| CITY ATTENDANCE | 3 | 50.00 | 150.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -3.00 |
| 03/15/2010  DEPOSITION OF JOHN A. KRIVICICH | | | |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *4-21-10*
6. Law Dept. Division: *SLD*

APR 2 1 2010

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>73971 | *PAYABLE*<br>*UPON*<br>*RECEIPT* | Total   $751.16 |
|---|---|---|---|

E-mail   info@urlaubbowen.com          Visit our Web ...   www.urlaubbowen.com

  

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648  FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET  SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16893 |
| --- | --- |
| INVOICE DATE: | 4/22/2010 |
| REPORTER: | |
| MEGAN M. REED | |

ID#  74-3164137

| Date | Description | Amount |
| --- | --- | --- |
| 3/25/2010 | DEPOSITION OF:   JOHN CLIFFORD | |
| | 192 PAGE COPY TRANSCRIPT | 566.40 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH POLICK | |

| | |
| --- | --- |
| Sub Total | 576.40 |
| Paid | 0.00 |
| Balance Due | 576.40 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *4-28-10*
6. Law Dept. Division: *SCU*

APR 2 8 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 16944 |
| INVOICE DATE: | 4/28/2010 |

REPORTER:
KATHLEEN M. DUFFEE

ID#  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 4/08/2010 | DEPOSITION OF:  RONALD BEHLING | |
| | 167 PAGE COPY TRANSCRIPT | 492.65 |
| | CONDENSED TRANSCRIPT  NO CHARGE | |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH M. POLICK | |

| | |
|---|---|
| Sub Total | 502.65 |
| Paid | 0.00 |
| Balance Due | 502.65 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _5-5-10_
6. Law Dept. Division: _SCU_

MAY 0 4 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :        16937
INVOICE DATE:     4/28/2010
REPORTER:
KATHLEEN P. LIPINSKI

ID#   74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 3/26/2010 | DEPOSITION OF:  PHILLIP ESTERS | |
| | 111 PAGE COPY TRANSCRIPT | 327.45 |
| | CONDENSED TRANSCRIPT     NO CHARGE | 30.00 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH M. POLICK | |

|  | |
|--|--|
| Sub Total | 367.45 |
| Paid | 0.00 |
| Balance Due | 367.45 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _5-5-10_
6. Law Dept. Division: _FCU_

MAY 0 4 2010

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586      Fax: (312) 781-9228

Job #: 100514BIENENST2
Job Date: 05/14/2010
Order Date: 05/14/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## Invoice

Invoice #:      75391
Inv.Date:      06/15/2010
Balance:      $545.00

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action:  **Wells, Darlene**
vs
**City of Chicago**
Action #:  09 C 1198
Rep:  BIENENST
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
|  | Eric D. Zuckenberg, M.D. | Direct cost from Michigan Reporting Firm | Text | 1.00 | $0.00 | $0.00 | $545.00 |
|  |  | To reimburse UBA for their payment. | Text | 1.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: *Wells v. C.C.*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-28-10*
6. Law Dept. Division: *S.L.U.*

JUN 2 4 2010

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $545.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $545.00 |
| Payment | $0.00 |
| **Balance Due** | $545.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75391
Inv.Date: 06/15/2010
Balance: $545.00
Job #: 100514BIENENST2
Job Date: 05/14/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Phone:** (312) 781-9586    **Fax:** (312) 781-9228

**Job #:** 100514BIENENST2
**Job Date:** 05/14/2010
**Order Date:** 05/14/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

## Invoice

**Invoice #:** 75390
**Inv.Date:** 06/15/2010
**Balance:** $543.40

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** **Wells, Darlene**
vs
**City of Chicago**
**Action #:** 09 C 1198
**Rep:** BIENENST
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| | Eric D. Zuckenberg, M.D. | Original Certified Transcript | Pages | 101 | $4.25 | $8.59 | $420.66 |
| | | Condensed Transcript | Pages | 101 | $0.25 | $0.51 | $24.74 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *[signature]*
5. Date Approved: *6-25-10*
6. Law Dept. Division: *SLU*

