# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100513BIENENST2
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #:    75386
Inv.Date:    06/15/2010
Balance:    $362.60

| Bill To: | Action: **Wells, Darlene** |
|---|---|
| Mr. Joseph M. Polick | vs |
| Mara S. Georges, Corporation Counsel | **City of Chicago** |
| Special Litigation Unit | Action #: **09 C 1198** |
| 30 N La Salle Street | Rep: **BIENENST** |
| Suite 1720 | Cert: |
| Chicago, IL 60603 | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Kirk J. Stubbs, M.D. | Original Certified Transcript | Pages | 60 | $4.25 | $5.10 | $249.90 |
| | | Condensed Transcript | Pages | 60 | $0.25 | $0.30 | $14.70 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *6-25-10*
6. Law Dept. Division: *SLU*

JUN 24 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $362.60 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $362.60 |
| Payment | $0.00 |
| Balance Due | $362.60 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

| Bill To: | Deliver To: |
|---|---|
| Mr. Joseph M. Polick | Mr. Joseph M. Polick |
| Mara S. Georges, Corporation Counsel | Mara S. Georges, Corporation Counsel |
| Special Litigation Unit | Special Litigation Unit |
| 30 N La Salle Street | 30 N La Salle Street |
| Suite 1720 | Suite 1720 |
| Chicago, IL 60603 | Chicago, IL 60603 |

# Invoice

Invoice #: 75386
Inv.Date: 06/15/2010
Balance: $362.60
Job #: 100513BIENENST2
Job Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Phone: (312) 781-9586
Fax: (312) 781-9228

**Urlaub Bowen & Associates, Inc.**
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100513BIENENST
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 75384
Inv.Date: 06/15/2010
Balance: $556.64

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Darlene
vs
City of Chicago
**Action #:** 09 C 1198
**Rep:** BIENENST
**Cert:**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|-----------|--------|
| | Vishnu K. Sharma, M.D. | Original Certified Transcript | Pages | 104 | $4.25 | $8.84 | $433.16 |
| | | Condensed Transcript | Pages | 104 | $0.25 | $0.52 | $25.48 |
| | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $2.00 | $98.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *6-25-10*
6. Law Dept. Division: *SLU*

JUN 24 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|--|--|
| Sub Total | $556.64 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $556.64 |
| Payment | $0.00 |
| Balance Due | $556.64 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75384
Inv.Date: 06/15/2010
Balance: $556.64
Job #: 100513BIENENST
Job Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100528BIENENST
Job Date: 05/28/2010
Order Date: 05/28/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: 75442
Inv.Date: 06/22/2010
Balance: $1,102.50

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
vs
**City of Chicago**
Action #: **09 C 1198**
Rep: **BIENENST**
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|------------|--------|
| 1 | Thomas G. Swartzbaugh | Original Certified Transcript | Pages | 200 | $4.25 | $17.00 | $833.00 |
|   |  | Attendance (Hourly Ext) | Hours | 5.50 | $50.00 | $5.50 | $269.50 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _7-1-10_
6. Law Dept. Division: _SLU_

JUN 3 0 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $1,102.50 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,102.50 |
| Payment | $0.00 |
| Balance Due | $1,102.50 |

Please KEEP THIS PART for YOUR RECORDS.
FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

## CITY OF CHICAGO
## 2% PRICE REDUCTION

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 75442
Inv.Date: 06/22/2010
Balance: $1,102.50
Job #: 100528BIENENST
Job Date: 05/28/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

**PHONE  312-853-0648  FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**     17158

**INVOICE DATE:**    6/17/2010

**REPORTER:**
BARBARA J. POLKE

**ID#**   74-3164137

| Date | Description | | Amount |
|------|-------------|---|--------|
| 5/21/2010 | DEPOSITION OF:  SUNIL SHAH | | |
| | 128 PAGE COPY TRANSCRIPT | 1. Case Name: _Wells v. City_ | 416.00 |
| | CONDENSED TRANSCRIPT | 2. Case Number: _09 C 1198_ | 30.00 |
| | BINDING & DELIVERY | 3. Client Dept: _Finance_ | 10.00 |
| | | 4. Atty Signature: _J. Polick_ | |
| | MR. JOSEPH POLICK | 5. Date Approved: _2-1-10_ | |
| | | 6. Law Dept. Division: _SLU_ | |

JUN 3 0 2010

| | | |
|---|---|---|
| Sub Total | | 456.00 |
| Paid | | 0.00 |
| Balance Due | | 456.00 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE 312-853-0648 FAX 312-853-9705**

| | |
|---|---|
| CITY OF CHICAGO | **INVOICE NO. :** 17164 |
| DEPARTMENT OF LAW | **INVOICE DATE:** 6/18/2010 |
| 30 NORTH LASALLE STREET | |
| ROOM 1720 | **REPORTER:** |
| CHICAGO, IL 60602-2580 | NANCY SPEARE |
| MS. ANGIE FUENTES | |
| | **ID#** 74-3164137 |

WELLS VS. CITY OF CHICAGO

09 C 1198

| Date | Description | Amount |
|---|---|---|
| 2/10/2010 | DEPOSITION OF: LEVI ROBERTS | 536.90 |
| | 182 PAGE COPY TRANSCRIPT | |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _7-1-10_
6. Law Dept. Division: _ELU_

JUN 3 0 2010

| | |
|---|---|
| Sub Total | 546.90 |
| Paid | 0.00 |
| Balance Due | 546.90 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE 312-853-0648  FAX 312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| | | |
|---|---|---|
| **INVOICE NO. :** | 17178 | |
| **INVOICE DATE:** | 6/24/2010 | |
| **REPORTER:** | | |
| SUZANNE THALJI | | |
| **ID#  74-3164137** | | |

| Date | Description | Amount |
|---|---|---|
| 2/17/2010 | DEPOSITION OF:  SYLVESTER MACKEY | |
| | 236 PAGE COPY TRANSCRIPT | 696.20 |
| | 1. Case Name: _Wells v. City_ | |
| | 2. Case Number: _09 C 1198_ | |
| | MR. JOSEPH POLICK  3. Client Dept: _Police_ | |
| | 4. Atty Signature: _J. Polick_ | Sub Total  696.20 |
| | 5. Date Approved: _7-1-10_ | Paid  0.00 |
| | 6. Law Dept. Division: _SLU_ | Balance Due  696.20 |

