*Robert A. Baade, Ph.D.*
*375 Arbor Drive*
*Lake Bluff, Illinois 60044*
*(847) 295-5277*

April 16, 2011

Ms. Donna Rizzuto
Howard & Howard
200 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604-2401

      Re:    **Wells v. City of Chicago, et al.**
      Case No.:    09 CV 1198

Dear Ms. Rizzuto:

I write to submit a bill for work relating to sitting for my deposition on April 15, 2011 in the above-captioned case. This is the portion of the bill that should be forwarded to the City of Chicago for payment. Details of the work performed are as follows.

| **Date** | **Hours** | **Nature of the Work** |
|---|---|---|
| April 15, 2011 | 3.0 | Deposition |
| **Total Hours** | **3.0** | |

Please have the City of Chicago send me a check for **$900.00** (3.0 hours x $300/hour) in my name to the address that is on this letterhead. My tax ID is 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.

Sincerely yours,

*Robert A. Baade*
Robert A. Baade, Ph.D.

OK *Joseph M. Polick*
SLU 8-11-11
Wells v. City 09 C 1198
Police

Send payment of
$900.00 to expert
at Lake Bluff
address above.

# KANU VIRANI, M.D.
## CONSULTING FORENSIC PATHOLOGIST
6189 Beachwood Court
West Bloomfield
MI 48324-3320
248-858-4044
248-363-1481

*TAX I.D.# 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*

Donna Rizzuto
Law Offices
200 South Michigan Ave, # 1100
Chicago, IL 60604

Re: Donald Wells, Deceased

Dear Donna Rizzuto,

This invoice is for attorney of City of Chicago

1: $300.00 for extra hour of time, deposition
2: $170.00 for 17 slides
3: $125.00 for autopsy photos
   $595.00 Total

Please send the check to the above address. Do not hesitate to call me if you have any questions.


Sincerely

*Kanu Virani*

**KANU VIRANI, M.D.**
4-19-11

*OK Joseph M. Ruck*
*4-26-11 SLU*

*Wells v. City*
*09 C 7198*
*Police*

F. Gary Toback, M.D., Ph.D.
6848 South Constance Avenue
Chicago, IL 60649-1506

INVOICE
Professional Services Rendered Regarding
Ann Darlene Wells, as representative of The Estate of Donald L. Wells, Deceased
vs. City of Chicago, et al.

CLIENT
City of Chicago, Department of Law

Services Rendered on March 29, 2011

| Date | Professional Activity | Hours |
|---|---|---|
| March 29, 2011 | Deposition in case taken by Joseph M. Polick, Esq., Department of Law, City of Chicago, in offices of Howard and Howard, 200 South Michigan Avenue, Chicago, IL | 7.5 |
| | TOTAL hours: | 7.5 |

Parking: $14 (receipt attached)

Consulting Fee: 7.5 hours @ $550/hour = $4,125.00
Parking = 14.00

~~TOTAL $4,139.00~~

*approved for $3,575.00*
*Joseph M. Polick 3/31/11*
*SLU*

*Wells v. City*
*89 C 1198*
*Polick*

Federal Tax ID# 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

**J. KAHN CORPORATION**
**2935 LONG RIDGE COURT**
**WEST BLOOMFIELD, MI 48323**
EIN: 38-3427847

INVOICE

| DATE | INVOICE # |
|---|---|
| 3/24/2011 | Wells |

**Bill To:**

George Yamin, Esq.
Joseph Polick, Esq.
Special Litigation Counsel
City of Chicago
30 North LaSalle Street, Suite 1720
Chicago, Illinois 60602

Re: Estate of Donald L. Wells v. City of Chicago
Case No. 09 C 1198

| Description | Date | Amount |
|---|---|---|
| Deposition Testimony | March 23, 2011 | $450.00 |

**Total Amount Due:** $450.00

*[Handwritten: OK Joseph M Polick 3/25/11 SCV
Wells v. City
09 C 1198 Price]*

# WALLER & ASSOCIATES, LLC

14665 W. Lisbon Road, Suite 2F
Brookfield, Wisconsin 53005
(262) 782-5515 • Fax (262) 782-5521

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/23/2011 | Wells |

**BILL TO**

Attorney Donna Rizzuto
Howard & Howard
200 S. Michigan Avenue
Suite 1100
Chicago, IL 60604-2401


(PAID)

| DESCRIPTION | AMOUNT |
|---|---|
| Re: Wells v. City of Chicago, et al. Please forward to City of Chicago | |
| Deposition fee for Dennis Waller to be scheduled in the Milwaukee metro area | 2,000.00 |
| OK TO PAY *[signature]* 3-10-11 | |

Waller & Associates, LLC
Federal Tax #39-2002184

**Total** $2,000.00

### ORION FAMILY PHYSICIANS

1455 S. Lapeer Road, Suite 100
Lake Orion, Michigan 48360
Office: 248-693-3551
Fax: 248-693-4643

Carl C. Sarnacki, M.D.
Erik D. Zuckerberg, M.D.
Sandra A. Golden, M.D.
Shree Kilaru, D.O.
Jennifer Prohow, D.O.
John P. Sosa, M.D.
Melissa Drallos P.A.-C.

Re: Invoice for deposition taken on 5/14/10 by Joseph Polick. Donald Wells v. City of Chicago

Fee = $1000.00 ($300/hr. Total time = 3hrs 20min. 9:50am to 1:10pm)

Please remit to:
Erik Zuckerberg, MD
4220 Claire Dr
West Bloomfield, MI, 48323

SSN: 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

OK *Joseph M Polick*
5-19-10  SCJ

Wells v. City
09 C 1198  Police