U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 577152 | 06/10/2009 | |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-382793-003 | 05/22/2009 | 09 C 1198 |

**CASE CAPTION**

ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO

**RECORDS PERTAINING TO**

DONALD L. WELLS

SSN : ***-**-****                                          DOB : **/**/****10/02/

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

JOHN H. STROGER, JR. HOSPITAL OF COOK COUNTY   RADIOLOGY DEPT. (X-Rays from Anytime Whatsoever)
1901 W. HARRISON   CHICAGO, IL 60612

1 SET OF X-Rays from Anytime Whatsoever RECORDS OF :
DONALD L. WELLS

            Service                                                       18.00
            Report                                                        15.00
            CD                                                            75.00

                                         TOTAL DUE  >>>>                 108.00

file# 09 c 1198

ORDERED BY: JOSEPH POLICK
            CORPORATION COUNSEL,
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,
            CHICAGO, IL 60602

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _[signature]_
5. Date Approved: _6/23/09_
6. Law Dept. Division: _SLU_

JUN 2 2 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296

                                                              (312) 744-7150   Fax

*Please detach and return this portion with your payment*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 577152
Date       : 06/10/2009
**TOTAL DUE** : $    108.00

Order No.  : 01-382793-003
Cause No.  : 09 C 1198
ANN DARLENE WELLS, ET AL. VS. CITY OF

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

U.S. Legal Support, Inc.
200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352   Fax  (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 578706 | 06/19/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-382793-005 | 05/22/2009 | 09 C 1198 |

| CASE CAPTION |
|---|
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, |

| RECORDS PERTAINING TO |
|---|
| DONALD L. WELLS |
| SSN : ***-**-****        DOB : **/**/****10/02/1 |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

ST. BERNARD HOSPITAL   PATIENT ACCOUNTS (Bills Only)
326 W. 64TH ST.   CHICAGO, IL  60621

1 SET OF Bills Only RECORDS OF
  DONALD L. WELLS

                Service                                        18.00
                Patient Bills                                  15.00

                            TOTAL   DUE  >>>>                  33.00

ORDERED BY: JOSEPH POLICK
            CORPORATION COUNSEL
            30 N. LA SALLE ST., SUITE 1720
            SPECIAL LITIGATION UNIT
            CHICAGO, IL 60602

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Polick_
4. Atty Signature: _[signature]_
5. Date Approved: _[illegible]_
6. Law Dept. Division: _SLU_

JUN 24 2009

Please contact us immediately with questions or corrections regarding billing or payment
No adjustments or refunds will be made after 120 days from date of payment

TAX ID NO. : 36-2639296                                    (312) 744-7150   Fax

*Please detach and return this portion with your payment*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.:  578706
Date       :  06/19/2009
**TOTAL DUE :  $    33.00**

Order No.  :  01-382793-005
Cause No.  :  09 C 1198
ANN DARLENE WELLS, ET AL. VS. CITY OF

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

**SUPPORT**
200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 579234 | 06/23/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-382793-002 | 05/22/2009 | 09 C 1198 |

**CASE CAPTION**

ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, E

**RECORDS PERTAINING TO**

DONALD L. WELLS

SSN : ***-**-**** DOB : **/**/****10/02/1

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

JOHN H. STROGER JR. HOSPITAL OF COOK COUNTY    PATIENT ACCOUNTS DEPT. (Bills Only)
1900 W. POLK ST. ROOM: G16 CHICAGO, IL 60612

1 SET OF Bills Only RECORDS OF :
    DONALD L. WELLS

            Patient Bills                                                         15.00
            Service                                                               18.00

                                            TOTAL  DUE  >>>>                      33.00

ORDERED BY: JOSEPH POLICK
            CORPORATION COUNSEL,
            30 N. LA SALLE ST., SUITE 1720,
            SPECIAL LITIGATION UNIT,
            CHICAGO, IL 60602

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296

(312) 744-7150   Fax

*Please detach and return this portion with your payment*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 579234
Date       : 06/23/2009
**TOTAL DUE** : $     33.00

Order No.  : 01-382793-002
Cause No.  : 09 C 1198
ANN DARLENE WELLS, ET AL. VS. CITY OF

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098

200 W. Jackson Blvd.
Suite: 600
Chicago, IL 60606
(312) 236-8352  Fax (312) 236-3344

# INVOICE

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 579542 | 06/25/2009 | |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-382793-006 | 05/22/2009 | 09 C 1198 |