JUN 2 4 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $543.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $543.40 |
| Payment | $0.00 |
| **Balance Due** | $543.40 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Invoice #:** 75390
**Inv.Date:** 06/15/2010
**Balance:** $543.40
**Job #:** 100514BIENENST2
**Job Date:** 05/14/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

FIRM

MR. JOSEPH POLICK
ASSISTANT CORPORATION COUNSEL
SPECIAL LITIGATION DIVISION
30 N LASALLE ST STE 1720
CHICAGO, IL  60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 74105 | 4/30/2010 | 300 |

**TOTAL    $1,250.96    PAYABLE UPON RECEIPT**

GO GREEN
TO SAVE GREEN
CALL US FOR DETAILS

## CAUSE

| WELLS v. CITY OF CHICAGO | 04/13/2010 |
|---|---|
| 09 C 1198 | KIMBERLY JOSEPH, M.D. |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MR. JOSEPH POLICK | | | |
| CITY ORIGINAL CERTIFIED TRANSCRIPT | 217 | 4.25 | 922.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -18.45 |
| CITY CONDENSCRIPT | 217 | 0.25 | 54.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -1.09 |
| CITY ATTENDANCE | 3 | 50.00 | 150.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -3.00 |
| CITY ATTENDANCE AFTER 6:00 P.M. & SATURDAY | 2 | 75.00 | 150.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -3.00 |
| 04/13/2010  DEPOSITION OF KIMBERLY JOSEPH, M.D. | | | |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _5-11-10_
6. Law Dept. Division: _SLD_

MAY 1 1 2010

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>74105 | *PAYABLE UPON RECEIPT* | Total   $1,250.96 |
|---|---|---|---|

E-mail  info@urlaubbowen.com          Visit our Web ...  www.urlaubbowen.com

  

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648  FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET   SUITE 1720
CHICAGO, IL 60602

| | |
|---|---|
| INVOICE NO. : | 16971 |
| INVOICE DATE: | 4/30/2010 |
| REPORTER: | |
| PEGGY ANDERSON | |

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

ID#  74-3164137

09 C 1198

| Date | Description | | Amount |
|---|---|---|---|
| 2/23/2010 | DEPOSITION OF: | | |
| | LEONARD FICHT | 1. Case Name: _____ | |
| | SARGEANT MORAVEC | 2. Case Number: _____ | |
| | 199 PAGE COPY TRANSCRIPT | 3. Client Dept: _____ | 587.05 |
| | BINDING & DELIVERY | 4. Atty Signature: _____ | 10.00 |
| | | 5. Date Approved: _____ | |
| | MR. GEORGE YAMIN | 6. Law Dept. Division: _____ | |

*Poye*

MAY 0 4 2010

| | | |
|---|---|---|
| Sub Total | 597.05 |
| Paid | 0.00 |
| Balance Due | 597.05 |

*OK to Pay*
*George J. Yamin, Jr*
*5-15-10*

THANK YOU!

WE NOW ACCEPT ALL MAJOR CREDIT CARDS

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Phone:** (312) 781-9586    **Fax:** (312) 781-9228

Job #: 100506CML
Job Date: 05/06/2010
Order Date: 05/06/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 75104
Inv.Date: 05/19/2010
Balance: $944.60

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
*vs*
**City of Chicago**
Action #: 09 C 1198
Rep: CML
Cert: 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| | Doreen A. Wells | Original Certified Transcript | Pages | 159 | $4.25 | | $675.75 |
| | | City of Chicago 2% price reduction | Pages | 159 | $-0.09 | | $-14.31 |
| | | Condensed Transcript | Pages | 159 | $0.25 | | $39.75 |
| | | City of Chicago 2% price reduction | Pages | 159 | $-0.01 | | $-1.59 |
| | | Attendance (Hourly Ext) | Hours | 5.00 | $50.00 | | $250.00 |
| | | City of Chicago 2% price reduction | Hours | 5.00 | $-1.00 | | $-5.00 |