**THANK YOU!**  JUN 3 0 2010

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| | | | |
|---|---|---|---|
| **INVOICE NO. :** | 17210 |
| **INVOICE DATE:** | 6/29/2010 |
| **REPORTER:** | |
| MEGAN M. REED | |
| **ID#**  74-3164137 | |

| Date | Description | Amount |
|---|---|---|
| 10/08/2009 | DEPOSITION OF:  DEROD HENDERSON | |
| | 95 PAGE COPY TRANSCRIPT | 280.25 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 290.25 |
| **Paid** | 0.00 |
| **Balance Due** | 290.25 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept:
4. Atty Signature: *Joseph Polick*
5. Date Approved: *7-8-10*
6. Law Dept. Division: *SLD*

JUL 0 8 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**     17195
**INVOICE DATE:**    6/29/2010
**REPORTER:**
KATHLEEN M. DUFFEE

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 5/17/2010 | DEPOSITION OF:  DARREN O'BRIEN | |
| | 117 PAGE COPY TRANSCRIPT | 345.15 |
| | CONDENSED TRANSCRIPT | 30.00 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 385.15 |
| Paid | 0.00 |
| Balance Due | 385.15 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _7-8-10_
6. Law Dept. Division: _FCB_

JUL 08 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648 FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17234 |
| INVOICE DATE: | 7/01/2010 |

REPORTER:
KATHLEEN M. DUFFEE

ID# 74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 2/12/2010 | DEPOSITION OF: LLOYD HUDDLESTON | |
| | 151 PAGE COPY TRANSCRIPT | 445.45 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 455.45 |
| Paid | 0.00 |
| Balance Due | 455.45 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Royce_
4. Atty Signature: _J. Polick_
5. Date Approved: _7-8-10_
6. Law Dept. Division: _SCU_

JUL 0 8 2010

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: **(312) 781-9586**      Fax: **(312) 781-9228**

Job #: 100525SAK
Job Date: 05/25/2010
Order Date: 05/25/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 75524
**Inv.Date:** 06/29/2010
**Balance:** $1,388.65

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Darlene
**vs**
City of Chicago
**Action #:** 09 C 1198
**Rep:** SAK
**Cert:** 084-002346

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| | Tera A. Jones, M.D. | Original Certified Transcript | Pages | 251 | $4.25 | $21.34 | $1,045.41 |
| | | Condensed Transcript | Pages | 251 | $0.25 | $1.26 | $61.49 |
| | | Attendance (Hourly Ext) | Hours | 5.00 | $50.00 | $5.00 | $245.00 |
| | | Attendance OT (Hourly Ext) | Hours | 0.50 | $75.00 | $0.75 | $36.75 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *7-8-10*
6. Law Dept. Division: *SLU*

JUL 0 8 2010

CITY OF CHICAGO
2% PRICE REDUCTION

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $1,388.65 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,388.65 |
| Payment | $0.00 |
| Balance Due | $1,388.65 |

**Federal Tax I.D.:** 36-3368198      **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Invoice #:** 75524
**Inv.Date:** 06/29/2010
**Balance:** $1,388.65
**Job #:** 100525SAK
**Job Date:** 05/25/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

Invoice

Phone: **(312) 781-9586**
Fax: **(312) 781-9228**

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# INVOICE



Offices
Nationwide

**CAPITAL**
REPORTING COMPANY®

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62165 | 7/14/2010 | 41289 |
| **Job Date** | **Case No.** | |
| 6/29/2010 | 09C1198 | |
| | **Case Name** | |
| | Anne Darlene Wells v. City of Chicago | |
| | **Payment Terms** | |
| | Due upon receipt | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Robert O'Donnell | 192.00 Pages | @ | 2.75 | 528.00 |
| Exhibits | 20.00 Pages | @ | 0.25 | 5.00 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |
| | | **TOTAL DUE >>>** | | **$553.00** |

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*OK Joseph M. Polick*
*7-19-10 SLO*
*Wells v. City 09 C 1198*
*POLICE*

**Tax ID:** 20-0203552

Phone: 312.744.8335     Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Job No. : 41289          BU ID     : 8-CRCIL
Case No. : 09C1198
Case Name : Anne Darlene Wells v. City of Chicago

Invoice No. : 62165          Invoice Date : 7/14/2010
**Total Due : $ 553.00**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Capital Reporting Company**
          **1821 Jefferson Place, NW**
          **3rd Floor**
          **Washington, DC 20036**

# INVOICE



Offices
Nationwide

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61604 | 6/25/2010 | 40804 |
| Job Date | Case No. | |
| 6/8/2010 | 09C1198 | |
| Case Name | | |
| Anne Darlene Wells v. City of Chicago | | |
| Payment Terms | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Darryl Holbert | 127.00 | Pages | @ | 2.50 | 317.50 |
| Exhibits | 5.00 | Pages | @ | 0.25 | 1.25 |
| Exhibits: Color Copies | 6.00 | Pages | @ | 0.50 | 3.00 |
| Shipping | | | | 20.00 | 20.00 |
| | | | **TOTAL DUE >>>** | | **$341.75** |

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*OK Joseph M Polick*
*7-6-10   SLU*
*Wells v. City*
*09 C 1198   Polick*

**Tax ID:** 20-0203552

Phone: 312.744.8335   Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 61604 |
| Invoice Date | : | 6/25/2010 |
| **Total Due** | : | **$ 341.75** |

| | | |
|---|---|---|
| Job No. | : | 40804 |
| BU ID | : | 8-CRCIL |
| Case No. | : | 09C1198 |
| Case Name | : | Anne Darlene Wells v. City of Chicago |