**CASE CAPTION**

ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO,

**RECORDS PERTAINING TO**

DONALD L. WELLS
SSN : ***-**-****                             DOB : **/**/****10/02/1

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**

ST. BERNARD HOSPITAL   RADIOLOGY DEPT. (X-Rays from Anytime Whatsoever)
326 W. 64TH ST.   CHICAGO, IL 60621

1 SET OF X-Rays from Anytime Whatsoever RECORDS OF :
  DONALD L. WELLS
            CD                                                    80.00
            Service                                               21.00

                                        TOTAL   DUE  >>>>        101.00

ORDERED BY: JOSEPH POLICK
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

1. Case Name: Wells v. City
2. Case Number: 09 C 1198
3. Client Dept: Police
4. Atty Signature: J. Polick
5. Date Approved: 6-30-09
6. Law Dept. Division: SLU

JUN 3 0 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO.: 36-2639296
                                                      (312) 744-7150   Fax

*Please detach and return this portion with your payment*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 579542
Date       : 06/25/2009
**TOTAL DUE** : $     101.00

Order No.  : 01-382793-006
Cause No.  : 09 C 1198
ANN DARLENE WELLS, ET AL. VS. CITY OF

Remit To:   **U.S. Legal Support Inc.**
            **Mite/IL Records**
            **75 Remittance Dr., Ste 6098**
            **Chicago, IL 60675-6098**

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone: 312-236-8352   Fax: 312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 580885 | 7/7/2009 | |
| Order No. | Order Date | Case No. |
| 382793.001 | 5/22/2009 | 09 C 1198 |

| Case Name |
|---|
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. |

| Records Pertaining To |
|---|
| DONALD L. WELLS |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| JOHN H. STROGER, JR. HOSPITAL OF COOK COUNTY<br>Release of Information<br>1901 W. HARRISON ST.<br>CHICAGO, IL 60612 | JOSEPH POLICK<br>CORPORATION COUNSEL,<br>30 N. LA SALLE ST., SUITE 1720,<br>SPECIAL LITIGATION UNIT,<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (Any & All)                    24.00 Page

| | |
|---|---|
| Location Fee | 48.00 |
| Subpoena Processing | 20.00 |
| Service | 21.00 |
| Delivery | 0.00 |
| Minimum Charge | 15.00 |

| | |
|---|---|
| TOTAL DUE >>> | $104.00 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $104.00 |

1. Case Name: _Wells v. City_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _J. Polick_
5. Date Approved: _7-15-09_
6. Law Dept. Division: _SLU_

JUL 1 4 2009

Tax ID: 36-2639296

*Please detach bottom portion and return with payment.*

---

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.   : 580885
Invoice Date  : 7/7/2009
**Total Due**  : **$ 104.00**

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

Order No.   : 382793.001
BU ID       : 1-MAIN
Case No.    : 09 C 1198
Case Name   : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 580814 | 7/7/2009 | |
| **Order No.** | **Order Date** | **Case No.** |
| 382793.008 | 5/22/2009 | 09 C 1198 |
| **Case Name** | | |
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. | | |
| **Records Pertaining To** | | |
| DONALD L. WELLS | | |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ADVOCATE CHRIST HOSPITAL<br>Radiology Dept.<br>4440 W. 95TH ST.<br>OAK LAWN, IL 60453 | JOSEPH POLICK<br>CORPORATION COUNSEL,<br>30 N. LA SALLE ST., SUITE 1720,<br>SPECIAL LITIGATION UNIT,<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (Any & All Records and Bills)

| | | |
|---|---|---:|
| Location Fee | | 30.00 |
| Location Fee | | 300.00 |
| Subpoena Processing | | 20.00 |
| Service | | 21.00 |
| Delivery | | 0.00 |
| CD | 3.00 Each | 225.00 |

1. Case Name: Wells v. City
2. Case Number: 09 C 1198
3. Client Dept: Police
4. Atty Signature: [signature]
5. Date Approved: 7-15-09
6. Law Dept. Division: SLU

JUL 14 2009

| | |
|---|---:|
| TOTAL DUE  >>> | $596.00 |
| (−) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $596.00 |

**Tax ID:** 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.    : 580814
Invoice Date   : 7/7/2009
**Total Due**  : $ 596.00