1. Case Name: _09 C 1198_
2. Case Number: _Wells v City_
3. Client Dept: _Police_
4. Atty Signature: _J Polick_
5. Date Approved: _5-25-10_
6. Law Dept. Division: _SLU_

MAY 25 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $944.60 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $944.60 |
| Payment | $0.00 |
| **Balance Due** | $944.60 |

Federal Tax I.D.: 36-3368198    **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 75104
Inv.Date: 05/19/2010
Balance: $944.60
Job #: 100506CML
Job Date: 05/06/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648  FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET  SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY

09 C 1198

| | | |
|---|---|---|
| **INVOICE NO. :** | | 17065 |
| **INVOICE DATE:** | | 5/28/2010 |
| **REPORTER:** | | |
| KATHLEEN M. DUFFEE | | |
| **ID#** 74-3164137 | | |

| Date | Description | Amount |
|---|---|---|
| 4/22/2010 | DEPOSITION OF: ELLIOTT MUSIAL | |
| | 322 PAGE COPY TRANSCRIPT | 949.90 |
| | CONDENSED TRANSCRIPT | 30.00 |
| | BINDING & DELIVERY | 10.00 |

| | |
|---|---|
| **Sub Total** | 989.90 |
| **Paid** | 0.00 |
| **Balance Due** | 989.90 |

### THANK YOU!

### WE NOW ACCEPT ALL MAJOR CREDIT CARDS

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _6-4-10_
6. Law Dept. Division: _SLU_

JUN 0 2 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648 FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET SUITE 1720
CHICAGO, IL 60602

MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17043 |
|---|---|
| INVOICE DATE: | 5/26/2010 |

REPORTER:
NANCY SPEARE

ID# 74-3164137

| Date | Description | Amount |
|---|---|---|
| 4/23/2010 | DEPOSITION OF: RACHEL GOLUBIAK | |
| | 161 PAGE COPY TRANSCRIPT | 474.95 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MS. JOSEPH M. POLICK | |

| | |
|---|---|
| Sub Total | 484.95 |
| Paid | 0.00 |
| Balance Due | 484.95 |

### THANK YOU!

### WE NOW ACCEPT ALL MAJOR CREDIT CARDS

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _Q. Polic_
5. Date Approved: _6-4-10_
6. Law Dept. Division: _SCU_

JUN 0 2 2010

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100518CML
Job Date: 05/18/2010
Order Date: 05/18/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 75203
Inv.Date: 05/28/2010
Balance: $790.00

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
vs
**City of Chicago**
Action #: 09 C 1198
Rep: CML
Cert: 084-004631

| Item | Proceeding/Witness | Description | Units | Quantity | Price | | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Burke Ford | Original Certified Transcript | Pages | 135 | $4.25 | | $573.75 |
| 2 | | City of Chicago 2% price reduction | Pages | 135 | $-0.09 | | $-12.15 |
| 3 | | Condensed Transcript | Pages | 135 | $0.25 | | $33.75 |
| 4 | | City of Chicago 2% price reduction | Pages | 135 | $-0.01 | | $-1.35 |
| 5 | | Attendance (Hourly Ext) | Hours | 4.00 | $50.00 | | $200.00 |
| 6 | | City of Chicago 2% price reduction | Hours | 4.00 | $-1.00 | | $-4.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-4-10*
6. Law Dept. Division: *SLU*

JUN 0 2 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $790.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $790.00 |
| Payment | $0.00 |
| Balance Due | $790.00 |

Federal Tax I.D.: 36-3368198        Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75203
Inv.Date: 05/28/2010
Balance: $790.00
Job #: 100518CML
Job Date: 05/18/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MR. JOSEPH POLICK

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :        17147
INVOICE DATE:    6/11/2010
REPORTER:
NANCY SPEARE