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648  FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1100

| INVOICE NO. : | 17296 |
|---|---|
| INVOICE DATE: | 7/15/2010 |

REPORTER:
KATHLEEN M. DUFFEE

ID#  74-3164137

| Date | Description | Amount |
|---|---|---|
| 3/10/2010 | DEPOSITION OF:   TRACEY SANDERS | |
| | 168 PAGE COPY TRANSCRIPT | 495.60 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 495.60 |
| **Paid** | 0.00 |
| **Balance Due** | 495.60 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J Polick*
5. Date Approved: *7-20-10*
6. Law Dept. Division: *SLU*

JUL 2 0 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648   FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17260 |
| INVOICE DATE: | 7/08/2010 |
| REPORTER: | |
| KATHLEEN M. DUFFEE | |
| ID# 74-3164137 | |

| Date | Description | Amount |
|---|---|---|
| 3/31/2010 | DEPOSITION OF:  STEVEN ROWLING | |
| | 148 PAGE COPY TRANSCRIPT | 436.60 |
| | BINDING & DELIVERY | 10.00 |

|  | |
|---|---|
| Sub Total | 446.60 |
| Paid | 0.00 |
| Balance Due | 446.60 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J Pent_
5. Date Approved: _7-20-10_
6. Law Dept. Division: _SLU_

JUL 2 0 2010

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| | INVOICE NO. : | 17321 |
|---|---|---|
| | INVOICE DATE: | 7/23/2010 |
| | REPORTER: | |
| | NICOLE KOZIOL | |
| | ID#  74-3164137 | |

| Date | Description | Amount |
|---|---|---|
| | 27 PAGE COPY TRANSCRIPT - *JOSEPH STRUCK* | 79.65 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH POLICK | |

| | | |
|---|---|---|
| Sub Total | | 89.65 |
| Paid | | 0.00 |
| Balance Due | | 89.65 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 198*
3. Client Dept: *Policka*
4. Atty Signature: *J. Polick*
5. Date Approved: *7-26-10*
6. Law Dept. Division: *SLD*

JUL 2 8 2010

# INVOICE



*Offices Nationwide*

Questions?
(866) 448 - DEPO (3376)

CAPITAL
REPORTING COMPANY®

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61887 | 7/7/2010 | 41156 |
| Job Date | Case No. | |
| 6/16/2010 | 09C1198 | |
| Case Name | | |
| Anne Darlene Wells v. City of Chicago | | |
| Payment Terms | | |
| Due upon receipt | | |

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | | |
| Anthony Balta | | 106.00 | Pages | @ | 2.50 | 265.00 |
| Exhibits | | 31.00 | Pages | @ | 0.25 | 7.75 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | | |
| William Chigas | | 84.00 | Pages | @ | 2.50 | 210.00 |
| Exhibits | | 31.00 | Pages | @ | 0.25 | 7.75 |
| Shipping | | | | | 20.00 | 20.00 |

**TOTAL DUE >>>** **$510.50**

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $510.50 |

*Paid*

Tax ID: 20-0203552

Phone: 312-744-0454    Fax:

---

*Please detach bottom portion and return with payment.*

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

*OK to Pay*
*George J. Yamin, Jr.*
*8-9-10*

| | | |
|---|---|---|
| Invoice No. | : | 61887 |
| Invoice Date | : | 7/7/2010 |
| **Total Due** | : | **$510.50** |

| | | |
|---|---|---|
| Job No. | : | 41156 |
| BU ID | : | 8-CRCIL |
| Case No. | : | 09C1198 |
| Case Name | : | Anne Darlene Wells v. City of Chicago |

Remit To:  **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC  20036**

# INVOICE



*Offices Nationwide*

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64131 | 8/26/2010 | 43297 |
| Job Date | Case No. | |
| 8/11/2010 | 09C1198 | |
| Case Name | | |
| Anne Darlene Wells v. City of Chicago | | |
| Payment Terms | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Dr. Wilfrid Jean-Jacques and Dr. Bernardo Livas | 85.00 Pages | @ | 2.50 | 212.50 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |
| | | **TOTAL DUE >>>** | | **$232.50** |

*Dr. Jean-Jacques only* (handwritten)

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*Ok Joseph M. Polick*
*8/31/10 SLU*
*Wells v. City*
*09 C 1198 Polick* (handwritten)

Tax ID: 20-0203552

Phone: 312.744.8335    Fax:

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Job No.    : 43297          BU ID      :8-CRCIL
Case No.    : 09C1198
Case Name  : Anne Darlene Wells v. City of Chicago

Invoice No. : 64131          Invoice Date :8/26/2010
**Total Due : $ 232.50**

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648  FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17397 |
|---|---|
| INVOICE DATE: | 8/26/2010 |

REPORTER:
MEGAN M. REED

ID#  74-3164137

| Date | Description | Amount |
|---|---|---|
| 4/23/2010 | DEPOSITION OF:  SGT. KEVIN DUFFIN | |
| | 57 PAGE COPY TRANSCRIPT | 168.15 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 178.15 |
| Paid | 0.00 |
| Balance Due | 178.15 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *9-1-10*
6. Law Dept. Division: *SLD*

SEP 01 2010

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64276 | 8/31/2010 | 41155 |
| **Job Date** | **Case No.** | |
| 6/14/2010 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL  60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Officer Ramiro Cortez | | | | | |
| | 87.00 | Pages | @ | 2.50 | 217.50 |
| Exhibits | 4.00 | Pages | @ | 0.25 | 1.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Officer Rene Saucedo | | | | | |
| | 145.00 | Pages | @ | 2.50 | 362.50 |
| Exhibits | 4.00 | Pages | @ | 0.25 | 1.00 |
| Shipping | | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**        **$602.00**

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*[handwritten: Ok Joseph M Polick 9-7-10 SLU Wells v. City 09 C 1198 Polick]*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

---

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL  60602

Job No.      : 41155        BU ID        :8-CRCIL
Case No.    : 09C1198
Case Name : Anne Darlene Wells v. City of Chicago

Invoice No. : 64276        Invoice Date :8/31/2010
**Total Due  : $ 602.00**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Capital Reporting Company**
          **1821 Jefferson Place, NW**
          **3rd Floor**
          **Washington, DC  20036**

# INVOICE



**JENSEN REPORTING**

*Whenever you need it. Whatever it takes.*

*Worldwide Coverage*

312.236.6936 | 877.653.6736 | Fax 312.236.6968

www.jensenreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 206617 | 9/2/2010 | 64588 |
| **Job Date** | **Case No.** | |
| 2/10/2010 | 09 C 1198 | |
| **Case Name** | | |
| Wells vs. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
City of Chicago Law Department
30 North Lasalle Street
Suite 1720
Chicago, IL 60602

CERTIFIED TRANSCRIPT

| | | |
|---|---|---|
| Officer Fulton Knight | 121.00 Pages | 296.45 |
| Condensed Transcript | | 25.00 |
| Courier | | 10.00 |
| | **TOTAL DUE >>>** | **$331.45** |

Ordered on 8-12-10
Delivered on 9-2-10

*OK Joseph M Polic*
*9-7-10  SLU*
*Wells v. City 09 C1198*
*Police*

**Tax ID:** 36-3811129                                    Phone: (312)744-8371    Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
City of Chicago Law Department
30 North Lasalle Street
Suite 1720
Chicago, IL 60602

Job No.      : 64588          BU ID        : 1-MAIN
Case No.     : 09 C 1198
Case Name    : Wells vs. City of Chicago

Invoice No.  : 206617        Invoice Date : 9/2/2010
**Total Due  : $ 331.45**

### PAYMENT WITH CREDIT CARD       AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Jensen Reporting**
          **205 West Randolph Street, 5th Floor**
          **Chicago, IL 60606**

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: **(312) 781-9586**    Fax: **(312) 781-9228**

Job #: **100805BIENENST**
Job Date: **08/05/2010**
Order Date: **08/05/2010**
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

Invoice #: **76230**
Inv.Date: **09/07/2010**
Balance: **$700.65**

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
vs
**City of Chicago**
Action #: **09 C 1198**
Rep: **BIENENST**
Cert:

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|
| | Julie M. Cundy | Original Certified Transcript | 142 | $4.25 | $60.35 | $543.15 |
| | | Attendance (Hourly Ext) | 3.50 | $50.00 | $17.50 | $157.50 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _9-10-10_
6. Law Dept. Division: _SLU_

SEP 10 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity
personally responsible for payment of shorthand reporting services rendered at the request of that
attorney, firm or entity."

| | |
|---|---|
| Sub Total | $700.65 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$700.65** |
| Payment | $0.00 |
| **Balance Due** | **$700.65** |

Federal Tax I.D.: 36-3368198     Terms: **Net 30 Days @ 1.5%**

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Invoice #: 76230
Inv.Date: 09/07/2010
Balance: $700.65
Job #: 100805BIENENST
Job Date: 08/05/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Phone: **(312) 781-9586**
Fax: **(312) 781-9228**

**Urlaub Bowen & Associates, Inc.**
**20 N. Clark Street**
**Suite 1260**
**Chicago, IL 60602**

# INVOICE



*Offices
Nationwide*

**CAPITAL**
REPORTING COMPANY®

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64698 | 9/9/2010 | 44027 |
| **Job Date** | **Case No.** | |
| 8/25/2010 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Bernardo Livas | 90.00 Pages | @ | 2.50 | 225.00 |
| Exhibits | 128.00 Pages | @ | 0.25 | 32.00 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |

**TOTAL DUE >>>** **$277.00**

Help Capital to GO GREEN!  Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*OK Joseph M. Polick
9-10-10 SLU
Wells v City
09 C 1198
Police*

**Tax ID:** 20-0203552

Phone: 312.744.8335   Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | |
|---|---|---|---|
| Job No. | : 44027 | BU ID | :8-CRCIL |
| Case No. | : 09C1198 | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | |

Invoice No. : 64698         Invoice Date : 9/9/2010
**Total Due  : $ 277.00**

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :       17444
INVOICE DATE:    9/08/2010

REPORTER:
KATHLEEN M. DUFFEE

ID#  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 4/14/2010 | DEPOSITION OF:  AIDAN O'CONNOR | |
| | 110 PAGE COPY TRANSCRIPT | 324.50 |
| | BINDING & DELIVERY | 10.00 |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| Sub Total | 334.50 |
| Paid | 0.00 |
| Balance Due | 334.50 |

### THANK YOU!

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _9-23-10_
6. Law Dept. Division: _SLU_

SEP 2 2 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

**PHONE  312-853-0648   FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

**INVOICE NO. :**       17457
**INVOICE DATE:**     9/08/2010

**REPORTER:**
PEGGY ANDERSON

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 2/22/2010 | DEPOSITION OF:  WENDY BOND | |
| | 86 PAGE COPY TRANSCRIPT | 253.70 |
| | BINDING & DELIVERY | 10.00 |

|  |  |
|--|--|
| Sub Total | 263.70 |
| Paid | 0.00 |
| Balance Due | 263.70 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name:  *Wells v. City*
2. Case Number:  *09 C 1198*
3. Client Dept:  *Police*
4. Atty Signature:  *[signature]*
5. Date Approved:  *9-23-10*
6. Law Dept. Division:  *SLU*

SEP 2 2 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE 312-853-0648   FAX 312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

INVOICE NO. :        17464
INVOICE DATE:     9/08/2010
REPORTER:
PEGGY ANDERSON

ID#   74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 4/12/2010 | DEPOSITION OF:  ANTARA NATH | |
| | 80 PAGE COPY TRANSCRIPT | |
| | BINDING & DELIVERY | 236.00 |
| | MR. JOSEPH POLICK | 10.00 |

|  |  |
|--|--|
| Sub Total | 246.00 |
| Paid | 0.00 |
| Balance Due | 246.00 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: *Wells v City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J Polick*
5. Date Approved: *9-23-10*
6. Law Dept. Division: *SCU*

SEP 2 2 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

PHONE  312-853-0648   FAX  312-853-9705

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| INVOICE NO. : | 17508 |
| INVOICE DATE: | 9/23/2010 |

**REPORTER:**
KATHLEEN M. DUFFEE

**ID#**  74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 5/17/2010 | DEPOSITION OF: MARGARET FLYNN | |
| | 53 PAGE COPY TRANSCRIPT | 156.35 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 166.35 |
| **Paid** | 0.00 |
| **Balance Due** | 166.35 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _9-28-10_
6. Law Dept. Division: _SLU_

SEP 2 7 2010

**TOOMEY REPORTING, INC**
DEPARTMENT 4923
CAROL STREAM, ILLINOIS 60122-4923

**PHONE  312-853-0648  FAX  312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

JONATHAN  RAMIREZ

| | | |
|---|---|---|
| **INVOICE NO. :** | 17495 | |
| **INVOICE DATE:** | 9/22/2010 | |
| **REPORTER:** | | |
| DENNIS HARTNETT | | |
| **ID#  74-3164137** | | |

| Date | Description | Amount |
|---|---|---|
| 9/22/2010 | DEPOSITION OF:   JONATHAN RAMIREZ | |
| | 105 PAGE COPY TRANSCRIPT | 309.75 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH POLICK | |

| | |
|---|---|
| **Sub Total** | 319.75 |
| **Paid** | 0.00 |
| **Balance Due** | 319.75 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _9-28-10_
6. Law Dept. Division: _SW_

SEP 2 7 2010

# INVOICE



**Offices Nationwide**

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65253 | 9/22/2010 | 44648 |
| **Job Date** | **Case No.** | |
| 9/9/2010 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Dr. Ernest Cabrera | | | | | |
| Exhibits | 84.00 | Pages | @ | 2.50 | 210.00 |
| Shipping | 134.00 | Pages | @ | 0.25 | 33.50 |
| | | | 20.00 | | 20.00 |

**TOTAL DUE >>> $263.50**

Help Capital to GO GREEN! Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*[handwritten: Joseph M. Polick 9-27-10 SLU Wells v. City 09 C 1198 Polick]*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Job No.    : 44648        BU ID      : 8-CRCIL
Case No.   : 09C1198
Case Name  : Anne Darlene Wells v. City of Chicago

Invoice No. : 65253        Invoice Date : 9/22/2010
**Total Due : $ 263.50**

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

| **PAYMENT WITH CREDIT CARD** | AMEX MASTERCARD VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 761-9586    Fax: (312) 781-9228

Job #: 101029SI
Job Date: 10/29/2010
Order Date: 10/29/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

| | |
|---|---|
| Invoice #: | 77103 |
| Inv.Date: | 11/17/2010 |
| Balance: | $509.85 |

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
vs
City of Chicago
**Action #:** 09 C 1198
**Rep:** SI
**Cert:**

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Michael Zimmerman, M.D. | Original Certified Transcript | 98 | $4.25 | $41.65 | $374.85 |
| | | Attendance (Hourly Ext) | 3.00 | $50.00 | $15.00 | $135.00 |

1. Case Name: _09 C 1198_
2. Case Number: _Wells v City_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _12-6-10_
6. Law Dept. Division: _SLU_

DEC 0 6 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity
personally responsible for payment of shorthand reporting services rendered at the request of that
attorney, firm or entity."

| | |
|---|---|
| Sub Total | $509.85 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $509.85 |
| Payment | $0.00 |
| **Balance Due** | $509.85 |

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 77103
Inv.Date: 11/17/2010
Balance: $509.85
Job #: 101029SI
Job Date: 10/29/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE 312-853-0648 FAX 312-853-9705**

CITY OF CHICAGO
DEPARTMENT OF LAW
30 NORTH LASALLE STREET
ROOM 1720
CHICAGO, IL 60602-2580
MS. ANGIE FUENTES

WELLS VS. CITY OF CHICAGO

09 C 1198

| **INVOICE NO. :** | 17809 |
| **INVOICE DATE:** | 12/10/2010 |
| **REPORTER:** | |
| PEGGY ANDERSON | |

**ID#** 74-3164137

| Date | Description | Amount |
|------|-------------|--------|
| 5/11/2010 | DEPOSITION OF: COLLEEN LORD | |
| | 175 PAGE COPY TRANSCRIPT | 633.50 |
| | BINDING & DELIVERY | 10.00 |
| | | |
| | MR. JOSEPH M. POLICK | |

| | |
|---|---|
| **Sub Total** | 643.50 |
| **Paid** | 0.00 |
| **Balance Due** | 643.50 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _12-17-10_
6. Law Dept. Division: _SLU_

DEC 1 6 2010

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
**Phone:** (312) 781-9586   **Fax:** (312) 781-9228

**Job #:** 101119MY
**Job Date:** 11/19/2010
**Order Date:** 11/19/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:** Defendants

# Invoice

**Invoice #:** 77372
**Inv.Date:** 12/14/2010
**Balance:** $341.10

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
*vs*
City of Chicago
**Action #:** 09 C 1198
**Rep:** MY
**Cert:** 084-003537

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Tae An, M.D. | Original Certified Transcript | Pages | 62 | $4.25 | $26.35 | $237.15 |
| 2 | | Condensed Transcript | Pages | 62 | $0.25 | $1.55 | $13.95 |
| 3 | | Attendance - 2 Hr Minimum | Session | 1.00 | $100.00 | $10.00 | $90.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J Polick*
5. Date Approved: *12-17-10*
6. Law Dept. Division: *SLU*

DEC 16 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

**Federal Tax I.D.:** 36-3368198   **Terms:** Net 30 Days @ 1.5%

| | |
|---|---|
| Sub Total | $341.10 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $341.10 |
| Payment | $0.00 |
| Balance Due | $341.10 |

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

**Invoice #:** 77372
**Inv.Date:** 12/14/2010
**Balance:** $341.10
**Job #:** 101119MY
**Job Date:** 11/19/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:** Defendants

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Phone:** (312) 781-9586 **Fax:** (312) 781-9228

Job #: 101027MY
Job Date: 10/27/2010
Order Date: 10/27/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 77220
**Inv.Date:** 11/30/2010
**Balance:** $954.00

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
*vs*
City of Chicago
**Action #:** 09 C 1198
**Rep:** MY
**Cert:** 084-003537

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|------------|--------|
| 1 | Joseph L. Williams | Original Certified Transcript | 180 | $4.25 | $76.50 | $688.50 |
| 2 | | Condensed Transcript | 180 | $0.25 | $4.50 | $40.50 |
| 3 | | Attendance (Hourly Ext) | 5.00 | $50.00 | $25.00 | $225.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *12-17-10*
6. Law Dept. Division: *SLU*

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $954.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $954.00 |
| Payment | $0.00 |
| **Balance Due** | $954.00 |

**Federal Tax I.D.:** 36-3368198    **Terms:** Net 30 Days @ 1.5%

Please KEEP THIS PART for your RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Invoice #:** 77220
**Inv.Date:** 11/30/2010
**Balance:** $954.00
**Job #:** 101027MY
**Job Date:** 10/27/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# INVOICE



**CAPITAL** REPORTING COMPANY®

*Offices Nationwide*

Questions? (866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68968 | 12/14/2010 | 47328 |
| **Job Date** | **Case No.** | |
| 11/23/2010 | 09C1198 | |

| **Case Name** | | |
|---|---|---|
| Anne Darlene Wells v. City of Chicago | | |

| **Payment Terms** | | |
|---|---|---|
| Due upon receipt | | |

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Joseph Salemme | 237.00 Pages | @ | 2.50 | 592.50 |
| Exhibits | 36.00 Pages | @ | 0.25 | 9.00 |
| Electronic Transcript Via Email | | | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |
| | | **TOTAL DUE >>>** | | **$621.50** |

Help Capital to GO GREEN! Order an electronic transcript only for your next deposition and receive a $5.00 credit on your invoice.

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 621.50 |



**Tax ID: 20-0203552**

Phone: 312-744-0454    Fax:

*Please detach bottom portion and return with payment.*

George J. Yamin, Jr.
City of Chicago
30 North LaSalle Street
Suite 1720
Chicago, IL 60602

*OK TO PAY*
*George J. Yamin. Jr.*
*1-3-11*

| Job No. | : 47328 | BU. ID | :8-CRCIL |
|---|---|---|---|
| Case No. | : 09C1198 | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | |
| Invoice No. | : 68968 | Invoice Date | :12/14/2010 |
| **Total Due** | **: $ 621.50** | | |

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:                     Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14098468 | 05/05/2009 | 1401-169064 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/21/2009 | BACHMA | 08CV03622 |

| CASE CAPTION |
|---|
| Kubicz vs. Whiteline Express |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
     Sergent Greg Reynolds              30 Pages @      2.30/Page         69.00
              TotalTranscript                                             40.00
              TotalTranscript Archive                                      7.50
              TotalTranscript Exhibits                                      .40
              Word Index                                                   9.20
              Process/Delivery                                            7.00

                                       TOTAL   DUE   >>>>               133.10
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality
audio recording transcription services by litigation support experts. Contact your
local Merrill office today or email audiotran@merrillcorp.com to submit your work
request or for more information.

*OK Joseph M Polick*
*SCU        5-19-09*
*Kubicz v. Whiteline 08 03 622*
*our case = Wells v. City 89 C 1198*
*Police*

TAX ID NO. :  20-2665382                                    (312) 744-8335

*Please detach bottom portion and return with payment.*

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

Invoice No.:  14098468
Date       :  05/05/2009
**TOTAL DUE  :      133.10**

Job No.    :  1401-169064
Case No.   :  08CV03622
Kubicz vs. Whiteline Express

Remit To:   **LegaLink, Inc.**
            **PO Box 90473**
            **Chicago, IL 60696-0473**

# LEGALINK, INC.



## MERRILL LEGAL SOLUTIONS

311 South Wacker Drive, Suite 300
Chicago, IL 60606

Phone: (312) 386-2000
Fax: (312) 386-2275

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14099240 | 05/20/2009 | 1401-169766 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/13/2009 | ALFATI | 08CV03622 |
| **CASE CAPTION** | | |
| Kubicz vs. Whiteline Express | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Elliot Musial                    135 Pages @      2.30/Page        310.50
         TotalTranscript                                               40.00
         TotalTranscript Archive                                        7.50
         TotalTranscript Exhibits    36.00 Pages @    .40/Page         14.40
         Word Index                                                    32.20
         Process/Delivery                                               7.00
                                                                     _____
                                     TOTAL   DUE  >>>>                 411.60
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

*OK Joseph M. Polick*
*SLU 5/27/09*
*WELLS v. CITY 09 C 1198*
*POLICE*

**TAX ID NO.:** 20-2665382                                    (312) 744-8335

*Please detach bottom portion and return with payment.*

Joseph M. Polick
City of Chicago - Corporation Counsel
30 North LaSalle Street
Suite 1720
Chicago, IL 60602-2580

```
Invoice No.:  14099240
Date      :  05/20/2009
TOTAL DUE :     411.60


Job No.   :  1401-169766
Case No.  :  08CV03622
Kubicz vs. Whiteline Express
```

Remit To:    **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL 60696-0473**

**TOOMEY REPORTING, INC**
**DEPARTMENT 4923**
**CAROL STREAM, ILLINOIS 60122-4923**

**PHONE 312-853-0648   FAX 312-853-9705**



2012 MAR 30 AM II: 12

| | |
|---|---|
| CITY OF CHICAGO | **INVOICE NO. :**   19419 |
| DEPARTMENT OF LAW | **INVOICE DATE:**   3/29/2012 |
| 30 NORTH LASALLE STREET | **REPORTER:** |
| ROOM 800 | KATHLEEN P. LIPINSKI |
| CHICAGO, IL 60602-2580 | |
| MS. ANGIE FUENTES | |

WELLS VS. CITY OF CHICAGO                          **ID#**  74-3164137

09 C 1198

| Date | Description | Amount |
|---|---|---|
| 4/19/2010 | DEPOSITION OF:  ASHLEY MOORE | |
| | 99 PAGES ORIGINAL TRANSCRIPT | 489.06 |
| | | |
| | MR. JOSEPH POLICK ✓ | |

| | |
|---|---|
| **Sub Total** | 489.06 |
| **Paid** | 0.00 |
| **Balance Due** | 489.06 |

**THANK YOU!**

**WE NOW ACCEPT ALL MAJOR CREDIT CARDS**

*09 C 1198*

*Wells v City*

*Police*

*Federal civil rights*
*litigation*

*OK Joseph M. Polick*
*4-10-12   FCRL*
*Wells v. City*
*09 C 1198*
*Police*

# INVOICE



**Offices
Nationwide**

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62393 | 7/15/2010 | 41290 |
| **Job Date** | **Case No.** | |
| 6/29/2010 | 09C1198 | |
| **Case Name** | | |
| Anne Darlene Wells v. City of Chicago | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | | | |
|---|---|---|---|---|---|
| Robert O'Donnell  (Video - 2) | | | | | |
| DVD/CD Copy | 2.00 Disks | @ | 75.00 | | 150.00 |
| Shipping | | | 20.00 | | 20.00 |
| | | | **TOTAL DUE >>>** | | **$170.00** |

Did you know that Capital Reporting Company is a national company?  We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*[handwritten: OK Joseph M. Polick 7-19-10 SLU Wells v. City 09 C 1198 Polick]*

**Tax ID:** 20-0203552

Phone: 312.744.8335    Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Job No. | : 41290 | BU ID | :8-CRCIL | |
| Case No. | : 09C1198 | | | |
| Case Name | : Anne Darlene Wells v. City of Chicago | | | |
| | | | | |
| Invoice No. | : 62393 | Invoice Date | :7/15/2010 | |
| **Total Due** | **: $ 170.00** | | | |

### PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:               Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Capital Reporting Company
1821 Jefferson Place, NW
3rd Floor
Washington, DC  20036**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 61411 | 6/22/2010 | 41071 |

| Job Date | Case No. | |
|---|---|---|
| 6/8/2010 | 09C1198 | |

| Case Name | | |
|---|---|---|
| Anne Darlene Wells v. City of Chicago | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

| | | | | | |
|---|---|---|---|---|---|
| Darryl Holbert - Video | | | | | |
|    Video (0-2 Hrs) | | | | 325.00 | 325.00 |
|    Video (Additional Hours) | 1.50 | Hours | @ | 130.00 | 195.00 |
| Darryl Holbert - Video 2 | | | | | |
|    DVD/CD Copy | | | | 0.00 | 0.00 |
|    Shipping | | | | 20.00 | 20.00 |

**TOTAL DUE >>>**     **$540.00**

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

*OK Joseph M. Polick*
*7-7-10 SLU*
*Wells v. City*
*-09C1198 Polick*

Tax ID: 20-0203552

Phone: 312.744.8335   Fax:

*Please detach bottom portion and return with payment.*

Joseph M. Polick
Department of Law - Special Litigation Unit
30 North LaSalle Street
Room 1720
Chicago, IL 60602

Invoice No.    :   61411
Invoice Date   :   6/22/2010
**Total Due**     :   **$ 540.00**

Remit To: **Capital Reporting Company**
           **1821 Jefferson Place, NW**
           **3rd Floor**
           **Washington, DC 20036**

Job No.      :   41071
BU ID        :   8-CRCIL
Case No.     :   09C1198
Case Name   :   Anne Darlene Wells v. City of Chicago

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100629BIENENST
Job Date: 06/29/2010
Order Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:      75871
Inv.Date:      07/29/2010
Balance:      $455.00

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
vs
**City of Chicago**
Action #: **09 C 1198**
Rep: BIENENST
Cert:

---

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|
| | Brian G. Holley  Videotaped Dep. | Videotaping | 1.00 | $455.00 | $0.00 | $455.00 |
| | | NO DISCOUNT APPLIED | 0.00 | $0.00 | $0.00 | $0.00 |
| | | Direct cost from Michigan reporters | 0.00 | $0.00 | $0.00 | $0.00 |
| | | To Reimburse UBA for their Payment | 0.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J Polick_
5. Date Approved: _8-3-10_
6. Dept. Division: _SLU_

AUG 0 3 2010

---

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $455.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$455.00** |
| Payment | $0.00 |
| **Balance Due** | **$455.00** |

Federal Tax I.D.: 36-3368198          Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75871
Inv.Date: 07/29/2010
Balance: $455.00
Job #: 100629BIENENST
Job Date: 06/29/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100805BIENENST
Job Date: 08/05/2010
Order Date: 08/05/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Invoice

**Invoice #:** 76231
**Inv.Date:** 09/07/2010
**Balance:** $545.00

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Darlene
*vs*
**City of Chicago**
**Action #:** 09 C 1198
**Rep:** BIENENST
**Cert:**

---

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|
| | Julie M. Cundy | Videotaping | 1.00 | $545.00 | $0.00 | $545.00 |
| | | NO DISCOUNT APPLIED | 0.00 | $0.00 | $0.00 | $0.00 |
| | | This charge is to reimburse UBA | 0.00 | $0.00 | $0.00 | $0.00 |
| | | for their payment to Michigan Reporting | 0.00 | $0.00 | $0.00 | $0.00 |
| | | firm for their charges for videotaping. | 0.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *9-10-10*
6. Law Dept. Division: *SLU*

SEP 1 0 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity." -

| | |
|---|---|
| Sub Total | $545.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $545.00 |
| Payment | $0.00 |
| **Balance Due** | $545.00 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

**Invoice #:** 76231
**Inv.Date:** 09/07/2010
**Balance:** $545.00
**Job #:** 100805BIENENST
**Job Date:** 08/05/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

Phone: (312) 781-9586
Fax: (312) 781-9228

**Urlaub Bowen & Associates, Inc.** -
20 N. Clark Street
Suite 1260
Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
  Phone: **(312) 781-9586**   Fax: **(312) 781-9228**

Job #: 100513BIENENST3
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 75389
Inv.Date: 06/15/2010
Balance: $455.00

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Action: **Wells, Darlene**
**vs**
**City of Chicago**
Action #: **09 C 1198**
Rep: **BIENENST**
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
|---|---|---|---|---|---|---|---|
| | David H. Averbach, M.D. | Videotaping | Dollars | 1.00 | $455.00 | $0.00 | $455.00 |
| | | Direct cost from Michigan Reporting Firm | Text | 1.00 | $0.00 | $0.00 | $0.00 |
| | | To reimburse UBA for their payment. | Text | 1.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Office*
4. Atty Signature: *J. Polick*
5. Date Approved: *10-25-10*
6. Law Dept. Division: *SLU*

JUN 24 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity
personally responsible for payment of shorthand reporting services rendered at the request of that
attorney, firm or entity."

| | |
|---|---|
| Sub Total | $455.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $455.00 |
| Payment | $0.00 |
| **Balance Due** | $455.00 |

Federal Tax I.D.: 36-3368198     Terms: **Net 30 Days @ 1.5%**

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Phone: (312) 781-9586
Fax: (312) 781-9228

Invoice #: 75389
Inv.Date: 06/15/2010
Balance: $455.00
Job #: 100513BIENENST3
Job Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586     Fax: (312) 781-9228

Job #: 100513BIENENST2
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #:       75387
Inv.Date:      06/15/2010
Balance:       $365.00

| Bill To: | Action: Wells, Darlene |
|---|---|
| Mr. Joseph M. Polick<br>Mara S. Georges, Corporation Counsel<br>Special Litigation Unit<br>30 N La Salle Street<br>Suite 1720<br>Chicago, IL 60603 | vs<br>City of Chicago<br>Action #: 09 C 1198<br>Rep: BIENENST<br>Cert: |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Kirk J. Stubbs, M.D. | Videotaping | Dollars | 1.00 | $365.00 | $0.00 | $365.00 |
| 2 | | Direct cost from Michigan Reporting Firm | Text | 1.00 | $0.00 | $0.00 | $0.00 |
| 3 | | To reimburse UBA for their payment. | Text | 1.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _J. Polick_
5. Date Approved: _6-25-10_
6. Law Dept. Division: _SLU_

JUN 2 4 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $365.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$365.00** |
| Payment | $0.00 |
| **Balance Due** | **$365.00** |

| Federal Tax I.D.: 36-3368198 | Terms: Net 30 Days @ 1.5% | |
|---|---|---|

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Phone: (312) 781-9586
Fax: (312) 781-9228

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

Invoice #: 75387
Inv.Date: 06/15/2010
Balance: $365.00
Job #: 100513BIENENST2
Job Date: 05/13/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
Phone: (312) 781-9586    Fax: (312) 781-9228

Job #: 100513BIENENST
Job Date: 05/13/2010
Order Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #:    75385
Inv.Date:    06/15/2010
Balance:    $365.00

| Bill To: | Action: | Wells, Darlene |
|---|---|---|
| Mr. Joseph M. Polick | | vs |
| Mara S. Georges, Corporation Counsel | | City of Chicago |
| Special Litigation Unit | Action #: | 09 C 1198 |
| 30 N La Salle Street | Rep: | BIENENST |
| Suite 1720 | Cert: | |
| Chicago, IL 60603 | | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc Amt | Amount |
|---|---|---|---|---|---|---|---|
| | Vishnu K. Sharma, M.D. | Videotaping | Dollars | 1.00 | $365.00 | $0.00 | $365.00 |
| | | Direct cost from Michigan Reporting Firm | Text | 1.00 | $0.00 | $0.00 | $0.00 |
| | | To reimburse UBA for their payment. | Text | 1.00 | $0.00 | $0.00 | $0.00 |

1. Case Name: *Wells v. C.*
2. Case Number: *09 C 1198*
3. Client Dept: *Pou. of*
4. Atty Signature: *J. Polick*
5. Date Approved: *6-25-10*
6. Law Dept. Division: *SL J*

JUN 24 2010

Comments:

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | | |
|---|---|---|
| | Sub Total | $365.00 |
| | Shipping | $0.00 |
| | Tax | N/A |
| | Total Invoice | $365.00 |
| | Payment | $0.00 |
| | Balance Due | $365.00 |

Federal Tax I.D.: 36-3368198    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

## Invoice

Deliver To:
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

Invoice #: 75385
Inv.Date: 06/15/2010
Balance: $365.00
Job #: 100513BIENENST
Job Date: 05/13/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Phone: (312) 781-9586
Fax: (312) 781-9228

- Urlaub Bowen & Associates, Inc.
  20 N. Clark Street
  Suite 1260
  Chicago, IL 60602

# Urlaub Bowen & Associates, Inc.

20 N. Clark Street
Suite 1260
Chicago, IL 60602
**Phone:** (312) 781-9586     **Fax:** (312) 781-9228

Job #: 101217SAK
Job Date: 12/17/2010
Order Date: 12/17/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**Invoice #:** 77485
**Inv.Date:** 12/21/2010
**Balance:** $108.00

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Action:** Wells, Ann Darlene
vs
**City of Chicago**
**Action #:** 09 C 1198
**Rep:** SAK
**Cert:** 084-002346

| Item | Proceeding/Witness | Description | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|----------|-------|-----------|--------|
| | Luis Calderon-NO TAKE | Cancellation Fee | 1.00 | $120.00 | $12.00 | $108.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *12/28/10*
6. Law Dept. Division: *SLU*

DEC 2 8 2010

**Comments:**

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity."

| | |
|---|---|
| Sub Total | $108.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $108.00 |
| Payment | $0.00 |
| Balance Due | $108.00 |

**Federal Tax I.D.:** 36-3368198     **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

# Invoice

Urlaub Bowen & Associates, Inc.
20 N. Clark Street
Suite 1260
Chicago, IL 60602

**Deliver To:**
Mr. Joseph M. Polick
Mara S. Georges, Corporation Counsel
Special Litigation Unit
30 N La Salle Street
Suite 1720
Chicago, IL 60603

**Phone:** (312) 781-9586
**Fax:** (312) 781-9228

**Invoice #:** 77485
**Inv.Date:** 12/21/2010
**Balance:** $108.00
**Job #:** 101217SAK
**Job Date:** 12/17/2010
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**