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

Order No.   : 382793.008
BU ID       : 1-MAIN
Case No.    : 09 C 1198
Case Name   : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 584356 | 7/28/2009 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 382793.004 | 5/22/2009 | 09 C 1198 |

| Case Name |
|---|
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. |

| Records Pertaining To |
|---|
| DONALD L. WELLS |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ST. BERNARD HOSPITAL<br>Medical Records Dept.<br>326 W. 64TH ST.<br>CHICAGO, IL 60621 | JOSEPH POLICK<br>CORPORATION COUNSEL,<br>30 N. LA SALLE ST., SUITE 1720,<br>SPECIAL LITIGATION UNIT,<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---|---|
| DONALD L. WELLS (Requested Documents) | 194.00 Page | 97.00 |
| Location Fee | | 50.20 |
| Subpoena Processing | | 20.00 |
| Service | | 21.00 |
| Delivery | | 0.00 |
| | **TOTAL DUE >>>** | **$188.20** |

*[handwritten signature]*
*7-30-09 SLU*
*Wells v. City 09 C 1198*
*Polick*

**Tax ID:** 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.   : 584356
Invoice Date  : 7/28/2009
**Total Due**   : **$ 188.20**

Remit To: **U.S. Legal Support Inc.**
         **Mite/IL Records**
         **75 Remittance Dr., Ste 6098**
         **Chicago, IL 60675-6098**

Order No.   : 382793.004
BU ID       : 1-MAIN
Case No.    : 09 C 1198
Case Name   : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone: 312-236-8352   Fax: 312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 586259 | 8/11/2009 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 382793.007 | 5/22/2009 | 09 C 1198 |

| Case Name |
|---|
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. |

| Records Pertaining To |
|---|
| DONALD L. WELLS |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Christ Hospital, Medical Records Dept. 4440 W. 95th St., Oak Lawn, IL 60453 | JOSEPH POLICK CORPORATION COUNSEL, 30 N. LA SALLE ST., SUITE 1720, SPECIAL LITIGATION UNIT, CHICAGO, IL 60602 | Client Matter No.: Claim No.: Insured: D/O/L: |

| | | |
|---|---|---|
| DONALD L. WELLS (Requested Documents) | 5,908.00 Page | 2,954.00 |
| Location Fee | | 30.00 |
| Subpoena Processing | | 20.00 |
| Service | | 21.00 |
| Delivery | | 0.00 |
| | TOTAL DUE >>> | $3,025.00 |

1. Case Name: Wells v. City
2. Case Number: 09 C 1198
3. Client Dept: [handwritten]
4. Atty Signature: J. Polick
5. Date Approved: 8-19-09
6. Law Dept. Division: SLU

AUG 19 2009

**Tax ID:** 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.   : 586259
Invoice Date  : 8/11/2009
**Total Due**   : **$ 3,025.00**

Remit To: U.S. Legal Support Inc.
Mite/IL Records
75 Remittance Dr., Ste 6098
Chicago, IL 60675-6098

Order No.  : 382793.007
BU ID      : 1-MAIN
Case No.   : 09 C 1198
Case Name  : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 588817 | 8/26/2009 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 382793.009 | 8/5/2009 | 09 C 1198 |
| **Case Name** | | |
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. | | |
| **Records Pertaining To** | | |
| DONALD L. WELLS | | |

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Christ Hospital,<br>Medical Records Dept.<br>4440 W. 95th St.,<br>Oak Lawn, IL 60453 | JOSEPH POLICK<br>CORPORATION COUNSEL,<br>30 N. LA SALLE ST., SUITE 1720,<br>SPECIAL LITIGATION UNIT,<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (Bills Only)               49.00 Page          24.50
    Subpoena Processing                                         20.00
    Service                                                     21.00
    Delivery                                                     0.00

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Polick*
4. Atty Signature: *J. Polick*
5. Date Approved: *9-4-09*
6. Law Dept. Division: *SLU*

SEP 0 3 2009

| | |
|---|---|
| TOTAL DUE >>> | $65.50 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $65.50 |

Tax ID: 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.   : 588817
Invoice Date  : 8/26/2009
**Total Due**     : **$ 65.50**

Order No.  : 382793.009
BU ID      : 1-MAIN
Case No.   : 09 C 1198
Case Name  : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

Remit To:  **U.S. Legal Support Inc.**
           **Mite/IL Records**
           **75 Remittance Dr., Ste 6098**
           **Chicago, IL 60675-6098**

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 600089 | 11/3/2009 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 382793.011 | 10/1/2009 | 09 C 1198 |
| **Case Name** | | |
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. | | |
| **Records Pertaining To** | | |
| DONALD L. WELLS | | |

GEORGIA BELOSO
Corporation Counsel
30 N. La Salle St., Suite 1720, Special Litigation Unit
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| St. Bernard Hospital<br>Medical Records Dept.<br>326 W. 64th St.<br>Chicago, IL 60621 | JOSEPH POLICK<br>Corporation Counsel<br>30 N. La Salle St., Suite 1720, Special Litigation Unit<br>Chicago, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (Medical)                                                7.00
   Witness Fee                                                               30.00
   Subpoena Processing   1. Case Name: _Wells v. City_           20.00
   Service               2. Case Number: _09 C 1198_              21.00
   Delivery              3. Client Dept: _Polick_                  0.00
   Minimum Charge        4. Atty Signature: _J. Polick_           15.00
                         5. Date Approved: _11-16-09_
                         6. Law Dept. Division: _SLU_
                         NOV 16 2009             TOTAL DUE >>>   $86.00

Tax ID: 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
Corporation Counsel
30 N. La Salle St., Suite 1720, Special Litigation Unit
Chicago, IL 60602

Invoice No.   : 600089
Invoice Date  : 11/3/2009
**Total Due**   : **$ 86.00**

Remit To: **U.S. Legal Support Inc.**
    **Mite/IL Records**
    **75 Remittance Dr., Ste 6098**
    **Chicago, IL 60675-6098**

Order No.  : 382793.011
BU ID      : 1-MAIN
Case No.   : 09 C 1198
Case Name  : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 602974 | 11/18/2009 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 382793.012 | 10/1/2009 | 09 C 1198 |
| Case Name | | |
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. | | |
| Records Pertaining To | | |
| DONALD L. WELLS | | |

GEORGIA BELOSO
Corporation Counsel
30 N. LaSalle Street, Suite 1720
Special Litigation Unit
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Christ Hospital<br>Medical Records Dept.<br>4440 W. 95th St.<br>Oak Lawn, IL  60453 | JOSEPH POLICK<br>Corporation Counsel<br>30 N. LaSalle Street, Suite 1720<br>Special Litigation Unit<br>Chicago, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (See subpoena for wording)            2.00
  Location Fee                                                       26.02
  Minimum Charge                                                     15.00
  Subpoena Processing                                                20.00
  Service                                                            21.00
  Delivery                                                            0.00

TOTAL DUE >>>                                            $82.02

*[handwritten: OK Joseph M. Polick 11-23-09 SLU  Wells v. City 09 C 1198  Polick]*

Tax ID: 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
Corporation Counsel
30 N. LaSalle Street, Suite 1720
Special Litigation Unit
Chicago, IL 60602

Invoice No.   : 602974
Invoice Date  : 11/18/2009
**Total Due**   : **$ 82.02**

Remit To: **U.S. Legal Support Inc.**
          **Mite/IL Records**
          **75 Remittance Dr., Ste 6098**
          **Chicago, IL 60675-6098**

Order No.   : 382793.012
BU ID       : 1-MAIN
Case No.    : 09 C 1198
Case Name   : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PARA LEGAL SERVICES

**INVOICE NUMBER**

**M  91694**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

3735-53472-QC

| ORDERED BY | MR. JOSEPH M. POLICK |
|---|---|
| SOLD TO | **MARA S. GEORGES - CORPORATION COUNSEL** <br> 30 N. LA SALLE ST.  S-900 <br> CHICAGO, IL 60602 |

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 12/16/09 | 09 C 1198 | DEPT. CODE-31 | | 10149159 <br> 91694-3735 |

| TYPE OF RECORD OR DOCUMENT | : ADVOCATE CHRIST HOSPITAL & MEDICAL CTR. OAK LAWN, IL | CODE | AMOUNT |
|---|---|---|---|
| | | C | 19.75 |
| NAME OF CASE | : RE: DONALD L. WELLS <br> WELLS <br> VS. CITY OF CHICAGO, ET AL. | | |
| COMMENTS | : <br> ORDERED BY: JOSEPH POLICK <br> ASSISTANT CORPORATION COUNSEL <br> PER: MR. JOSEPH M. POLICK/GEORGIA BELOSO | TOTAL | 19.75 |

THANK YOU

| | | | |
|---|---|---|---|
| A. AUTHORIZATION SERVICES | F. FEDERAL EXPRESS | L. LOCATION COPYING | R. SEARCH | W. AUDIO CASSETTE |
| B. SPECIAL SERVICES | G. SPECIAL PICKUP/DELIVERY | M. MICROFILM COPIES | S. SUBPOENA FEE | X. X-RAY SERVICES |
| C. COPIES | H. NON COMPLIANCE | N. NO RECORDS | T. TRANSPORTATION | Y. DIGITAL SERVICES |
| D. SUBPOENA SERVICES | J. BLUEPRINTS/OVERSIZE | P. PHOTOGRAPHS | U. COURT EXHIBITS | Z. DISK COPYING |
| E. EXPEDITED SERVICES | K. COLOR COPIES | Q. CANCELLED | V. VIDEO CASSETTE | * SEE COMMENTS |



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PARA LEGAL SERVICES

INVOICE NUMBER

M  89831

PLEASE INCLUDE INVOICE NUMBER OR COPY OF INVOICE WITH PAYMENT TO INSURE PROPER CREDITING

3735-53472-QC

| ORDERED BY | MR. JOSEPH M. POLICK |
|---|---|
| SOLD TO | **MARA S. GEORGES - CORPORATION COUNSEL**<br>30 N. LA SALLE ST.  S-900<br>CHICAGO, IL 60602 |

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 12/09/09 | 09 C 1198 | DEPT. CODE-31 |  | 10149159<br>89831-3735 |

| TYPE OF RECORD OR DOCUMENT | : ST. BERNARD HOSPITAL | CODE | AMOUNT |
|---|---|---|---|
| NAME OF CASE | : RE: DONALD L. WELLS WELLS<br>VS. CITY OF CHICAGO, ET AL. | C | 19.75 |
| COMMENTS | :<br>ORDERED BY: JOSEPH POLICK<br>ASSISTANT CORPORATION COUNSEL<br>PER: MR. JOSEPH M. POLICK/GEORGIA BELOSO | TOTAL | 19.75 |

OK Joseph M. Polick
12-14-09 SLU
Wells v. City
09 C 1198
Police

THANK YOU

A. AUTHORIZATION SERVICES
B. SPECIAL SERVICES
C. COPIES
D. SUBPOENA SERVICES
E. EXPEDITED SERVICES
F. FEDERAL EXPRESS
G. SPECIAL PICKUP/DELIVERY
H. NON COMPLIANCE
J. BLUEPRINTS/OVERSIZE
K. COLOR COPIES
L. LOCATION COPYING
M. MICROFILM COPIES
N. NO RECORDS
P. PHOTOGRAPHS
Q. CANCELLED
R. SEARCH
S. SUBPOENA FEE
T. TRANSPORTATION
U. COURT EXHIBITS
V. VIDEO CASSETTE
W. AUDIO CASSETTE
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS

# INVOICE

**U.S. Legal Support**
200 W. Jackson Blvd. #600
Chicago, IL 60606
312-236-8352

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 576844 | 06/09/2009 | |

| ORDER NO. | ORDER DATE | CAUSE NO. |
|---|---|---|
| 01-382793-004 | 05/22/2009 | 09 C 1198 |

**CASE CAPTION**
ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET

**RECORDS PERTAINING TO**
DONALD L. WELLS
SSN : ***-**-****       DOB : **/**/****10/02/19

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

**RECORDS FROM**
ST. BERNARD HOSPITAL   MEDICAL RECORDS DEPT. (Medical Records from anytime whatsoever)
326 W. 64TH ST.   CHICAGO, IL 60621

1 SET OF Medical Records from anytime whatsoever RECORDS OF
DONALD L. WELLS

| | |
|---|---:|
| Subpoena Fee | 20.00 |
| Service | 18.00 |
| MINIMUM PROCESSING CHARG | 15.00 |
| **TOTAL DUE >>>>** | **53.00** |

ORDERED BY: JOSEPH POLICK
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *6/23/09*
6. Law Dept. Division: *SLU*

JUN 22 2009

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

TAX ID NO. : 36-2639296                (312) 744-7150   Fax

---

*Please detach and return this portion with your payment*

GEORGIA BELOSO
CORPORATION COUNSEL,
30 N. LA SALLE ST., SUITE 1720,
SPECIAL LITIGATION UNIT,
CHICAGO, IL 60602

Invoice No.: 576844
Date       : 06/09/2009
TOTAL DUE  : $      53.00

Order No.  : 01-382793-004
Cause No.  : 09 C 1198
ANN DARLENE WELLS, ET AL. VS. CITY OF

Remit To:   U.S. Legal Support Inc.
            Mite/IL Records
            75 Remittance Dr., Ste 6098
            Chicago, IL 60675-6098



# RECORDS DEPOSITION SERVICE®
INCORPORATED
ESTABLISHED 1979

120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602
T: (312) 553-8900  F: (312) 553-8901
WWW.RECDEP.COM

# INVOICE

| | |
|---|---|
| INVOICE#: | 1971 - 1 - 2 |
| INVOICE DATE: | MAY 06, 2010 |
| CLAIM#: | |
| POLICY HOLDER: | |
| INCIDENT DATE: | 04/25/2008 |
| FILE#: | 09 C 1198 |
| CPS/IPM: | |

SOLD TO: CITY OF CHICAGO LAW DEPARTMENT
JOSEPH POLICK ESQ.
30 N. LASALLE STREET SUITE 1720
CHICAGO IL 60602

SHIP TO: JOSEPH POLICK (CITY OF CHICAGO LAW DEPARTMENT)

| | |
|---|---|
| CASE NAME: | WELLS V. CITY OF CHICAGO |
| CASE NUMBER: | 09 CV 1198 |
| NAME ON RECORD: | DONALD L. WELLS |
| DEPONENT: | ST. BERNARD HOSPITAL |
| FURNISHING: | RECORDS (168 PAGES) |
| MEDIA SUPPLIED: | PAPER (1) |

| | |
|---|---|
| COPYING / IMAGING CHARGE | 126.00 |
| POSTAGE AND HANDLING | 5.00 |

*[Handwritten: OK Joseph M Polick 5-17-10 SCU Wells v. City 09 C 1198 Polick]*

| | |
|---|---|
| INVOICE TOTAL: | 131.00 |
| PAYMENTS CREDITED: | 0.00 |
| PLEASE PAY THIS AMOUNT: | 131.00 |

TERMS: DUE UPON RECEIPT - PAYABLE IN U.S. FUNDS - TAX ID: 38-2262771
TO ENSURE PROPER CREDIT, PLEASE ENCLOSE A COPY OF INVOICE OR INDICATE INVOICE NUMBER WITH YOUR REMITTANCE!
PLEASE REMIT TO: 120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602

WE APPRECIATE YOUR BUSINESS!!!

FORM 127 1005 COPYRIGHT RECORDS DEPOSITION SERVICE, INC.  UPDATED: 2006FEB21



# RECORDS DEPOSITION SERVICE®
INCORPORATED
ESTABLISHED 1979

120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602
T: (312) 553-8900  F: (312) 553-8901
WWW.RECDEP.COM

# INVOICE

| | |
|---|---|
| INVOICE#: | 1956 - 2 - 2 |
| INVOICE DATE: | MAY 06, 2010 |
| CLAIM#: | |
| POLICY HOLDER: | |
| INCIDENT DATE: | 04/25/2008 |
| FILE#: | 09 C 1198 |
| CPS/IPM: | |

SOLD TO: CITY OF CHICAGO LAW DEPARTMENT
JOSEPH POLICK ESQ.
30 N. LASALLE STREET SUITE 1720
CHICAGO IL 60602

SHIP TO: JOSEPH POLICK (CITY OF CHICAGO LAW DEPARTMENT)

CASE NAME: ESTATE OF DONALD WELLS V. CITY OF CHICAGO
CASE NUMBER: 09 CV 1198
NAME ON RECORD: WELLS V. CHICAGO
DEPONENT: PATTON & RYAN, LLC
FURNISHING: CD
MEDIA SUPPLIED: PAPER (1)

CD     75.00

*OK Joseph Polick*
*5-17-10 SLU*
*Wells v. City*
*09 C 1198 Police*

| | |
|---|---|
| INVOICE TOTAL: | 75.00 |
| PAYMENTS CREDITED: | 0.00 |
| PLEASE PAY THIS AMOUNT: | 75.00 |

TERMS: DUE UPON RECEIPT - PAYABLE IN U.S. FUNDS - TAX ID: 38-2262771
TO ENSURE PROPER CREDIT, PLEASE ENCLOSE A COPY OF INVOICE OR INDICATE INVOICE NUMBER WITH YOUR REMITTANCE!
PLEASE REMIT TO: 120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602

WE APPRECIATE YOUR BUSINESS!!!

FORM 127 1005 COPYRIGHT RECORDS DEPOSITION SERVICE, INC.  UPDATED: 2006FEB21



# INVOICE

**RECORDS DEPOSITION SERVICE**
INCORPORATED
ESTABLISHED 1979
120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602
T: (312) 553-8900  F: (312) 553-8901
WWW.RECDEP.COM

| | |
|---|---|
| INVOICE#: | 1956 - 4 - 2 |
| INVOICE DATE: | APRIL 29, 2010 |
| CLAIM#: | |
| POLICY HOLDER: | |
| INCIDENT DATE: | 04/25/2008 |
| FILE#: | 09 C 1198 |
| CPS/IPM: | |

SOLD TO: CITY OF CHICAGO LAW DEPARTMENT
JOSEPH POLICK ESQ.
30 N. LASALLE STREET SUITE 1720
CHICAGO IL 60602

SHIP TO: JOSEPH POLICK (CITY OF CHICAGO LAW DEPARTMENT)

**RECEIVED**
JUL 2 0 2010
CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

CASE NAME: ESTATE OF DONALD WELLS V. CITY OF CHICAGO
CASE NUMBER: 09 CV 1198
NAME ON RECORD: WELLS V. CHICAGO
DEPONENT: WFLD-TV / FOX
FURNISHING: CD
MEDIA SUPPLIED: PAPER (1)

| | | |
|---|---|---|
| POSTAGE AND HANDLING | | 1.39 |
| | CD | 25.00 |

OK *Joseph M. Polick*
7-6-10  SLU

Wells v. City
09 C 1198  Polick

| | |
|---|---|
| INVOICE TOTAL: | 26.39 |
| PAYMENTS CREDITED: | 0.00 |
| PLEASE PAY THIS AMOUNT: | 26.39 |

TERMS: DUE UPON RECEIPT - PAYABLE IN U.S. FUNDS - TAX ID: 38-2262771
TO ENSURE PROPER CREDIT, PLEASE ENCLOSE A COPY OF INVOICE OR INDICATE INVOICE NUMBER WITH YOUR REMITTANCE!
PLEASE REMIT TO: 120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602

WE APPRECIATE YOUR BUSINESS!!!

FORM 127 1005 COPYRIGHT RECORDS DEPOSITION SERVICE, INC. UPDATED: 2006FEB21



# INVOICE

## RECORDS DEPOSITION SERVICE®
INCORPORATED
ESTABLISHED 1979
120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602
T: (312) 553-8900 F: (312) 553-8901
WWW.RECDEP.COM

| | |
|---|---|
| INVOICE#: | 1956 - 1 - 2 |
| INVOICE DATE: | MAY 21, 2010 |
| CLAIM#: | |
| POLICY HOLDER: | |
| INCIDENT DATE: | 04/25/2008 |
| FILE#: | 09 C 1198 |
| CPS/IPM: | |

**SOLD TO:** CITY OF CHICAGO LAW DEPARTMENT
JOSEPH POLICK ESQ.
30 N. LASALLE STREET SUITE 1720
CHICAGO IL 60602

**SHIP TO:** JOSEPH POLICK (CITY OF CHICAGO LAW DEPARTMENT)

**RECEIVED**
JUL 20 2010
CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| | |
|---|---|
| CASE NAME: | ESTATE OF DONALD WELLS V. CITY OF CHICAGO |
| CASE NUMBER: | 09 CV 1198 |
| NAME ON RECORD: | WELLS V. CHICAGO |
| DEPONENT: | WBBM-TV / CBS |
| FURNISHING: | CD |
| MEDIA SUPPLIED: | PAPER (1) |

| | | |
|---|---|---|
| POSTAGE AND HANDLING | | 1.39 |
| CD | | 25.00 |

OK Joseph M. Polick
7-6-10 SLU

Wells v. City
09 C 1198 Polick

| | |
|---|---|
| INVOICE TOTAL: | 26.39 |
| PAYMENTS CREDITED: | 0.00 |
| **PLEASE PAY THIS AMOUNT:** | **26.39** |

TERMS: DUE UPON RECEIPT - PAYABLE IN U.S. FUNDS - TAX ID: 38-2262771
TO ENSURE PROPER CREDIT, PLEASE ENCLOSE A COPY OF INVOICE OR INDICATE INVOICE NUMBER WITH YOUR REMITTANCE!
PLEASE REMIT TO: 120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602

WE APPRECIATE YOUR BUSINESS!!!

FORM 127 1005 COPYRIGHT RECORDS DEPOSITION SERVICE, INC. UPDATED: 2006FEB21



# RECORDS DEPOSITION SERVICE®
I N C O R P O R A T E D
ESTABLISHED 1979

120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602
T: (312) 553-8900  F: (312) 553-8901
WWW.RECDEP.COM

# INVOICE

| | |
|---|---|
| INVOICE#: | 2087 - 1 - 2 |
| INVOICE DATE: | JULY   01, 2010 |
| CLAIM#: | |
| POLICY HOLDER: | |
| INCIDENT DATE: | 04/25/2008 |
| FILE#: | 09 C 1198 |
| CPS/IPM: | |

SOLD TO: CITY OF CHICAGO LAW DEPARTMENT
JOSEPH POLICK ESQ.
30 N. LASALLE STREET SUITE 1720
CHICAGO IL 60602

SHIP TO: JOSEPH POLICK (CITY OF CHICAGO LAW DEPARTMENT)

CASE NAME: WELLS V. CITY OF CHICAGO, ET AL.
CASE NUMBER: 09 C 1198
NAME ON RECORD: WELLS V. CHICAGO
DEPONENT: WLS-TV / ABC
FURNISHING: CD
MEDIA SUPPLIED: PAPER (1)

| | |
|---|---|
| POSTAGE AND HANDLING | 1.39 |
| CD | 25.00 |

*OK Joseph M. Polick
7-6-10 SLU
Wells v. City
09 C 1198 Police*

| | |
|---|---|
| INVOICE TOTAL: | 26.39 |
| PAYMENTS CREDITED: | 0.00 |
| **PLEASE PAY THIS AMOUNT:** | **26.39** |

TERMS: DUE UPON RECEIPT - PAYABLE IN U.S. FUNDS - TAX ID: 38-2262771
TO ENSURE PROPER CREDIT, PLEASE ENCLOSE A COPY OF INVOICE OR INDICATE INVOICE NUMBER WITH YOUR REMITTANCE!
PLEASE REMIT TO: 120 W. MADISON STREET, STE. 300, CHICAGO, IL 60602

WE APPRECIATE YOUR BUSINESS!!!

FORM 127 1005 COPYRIGHT RECORDS DEPOSITION SERVICE, INC.  UPDATED: 2006FEB21

# INVOICE

Legal Support, Inc.
_ W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone: 312-236-8352   Fax: 312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 603798 | 11/23/2009 | Due Upon Receipt |
| Order No. | Order Date | Case No. |
| 382793.010 | 10/1/2009 | 09 C 1198 |

| Case Name |
|---|
| ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL. |
| **Records Pertaining To** |
| DONALD L. WELLS |

GEORGIA BELOSO
Corporation Counsel
30 N. LaSalle Street, Suite 1720
Special Litigation Unit
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| John H. Stroger, Jr. Hospital of Cook County<br>Release of Information<br>1901 W. Harrison St.<br>Chicago, IL 60612 | JOSEPH POLICK<br>Corporation Counsel<br>30 N. LaSalle Street, Suite 1720<br>Special Litigation Unit<br>Chicago, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

DONALD L. WELLS (See subpoena for wording)       29.00
   Location Fee
   Subpoena Processing                              49.38
   Service                                          20.00
   Delivery                                         21.00
   Minimum Charge                                    0.00
                                                              20.00

TOTAL DUE >>>       $110.38

*[handwritten signature]*
*11/30/09 SLU*
*Wells v. City*
*09 C 1198 Polick*

Tax ID: 36-2639296

*Please detach bottom portion and return with payment.*

GEORGIA BELOSO
Corporation Counsel
30 N. LaSalle Street, Suite 1720
Special Litigation Unit
Chicago, IL 60602

Invoice No.   : 603798
Invoice Date  : 11/23/2009
**Total Due**  : **$ 110.38**

Remit To: **U.S. Legal Support Inc.**
        **Mite/IL Records**
        **75 Remittance Dr., Ste 6098**
        **Chicago, IL 60675-6098**

Order No.  : 382793.010
BU ID      : 1-MAIN
Case No.   : 09 C 1198
Case Name  : ANN DARLENE WELLS, ET AL. VS. CITY OF CHICAGO, ET AL.