ID#   74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 2/05/2010 | DEPOSITION OF:   SEAN KINDLE  <br> 84 PAGE COPY TRANSCRIPT | 247.80 |
| | MR. JOSEPH POLICK | |

|  | |
|--|--|
| Sub Total | 247.80 |
| Paid | 0.00 |
| Balance Due | 247.80 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Poyck_
4. Atty Signature: _J. Polick_
5. Date Approved: _6-15-10_
6. Law Dept. Division: _SLV_

JUN 14 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648 FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17142 |
|---|---|
| INVOICE DATE: | 6/11/2010 |

REPORTER:
MEGAN M. REED

ID# 74-3164137

| Date | Description | Amount |
|---|---|---|
| 2/03/2010 | DEPOSITION OF: | |
| | GENE ALEXANDER | |
| | TORRANCE DAVIS | |
| | 242 PAGE COPY TRANSCRIPT | 713.90 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 723.90 |
| Paid | 0.00 |
| Balance Due | 723.90 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _6-15-10_
6. Law Dept. Division: _SLU_

JUN 14 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648  FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :     17138
INVOICE DATE:    6/11/2010

REPORTER:
DENNIS HARTNETT

ID#   74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 3/12/2010 | DEPOSITION OF:   TONY BAIO | |
| | 222 PAGE COPY TRANSCRIPT | 654.90 |
| | BINDING & DELIVERY | 10.00 |

| | |
|---|---|
| Sub Total | 664.90 |
| Paid | 0.00 |
| Balance Due | 664.90 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *G. Patrick*
5. Date Approved: *6-15-10*
6. Law Dept. Division: *FLU*

JUN 14 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

**PHONE  312-853-0648  FAX  312-853-9705**

| | |
|---|---|
| CITY OF CHICAGO | **INVOICE NO. :** 17134 |
| DEPARTMENT OF LAW | **INVOICE DATE:** 6/11/2010 |
| 30 NORTH LASALLE STREET | **REPORTER:** |
| ROOM 1720 | PEGGY ANDERSON |
| CHICAGO, IL 60602-2580 | |
| MS. ANGIE FUENTES | **ID#**  74-3164137 |

WELLS VS. CITY OF CHICAGO

09 C 1198

| Date | Description | Amount |
|---|---|---|
| 2/23/2010 | DEPOSITION OF:  RICHARD MORAVEC | |
| | 145 PAGE COPY TRANSCRIPT | 427.75 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH M. POLICK | |

| | |
|---|---|
| Sub Total | 437.75 |
| Paid | 0.00 |
| Balance Due | 437.75 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-15-10*
6. Law Dept. Division: *SLU*

JUN 14 2010

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648  FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**  17124
**INVOICE DATE:**  6/08/2010
**REPORTER:**
SUZANNE THALJI

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 3/18/2010 | DEPOSITION OF:JESSE TERRAZAS | |
| | 153 PAGE COPY TRANSCRIPT | 451.35 |
| | CONDENSED TRANSCRIPT | 25.00 |
| | BINDING & DELIVERY | 10.00 |

| | |
|---|---|
| **Sub Total** | 486.35 |
| **Paid** | 0.00 |
| **Balance Due** | 486.35 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Poreck_
5. Date Approved: _6-15-10_
6. Law Dept. Division: _FLU_

JUN 1 4 2010

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100513BIENENST3
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #:    75388
Inv.Date:    06/15/2010
Balance:    $539.00

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Darlene
vs
City of Chicago

**Action #:** 09 C 1198
**Rep:** BIENENST
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-----------|-------|----------|-------|-----------|--------|
|  | David H. Averbach, M.D. | Original Certified Transcript | Pages | 100 | $4.25 | $8.50 | $416.50 |
|  |  | Condensed Transcript | Pages | 100 | $0.25 | $0.50 | $24.50 |
|  |  | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-25-10*
6. Law Dept. Division: *SLU*

JUN 24 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198    **Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $539.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$539.00** |
| Payment | $0.00 |
| **Balance Due** | **$539.00** |

*Please KEEP THIS PART for YOUR RECORDS.*
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75388
Inv.Date: 06/15/2010
Balance: $539.00
Job #: 100513BIENENST3
Job Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: