# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS

| INVOICE NO: 20100036 | MAKE CHECKS PAYABLE TO: |

GEORGE J. YAMIN, JR.
CITY OF CHICAGO LAW DEPARTMENT
30 NORTH LASALLE STREET
CHICAGO, IL 60602

Phone: (312) 742-7046

VALARIE M. RAMSEY, RMR

P.O.B OX 16
HAZEL CREST, IL 60429

Phone: (708) 860-8482

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 03-08-2010 | DATE DELIVERED: 03-16-2010 |

**Case Style:** 09 C 1198, WELLS v CITY OF CHICAGO
PROCEEDINGS BEFORE HON. MATTHEW F. KENNELLY FEBRUARY 23, 2010

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 5 | 4.25 | 21.25 | | | | | | | 21.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 21.25 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| **Check No: 87087** **Date Paid: 03-19-2010** **Amt: $21.25** | | | | | | TOTAL DUE: | | | | $0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-15-2010 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory Pro trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS

| INVOICE NO: 20120043 |
|---|

HELEN C. GIBBONS
CITY OF CHICAGO LAW DEPARTMENT
30 NORTH LASALLE STREET
CHICAGO, IL 60602

Phone:  (312) 744-3982

**─MAKE CHECKS PAYABLE TO:─**

VALARIE M. RAMSEY, RMR

P.O.B OX 16
HAZEL CREST, IL 60429

Phone:  (708) 860-8482

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 04-27-2012 | DATE DELIVERED: 05-03-2012 |
|---|---|---|

**Case Style:** 09 C 1198, WELLS v CITY OF CHICAGO
PROCEEDINGS BEFORE HON. MATTHEW F. KENNELLY 3-27 THROUGH 4-3-2012 - TRIAL
EXCERPTS - TESTIMONY OF: WARD, GUTIERREZ, HOLBERT, BUTKUS, JOSEPH,
DENEEN, MUSIAL, SALEMME, MCMAHON AND FARRELL

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 531 | 4.85 | 2,575.35 | | | | | | | 2,575.35 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| *OK Jaylyle A. parish* *5/7/12 FCRL* | TOTAL: | 2,575.35 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| **Check No: 10746663   Deposit Date: 04-26-2012** | LESS AMOUNT OF DEPOSIT: | 2,061.25 |
| | TOTAL REFUND: | |
| **Date Paid:       Amt:** | TOTAL DUE: | $514.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 05-04-2012 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory Pro trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20120061

**MAKE CHECKS PAYABLE TO:**

JOSEPH M. POLICK
CITY OF CHICAGO,L AW DEPARTMENT
30 N.L ASALLE ST.
SUITE 1020
CHICAGO,I L 60602

Phone: (312) 744-9332

Laura M. Brennan, CSR, RPR
United States Court Reporter
219 South Dearborn Street
Room 2102
Chicago, IL 60604

Phone: (312) 435-5785

*Laura_M_Brennan@ilnd.uscourts.gov*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 03-22-2012 | 03-22-2012 |

**Case Style:** 09 C 1198, Wells v City
Transcript of proceedings before Judge Kennelly on 3/20/12

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 90 | 1.20 | 108.00 | | | | 108.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 108.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**     **Amt:** | TOTAL DUE: | $108.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

Ic ertify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 03-22-2012 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# OKRENT ASSOCIATES, INC.

April 2, 2012

# INVOICE

**Joseph M. Polick, Esq.**
City of Chicago Law Department
Suite 900
30 N. LaSalle Street
Chicago, IL 60602

Okrent job number

3387

2012 APR -6 AM 11: 50 RECEIVED

In re: Wells v City

09c 1198

Demonstrative evidence

## DIRECT LABOR

| | | | |
|---|---|---|---|
| J. Jarrett | 29.00 hr. @ | $100.00 | $2900.00 |

| | |
|---|---|
| TOTAL LABOR | $2900.00 |

## REIMBURSABLE EXPENSES

| | |
|---|---|
| As per attached receipts (+15% handling fee): | $2242.50 |

In-house color laser and/or photo print output, per summary

Download(s) to Compact Disk   Custom photographic prints

| | |
|---|---|
| TOTAL DUE THIS INVOICE | $5,142.50 |

This is invoice number

**D0212H**

**Terms:  Due upon receipt**

*Our federal ID number is 36-3930975*

Ok Joseph M. Polick
4-10-12 FCRL.
Wells v. City
09 c 1198
Polick

122 S. Michigan Avenue • Suite 1200 • Chicago, IL 60603 • T: 312 427 3000 • FX: 312 427 3336

www.okrentassociates.com

# CISION

# Invoice

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

| Invoice Date | Invoice # |
|---|---|
| 3/30/2012 | 3962342167 |

**Bill To:**
Accounts Payable
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

**Ship To:**
Helen Gibbons
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

| Payment Due | Terms | Client Ref / PO# | Sales Order No. | Account Executive |
|---|---|---|---|---|
| 4/29/2012 | Net 30 | Wells v. City 09 C 1198 ... | Sales Order #S461085 | Thompson, Brandon |

| Shipping Method | Shipping Memo | Tracking No. |
|---|---|---|
| *E-mail | | |

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Transcript | 1 | Transcript of client provided content (Wells v. City 09 C 1198) | | | | 3/30/2012 | | 26 | 60.00 | 60.00 |
| Add'l Page: Transcript | 24 | Transcript of client provided content (Wells v. City 09 C 1198) | | | | 3/30/2012 | | 26 | 30.00 | 720.00 |

1. Case Name: _Wells_
2. Case Number: _09C1198_
3. Client Dept: _CPD_
4. _(signature)_ _4/8/12_
5. Date Approved:
6. Law Dept. Division: _FCRLD_

APR 0 5 2012

| | |
|---|---|
| Subtotal | 780.00 |
| Shipping Cost (*E-mail) | 0.00 |
| Total | 780.00 |
| Amount Due | $780.00 |

**OUR REMITANCE ADDRESS HAS CHANGED. PLEASE SEND ALL PAYMENTS TO:
Cision US, Inc.
P.O. Box 98869
Chicago, IL 60693-8869

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Cision US, Inc.

Remittance Slip

| Amount Paid | Client | Invoice # |
|---|---|---|
| | City of Chicago Law Depar... | 3962342167 |

**Please Enter Your Credit Card Information**
Type: ____ Discover ____ Master Card ____ Visa ____ AMEX
Credit Card #: _____
Expiration Date: ____ Month ____ Year
Signature: _____

**Make Checks Payable To**
Cision US, Inc.
P.O. Box 98869
Chicago, IL
60693-8869

# CISION

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

*[handwritten: Wells v. City / 09C 1198  ACC  Helen Gibbons]*

| Invoice Date | Invoice # |
|---|---|
| 3/27/2012 | 3962341545 |

**Bill To:**

**Accounts Payable**
**City of Chicago Law Department**
**30 North Lasalle, suite 1720**
**Chicago IL 60602**
**United States**

**Ship To:**

Darwin Olortegui
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

| Payment Due | Terms | Client Ref / PO# | Sales Order No. | Account Executive |
|---|---|---|---|---|
| 4/26/2012 | Net 30 | Edited DVD of client pro... | Sales Order #S460151 | Thompson, Brandon |

| Shipping Method | Shipping Memo | Tracking No. |
|---|---|---|
| *Pick Up/Drop Off | | |

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Chicago Law Department 2/22/2012, DVD - 155 | 3 | Edited DVD of client produced content | | | | 3/23/2012 | | | 0.00 | 0.00 |
| Editing Fee | 1 | | | | | | | | 75.00 | 75.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *4/6/12*
6. Law Dept. Division: *FCKL*

| | |
|---|---|
| Subtotal | 75.00 |
| Shipping Cost (*Pick Up/Drop Off) | 0.00 |
| Total | 75.00 |
| Amount Due | $75.00 |

**APR 0 2 2012**

**OUR REMITTANCE ADDRESS HAS CHANGED. PLEASE SEND ALL PAYMENTS TO:
Cision US, Inc.
P.O. Box 98869
Chicago, IL 60693-8869

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Cision US, Inc.

Remittance Slip

| Amount Paid | Client | Invoice # |
|---|---|---|
| | City of Chicago Law Depar... | 3962341545 |

**Please Enter Your Credit Card Information**

Type: ____ Discover ____ Master Card ____ Visa ____ AMEX
Credit Card #: _____
Expiration Date: _____ Month _____ Year
Signature: _____

**Make Checks Payable To**

Cision US, Inc.
P.O. Box 98869
Chicago, IL
60693-8869

# CISION

# Invoice

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

| Invoice Date | Invoice # |
|---|---|
| 4/4/2012 | 3962342718 |

| **Bill To:** | **Ship To:** |
|---|---|
| Accounts Payable<br>City of Chicago Law Department<br>30 North Lasalle, suite 1720<br>Chicago IL 60602<br>United States | Darwin Olortegui<br>City of Chicago Law Department<br>30 North Lasalle, suite 1720<br>Chicago IL 60602<br>United States |

| Payment Due | Terms | Client Ref / PO# | Sales Order No. | Account Executive |
|---|---|---|---|---|
| 5/4/2012 | Net 30 | Edited DVD of client pro... | Sales Order #S461276 | Thompson, Brandon |

| Shipping Method | Shipping Memo | Tracking No. |
|---|---|---|
| *Pick Up/Drop Off | | |

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Chicago Law Department 2/22/2012, DVD - 155 | 5 | Edited DVD of client produced content | | | | 3/23/2012 | | 0 | 0.00 | 0.00 |
| Editing Fee | 1 | | | | | | | | 75.00 | 75.00 |

| | |
|---|---|
| Subtotal | 75.00 |
| Shipping Cost (*Pick Up/Drop Off) | 0.00 |
| Total | 75.00 |
| Amount Due | $75.00 |

1. Case Name: Wells
2. Case Number: O9C 1198
3. Client Dept: POLICE
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: FCRL

**OUR REMITTANCE ADDRESS HAS CHANGED. PLEASE SEND ALL PAYMENTS TO:
Cision US, Inc.
P.O. Box 98869
Chicago, IL 60693-8869

---

**Cision US, Inc.**

ACC
Halen
Gibbons

APR 1 1 2012

Remittance Slip

| Amount Paid | Client | Invoice # |
|---|---|---|
| | City of Chicago Law Depar... | 3962342718 |

| Please Enter Your Credit Card Information |
|---|
| Type: ___ Discover ___ Master Card ___ Visa ___ AMEX<br>Credit Card #: _____<br>Expiration Date: ___ Month ___ Year<br>Signature: _____ |

| Make Checks Payable To |
|---|
| Cision US, Inc.<br>P.O. Box 98869<br>Chicago, IL<br>60693-8869 |

# CISION

**Invoice**

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

| Invoice Date | Invoice # |
|---|---|
| 4/5/2012 | 3962342948 |

**Bill To:**

Accounts Payable
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

**Ship To:**

Darwin Olortegui
City of Chicago Law Department
30 North Lasalle, suite 1720
Chicago IL 60602
United States

| Payment Due | Terms | Client Ref / PO# | Sales Order No. | Account Executive |
|---|---|---|---|---|
| 5/5/2012 | Net 30 | Edited DVD of client pro... | Sales Order #S461791 | Thompson, Brandon |

| Shipping Method | Shipping Memo | Tracking No. |
|---|---|---|
| *Pick Up/Drop Off | | |

| Cision Item | Qty | Subject / Description | Market | Station | Program Title | Air Date | Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Chicago Law Department 2/22/2012, DVD - 155 | 1 | Edited digital of client produced content #1 | | | | 3/23/2012 | 09:10 | | 0.00 | 0.00 |
| City of Chicago Law Department 2/22/2012, DVD - 155 | 1 | Edited digital of client produced content #2 | | | | 3/23/2012 | 09:40 | | 0.00 | 0.00 |
| Rush Fee | 1 | | | | | | | | 50.00 | 50.00 |

$50

1. Case Name: _Wells_
2. Case Number: _09 C 1198_
3. Client Dept: _Police_
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _FCRL_

ACC
Helen
Gibbons

APR 1 2 2012



# Invoice

1-800-621-0561
www.cision.com
TAX ID: 36-4011543

| Qty | Cision Item | Subject / Description | Market | Station | Program Title | Air Date | Air Time | TRT | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| | | |
|---|---|---|
| Subtotal | | 515.00 |
| Shipping Cost (*Pick Up/Drop Off) | | 0.00 |
| Total | | 515.00 |
| Amount Due | | $515.00 |

**OUR ADDRESS HAS CHANGED. PLEASE SEND ALL PAYMENTS TO:
Cision US, Inc.
P.O. Box 98869
Chicago, IL 60693-8869

## Cision US, Inc.

Remittance Slip

| Amount Paid | Client | Invoice # |
|---|---|---|
| | City of Chicago Law Depar... | 3962211638 |

### Please Enter Your Credit Card Information

Type: _____ Discover _____ Master Card _____ Visa _____ AMEX
Credit Card #: _____
Expiration Date: _____ Month _____ Year
Signature: _____

### Make Checks Payable To

Cision US, Inc.
P.O. Box 98869
Chicago, IL
60693-8869

# INVOICE

PLEASE   RITZ CAMERA CENTERS
REMIT TO:  P.O. BOX 277535
          ATLANTA,GA 30384-7535

DUNS 05-518-4956
FID# 53-0176025

# WOLFCAMERA

6711 Ritz Way, Beltsville, MD 20705

| SOLD TO | SHIP TO |
|---|---|
| CITY OF CHICAGO LAW DEPT<br>ATTN ANGIE FUENTES<br>30 LASALLE #1700<br>CHICAGO IL 60602 | CITY OF CHICAGO LAW DEPT<br>ATTN ANGIE FUENTES<br>30 LASALLE #1700<br>CHICAGO IL 60602 |

| INVOICE NO.<br>1472038780 | ACCOUNT<br>214626 | INVOICE DATE<br>6/04/09 | ORDER DATE<br>6/04/09 | CUSTOMER P.O. NO.<br>1401 | SALESMAN<br>67610 | TYPE<br>PS | PAGE<br>1 |
|---|---|---|---|---|---|---|---|

PICKUP:DAVIDSON GEOFF

| TERMS<br>NET 30 | SHIPPED VIA<br>PICK UP | DATE SHIPPED<br>6/04/09 | PACKING LIST NO.<br>14723878 | CONTROL NO.<br>14723878 | ORIG. INV. NO. |
|---|---|---|---|---|---|

| LINE | ORD. | SHP'D | B/ORD | STOCK NO. | DESCRIPTION | UNIT PRICE | PRICE EXT. |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | | 844 | RITZ 1 HOUR PROCESSING   003446 | 27.59 | 27.59 |
| | | | | | DISCOUNT | 7.20- | 7.20- |

RECEIVED

JUN 2 2 2009

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

*Wells v. City*
*09 C 1198*
*Police & Print*

JUN 1 5 2009

| | | |
|---|---|---|
| Sub-Total | | 20.39 |
| Tax - IL | | 2.09 |
| Shipping Chg | | .00 |
| Amount Paid | | .00 |
| TOTAL | | 22.48 |

**THANK YOU FOR YOUR BUSINESS!**
Our terms are NET DUE 30 Days from Invoice Date.
A FINANCE CHARGE of 1.5% will be assessed monthly on all overdue amounts.
For Accounts Receivable call (301) 479-3050.


TRIALVISION/DEPOVISION LTD•

May 12, 2011

George J. Yamin, Jr., Esq.
Special Litigation Csl., City of Chicago, Law Dept.
30 N. LaSalle St., Ste 1720
Chicago, IL. 60602

*Paid*

Re: Ann Darlene Wells, et al v City of Chicago, a municipal
    corporation, et al

Witness: Dennis Waller

Scheduled videotaped deposition on 4/28/11 at
4700 129th St. Butler, WI.

*OK to Pay*
*George J. Yamin, Jr.*
*5-13-11*

Shipping:

| | |
|---|---|
| | 758.00 |
| | 0.00 |
| Total Due $ | 758.00 |

* Lessor Daily Rate Applied.



# LITICORP

1919 N. Milwaukee Ave.
Chicago, IL 60647
773-743-8338
773-743-8334 fax
www.liticorp.com

**Invoice #: 581**
Date: 2009-12-18
Time: 10:53:01
Order #(s): 581

FEIN: 26-4273807

---

City of Chicago - Law DEPT.
Joseph Polick
30 N. Lasalle St. #1720
Chicago, IL 60602
3127448335
3127448373 fax

**Terms:** Invoice due upon receipt.

2% (24% per annum) will be added to accounts past due. It it becomes necessary for LITICORP to institute legal proceedings to collect any amount due under this invoice, prevailing party will be entitled to costs of collection, including, but not limited to, attorney's fees and court costs.

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | ORDERED BY: Joseph Polick CASE TITLE: Wells V. City Of Chicago 09 C 1198 DEPONENT: Dr. Antonio Senat | | |
| 1 | DVD/MPEG2 Encoding and Duplication: 2 disc set / 1.75 video hour (s) @ $75/hour per quantity | $131.25 | $131.25 |
| 1 | Shipping & Handling - FedEx 2009-12-18 16:00:00 | $19.48 | $19.48 |

Check # _____

**Credit Card**
Visa / Master Card / Amex / Discover
Name on Card _____
CC # _____
Expiration Date _____
Note: by electing to pay by credit card, your card statement will reflect a charge from "Gorilla Tango" for the full amount shown on this invoice.

| **TOTAL DUE** |
|---|
| $150.73 |

Thank you for your business!

---

©2009 - Gorilla Tango, Inc.

OK Joseph [signature] Reid
1/4/10 SLJ

Wells v. City
09 C 1198 Police

# MERRILL
# COMMUNICATIONS LLC



| | |
|---|---|
| **Location:** DMS-CHICAGO 311 WACKER | **Any Inquiries Call:** 312-386-2200 |

City Of Chicago
30 N. LaSalle
Floor 17
Chicago, IL 60606
**Attn:** Angelina Fuentes
Ordered by: Darwin Olortegui

**Invoice #:** 943435
**Invoice Date:** 29-MAY-09
**Merrill Order #:** 002-1330790
**Client Matter #:** ASA John Ouska
**Date Received:**
**Salesperson:** K. Ryan

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 4 | Color Copies, 8.5 x 11 | $.95 | $3.80 |
| 5132 | Litigation, Light | $.11 | $564.52 |
| 5 | Media, DVD Duplication | $20.00 | $100.00 |

*Wells v. City*

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *A. Police*
5. Date Approved: *6-5-09*
6. Law Dept. Division: JUN 02 2009

| | |
|---|---|
| Subtotal: | $668.32 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $.00 |
| Total Invoice: | $668.32 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
## COMMUNICATIONS LLC



| | |
|---|---|
| **Location:** DMS-CHICAGO 311 WACKER | **Any Inquiries Call:** 312-386-2200 |

City Of Chicago
30 N. LaSalle
Floor 17
Chicago, IL 60606
**Attn:** Angelina Fuentes
Ordered by: Darwin Olortegui

**Invoice #:** 936931
**Invoice Date:** 21-MAY-09
**Merrill Order #:** 002-1327908
**Client Matter #:** Police/09 C 1198
**Date Received:**
**Salesperson:** K. Ryan

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 143 | Color Copies, 8.5 x 11      *Wells v. City* | $.95 | $135.85 |
| 8 | Litigation, Heavy | $.12 | $.96 |
| 5 | Media, CD Duplication | $15.00 | $75.00 |
| 3 | Media, DVD Duplication | $20.00 | $60.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *[signature]*
5. Date Approved: *6-5-09*
6. Law Dept. Division: *SLD*

JUN 0 2 2009

| | |
|---|---|
| Subtotal: | $271.81 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $.00 |
| Total Invoice: | $271.81 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page    1   of   1

**Integrated e Solutions, Inc.**
**224 N. Des Plaines, Suite 1 North**
**Chicago, IL 60661**

**312-441-0022 - Phone**
**312-441-0992 - Fax**
**FED ID# 27-0073885**



**Integrated e Solutions**

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/9/2009 | 13612 |

Bill To

City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite
Chicago, IL 60602

| Terms | Rep | Project | Client Billing Reference |
|-------|-----|---------|--------------------------|
| Net 30 | RR | 0904-022 Wells 09C1198 | Wells 09C1198 |

| Box No./CD... | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---------------|------|------------|----------------|-------------|------|--------|
| | 4/2/2009 | | 1,860 | OCR (Optical Character Recognition); | 0.03 | 55.80 |
| | 4/2/2009 | | 1,860 | eDiscovery File Conversion PDF to TIFF; | 0.04 | 74.40 |
| | 4/2/2009 | | 848 | Objective Coding with Names Mentioned; | 1.20 | 1,017.60 |
| | 4/2/2009 | | 1,860 | LDD (Logical Document Determination); | 0.04 | 74.40 |
| | | | | Bates Range: MS00001 - MS01860 | | |
| | | | | Volume: WELLS_001 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

| **Total** | $1,222.20 |
|-----------|-----------|

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
**Attn:** Angelina Fuentes
Ordered by: Darwin Olortegui

**Any Inquiries Call:** 312-386-2200

**Invoice #:** 918742
**Invoice Date:** 30-MAR-09
**Merrill Order #:** 002-1318920
**Client Matter #:** 09C1198
**Date Received:**
**Salesperson:** RYAN, KEVIN

---

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Re: Wells v. City | | |
| 5 | Media, CD Duplication | $15.00 | $75.00 |
| | Subtotal: | | $75.00 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $75.00 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *4-2-09*
6. Law Dept. Division: *SCU*

APR 0 1 2009

*Joe Polick*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

---

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PROFESSIONAL COPY CENTRE

3735-53472-DC

CD  49537

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY    MR. JOSEPH M. POLICK/MS. KELLY KAMATOY
SOLD TO       **MARA S. GEORGES - CORPORATION COUNSEL**
              30 N. LA SALLE ST.  S-1720
              CHICAGO, IL 60602

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 3/04/09 | 09 C 1198 | | POLC | 02279847<br>49537-3735 |

TYPE OF RECORD
OR DOCUMENT    : PHOTOGRAPHS/VIDEOTAPES/DISKETTE/CD-ROM

NAME OF CASE   : WELLS VS. CITY

| CODE | AMOUNT |
|------|--------|
| BCD | 549.50 |

COMMENTS       COLOR LASER PRINTS
               DISK/CD-ROM DUPLICATION

*Ok Joseph M. Polick*
*3/19/09 - SLV*

*Wells v. City*
*09 C 1198 - Police*

| TOTAL | 549.50 |
|-------|--------|

THANK YOU

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES

E. COLLATING
F. STAPLING
G. PUNCHING
H. BINDING

J. FOLDING
K. MICROFILMING
L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS

N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS
Q. AUTO POSITIVES

R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
X. X-RAY SERVICES

# MERRILL
## COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1720
Chicago, IL 60602
**Attn:** George Yamin

**Any Inquiries Call: 800-688-4400**

| | |
|---|---|
| **Invoice #:** | 1139651 |
| **Invoice Date:** | 30-NOV-10 |
| **Merrill Order #:** | 002-1429383 |
| **Client Matter #:** | 09 c 1198 |
| **Date Received:** | 26-NOV-10 |
| **Salesperson:** | K Ryan |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Wells v. City of Chicago** | | |
| 4950 | Copy - Heavy | $.12 | $594.00 |
| 990 | Labeling - Bates - Simple | $.05 | $49.50 |
| | Subtotal: | | $643.50 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $643.50 |

*(handwritten: Police)*

*(handwritten: OK TO PAY George D. Yamin 1-4-11)*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

**REMIT TO:**
**MERRILL COMMUNICATIONS LLC**
**CM-9638**
**ST. PAUL, MN 55170-9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271



# RECORD COPY SERVICES
THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE

3735-58608-QC

## INVOICE NUMBER
## CD 67037
PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

| ORDERED BY | MR. DARWIN OLORTEGUI/JOE POLICK |
|---|---|
| SOLD TO | **MARA S. GEORGES - CORPORATION COUNSEL** |
| | 30 N. LA SALLE ST.  S-1720 |
| | CHICAGO, IL 60602 |

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 11/02/10 | 09 C 1198 | | | 11020811 |
| | | | | 67037-3735 |

| TYPE OF RECORD OR DOCUMENT : COLOR (LASER)/PHOTOGRAPHS | CODE | AMOUNT |
|---|---|---|
| | BPD | 298.75 |

NAME OF CASE : WELLS VS. CITY

COMMENTS   SCANNING

*OK Joseph M Reich*
*11-5-10 SLU*
*Wells v. City 09C1198*
*Police*

| | |
|---|---|
| **TOTAL** | 298.75 |

THANK YOU

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES

E. COLLATING
F. STAPLING
G. PUNCHING
H. BINDING

J. FOLDING
K. MICROFILMING
L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS

N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS
Q. AUTO POSITIVES

R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
X. X-RAY SERVICES



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE    CHICAGO IL 60602-2592    312.726.6650
PROFESSIONAL COPY CENTRE

3735-58608-QC

**INVOICE NUMBER**

CD  66031

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY    MR. DARWIN OLORTEGUI/MR. JOE POLICK
SOLD TO       **MARA S. GEORGES - CORPORATION COUNSEL**
              30 N. LA SALLE ST.  S-1720
              CHICAGO, IL 60602

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 9/22/10 | 09 C 1198 | | POLICE | 09210807<br>66031-3735 |

TYPE OF RECORD
OR DOCUMENT    : COLOR (LASER)/PHOTOGRAPHS

| CODE | AMOUNT |
|------|--------|
| BCDP | 879.75 |

NAME OF CASE   : WELLS VS. CITY

*OK Joseph M Polick*
*9-27-10 SLU*
*Wells v. City 09 C 1198*
*Polick*

COMMENTS       DISK/CD-ROM DUPLICATION
               COPIES SENT IN ADVANCE

| TOTAL | 879.75 |
|-------|--------|

THANK YOU

A. DOCUMENT PREPARATION    E. COLLATING       J. FOLDING                 N. REDUCTIONS          R. BLUEPRINTS
B. SPECIAL SERVICES        F. STAPLING        K. MICROFILMING            O. OFFSET PRINTING     S. OVERSIZE COPIES
C. COPIES                  G. PUNCHING        L. LOCATION COPYING        P. PHOTOGRAPHICS       T. SHIPPING
D. COLOR COPIES            H. BINDING         M. MICROFILM ENLARGEMENTS  Q. AUTO POSITIVES      X. X-RAY SERVICES


**Location:** DMS-CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1720
Chicago, IL 60602
Attn: Darwin Olortegui

| | |
|---|---|
| **Any Inquiries Call:** | **800-688-4400** |
| **Invoice #:** | 1111756 |
| **Invoice Date:** | 30-SEP-10 |
| **Merrill Order #:** | 002-1417081 |
| **Client Matter #:** | 09 C 1198 |
| **Date Received:** | 10-SEP-10 |
| **Salesperson:** | K Ryan |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Wells v. City of Chicago** | | |
| 695 | Copy - Heavy | $.12 | $83.40 |
| 695 | Labeling - Bates - Confidential | $.05 | $34.75 |
| 695 | Labeling - Bates - Simple | $.05 | $34.75 |
| 2 | Pickup & Delivery - Standard Service | $5.00 | $10.00 |
| | Subtotal: | | $162.90 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $162.90 |

*[handwritten:]* OK Joseph M Folach
10-4-10 SLU
Wells v. City
09 C 1198 Police

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
**MERRILL COMMUNICATIONS LLC**
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



Location:    DMS–CHICAGO 311 WACKER

Any Inquiries Call:   312–386–2200

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
Attn:   Geoge Yamin

| | |
|---|---|
| Invoice #: | 1067137 |
| Invoice Date: | 24–MAY–10 |
| Merrill Order #: | 002–1397231 |
| Client Matter #: | 09 C 1198 |
| Date Received: | 12–MAY–10 |
| Salesperson: | K Ryan |

*POLICE* (handwritten, circled)

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 190 | Label, Bates | $.05 | $9.50 |
| 190 | Litigation, Heavy | $.12 | $22.80 |
| | Subtotal: | | $32.30 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $32.30 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: ___ SEP 2 2 2010

*OK TO PAY* (handwritten)
*George Yamin* (handwritten signature)
*89-2870* (handwritten)

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44I
For Credit to Merrill Corporation Acct #1702–2502–6310
Please reference Merrill invoice number on your payment.

REMIT TO:
   MERRILL COMMUNICATIONS LLC
    CM-9638
    ST. PAUL, MN 55170–9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :    41-2007271

# MERRILL
# COMMUNICATIONS LLC



Location:    DMS–CHICAGO 311 WACKER

Any Inquiries Call:  312–386–2200

City Of Chicago
30 N. LaSalle
Suite 1720
Chicago, IL 60606
Attn: George Yamin

| | |
|---|---|
| Invoice #: | 1076150 |
| Invoice Date: | 21–JUN–10 |
| Merrill Order #: | 002–1401312 |
| Client Matter #: | 09 C 1198 |
| Date Received: | 04–JUN–10 |
| Salesperson: | K. Ryan |

*POLICE*

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Wells v. City of Chicago** | | |
| 2191 | Black & White Copies, Heavy | $.12 | $262.92 |
| 208 | Color Copies, 8.5 x 11 | $.95 | $197.60 |
| 2399 | Label, Bates | $.05 | $119.95 |
| 2399 | Label, Confidential | $.05 | $119.95 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

| | |
|---|---|
| Subtotal: | $700.42 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $.00 |
| Total Invoice: | $700.42 |

SEP 22 2010

*OK TO PAY*
*George J. Yamin, Jr.*
*9-23-10*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702–2502–6310
Please reference Merrill invoice number on your payment.

REMIT TO:
  MERRILL COMMUNICATIONS LLC
  CM–9638
  ST. PAUL, MN 55170–9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41–2007271



# The Inner Office, Ltd.

Medical Transcription and Health Information Management

## INVOICE – ATTORNEYS

Records copied at the request of:

Joseph M. Polick –Special Litigation Counsel
City of Chicago –Dept. of Law
30 N. Lasalle Str. – Suite 1720
Chicago Illinois  60602
Fax #    312 -744-8373
Phone #    312 -744-8335

Remit payment to:

The Inner Office, Ltd.
80 Erie Street
Cortland, Ohio   44410

Records processing for:

Donald Wells  DOB 10-02-43
Whiteline Express Ltd –Employer

Itemization of charges:

| | Pages | Costs: |
|---|---|---|
| Retrieval | | $21.20 |
| Pages 1-20 - $1.06 per page | 20 | 21.20 |
| Pages 21-50 - $.53 per page | 1 | .53 |
| Pages 51 and over $.22 per page | | |
| Postage costs – actual cost | | 1.56 |
| Payment received: | | -00 |
| Total due: | | $ 44.49 |

Remit payment within 15 days please.
cc: Accounting, Chart

OK Joseph M. Polick
8-13-10   SLU
Wells v. City  09 C 1198
DOLICK

80 Erie Street, Cortland, Ohio  44410
P-330-637-5338, F-330-637-5223
www.theinneroffice.com



# IES

INTEGRATED
eSOLUTIONS

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/27/2010 | 80004493 |

**Bill To**

City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite 1720
Chicago, IL 60602



| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 8/26/2010 | 1008-311 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| OCR Conversion | 389 | 0.03 | 11.67 |
| PDF to TIFF Conversion | 389 | 0.03 | 11.67 |
| CD/DVD Creation | 1 | 25.00 | 25.00 |
| | | | |
| Bates range: | | | |
| DEP000001 - DEP000389 | | | |
| | | | |
| Volume: | | | |
| WELLS_002 | | | |

*OK TO PAY*
*George J. Yamin, Jr -*
*9-16-10*

| | |
|---|---|
| **Total** | $48.34 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $48.34 |

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS–CHICAGO 311 WACKER

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US
.Attn: George Yamin

**Any Inquiries Call:** 312–386–2200

| | |
|---|---|
| **Invoice #:** | 1034160 |
| **Invoice Date:** | 26–FEB–10 |
| **Merrill Order #:** | 002–1381282 |
| **Client Matter #:** | 09 C 1198 |
| **Date Received:** | 18–FEB–10 |
| **Salesperson:** | K. Ryan |

*PAID*

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Wells v. City** | | |
| 324 | Black & White Copies, Medium | $.12 | $38.88 |
| 41 | Color Copies, 8.5 x 11 | $.95 | $38.95 |
| 365 | Label | $.05 | $18.25 |

*OK to TAP*
*George J. Yamin, Jr*
*7-09-10*

| | |
|---|---|
| **Subtotal:** | $96.08 |
| **Messenger and Freight:** | $.00 |
| **Postage and Handling:** | $.00 |
| **Tax:** | $.00 |
| **Total Invoice:** | $96.08 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 16 2010

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702–2502–6310
Please reference Merrill invoice number on your payment.

REMIT TO:
 **MERRILL COMMUNICATIONS LLC**
 **CM–9638**
 **ST. PAUL, MN 55170–9638**

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41–2007271

# MERRILL
# COMMUNICATIONS LLC



Location:     DMS–CHICAGO 311 WACKER

Any Inquiries Call: 312–386–2200

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602 US
Attn: George Yamin

| | |
|---|---|
| Invoice #: | 1030091 |
| Invoice Date: | 28–FEB–10 |
| Merrill Order #: | 002–1379380 |
| Client Matter #: | 09 C 1198 |
| Date Received: | 08–FEB–10 |
| Salesperson: | K. Ryan |

*Poire*

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Re: Wells v. City** | | |
| 2107 | Black & White copies, Medium | $.12 | $252.84 |
| 124 | Color Copies, 8.5 x 11 | $.95 | $117.80 |
| 2231 | Label, Bates | $.05 | $111.55 |
| 2231 | Label, Custom – Document Produced Pursuant to Protective Order Entered in 09 C 1198 | $.04 | $89.24 |

*OK TO PAY*
*George J. Yamin, Jr.*
*7-19-10*

| | |
|---|---|
| Subtotal: | $571.43 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $.00 |
| Total Invoice: | $571.43 |

1. Case Name: _____
2. Case Number: _____
3. Client Dept: _____
4. Atty Signature: _____
5. Date Approved: _____
6. Law Dept. Division: _____

JUN 1 6 2010

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702–2502–6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM–9638
ST. PAUL, MN 55170–9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41–2007271



**IES**
INTEGRATED
eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/2011 | 80008440 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

RECEIVED

OCT 0 5 2011

CORPORATION COUNSEL
ADMINISTRATIVE SERVICES

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 6/29/2011 | 1106-446 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 1,284 | 0.12 | 154.08 |
| OCR Conversion | 1,284 | 0.04 | 51.36 |
| CD Creation | 1 | 25.00 | 25.00 |
| CD Duplication | 2 | 15.00 | 30.00 |
| Bates range:<br>PDF Files | | | |
| Volume:<br>WELLS_062911 | | | |

OK Joseph M. Port
10/3/11 FCRL
Wells v. City
09 C 1198
Ponick

| **Total** | $260.44 |
|-----------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $260.44 |



INTEGRATED
eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/26/2011 | 80009054 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite 1720
Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 8/24/2011 | 1108-262 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 1,204 | 0.12 | 144.48 |
| Color Imaging | 98 | 0.50 | 49.00 |
| OCR Conversion | 1,302 | 0.04 | 52.08 |
| CD Creation | 1 | 25.00 | 25.00 |
| CD Duplication | 1 | 10.00 | 10.00 |
| | | | |
| Bates range: | | | |
| PDF Files | | | |
| | | | |
| Volume: | | | |
| WELLS_PDF_001 | | | |

OK Joseph M Parish
9/6/11 FCRL

Wells v City
09 C 1198
Police

| Total | $280.56 |
|-------|---------|
| Payments/Credits | $0.00 |
| Balance Due | $280.56 |



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDSERVICES.COM

**INVOICE NUMBER**

**CD  73747**

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

3735-58608-QC

ORDERED BY
SOLD TO       MR. DARWIN OLORTEGUI
              MARA S. GEORGES - CORPORATION COUNSEL
              30 N. LA SALLE ST.  S-1720
              CHICAGO, IL 60602

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 8/12/11 | 09 C 1198 | | | 08101828 |
| | | | | 73747-3735 |

TYPE OF RECORD
OR DOCUMENT     :   B & W (OVERSIZE)

NAME OF CASE    :   WELLS VS.  CITY

COMMENTS            DISK/CD-ROM DUPLICATION
                    COPIES SENT IN ADVANCE

OK Joyph N Penn
8-16-11  SCU
Wells v City
09 C 1198 Police

| CODE | AMOUNT |
|------|--------|
| SYB  | 213.50 |
| | |
| **TOTAL** | **213.50** |

**THANK YOU**

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES
E. COLLATING
F. STAPLING
G. PUNCHING
H. BINDING
J. FOLDING
K. MICROFILMING
L. LOCATION COPYING
M. MICROFILM ENLARGEMENTS
N. REDUCTIONS
O. OFFSET PRINTING
P. PHOTOGRAPHICS
Q. AUTO POSITIVES
R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
U. DISK COPYING
V. VIDEO CASSETTE
W. AUDIO CASSETTE
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS



**INTEGRATED eSOLUTIONS**

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/15/2011 | 80008210 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |



| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 6/13/2011 | 1106-188 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 4,779 | 0.12 | 573.48 |
| OCR Conversion | 4,779 | 0.04 | 191.16 |
| CD Creation | 1 | 25.00 | 25.00 |
| CD Duplication | 1 | 15.00 | 15.00 |
| Bates range: | | | |
| PDF Files | | | |
| Volume: | | | |
| WELLS_DEP_001 | | | |

*OK TO PAY*
*[signature] 7-22-11*

| | |
|---|---|
| **Total** | $804.64 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $804.64 |



INTEGRATED
eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/17/2011 | 80006632 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago
Attn: Darwin Olortegui
30 N. LaSalle St., Suite 1720
Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 2/15/2011 | 1102-214 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Imaging | 713 | 0.12 | 85.56 |
| CD Creation | 1 | 25.00 | 25.00 |
| CD Duplication | 1 | 15.00 | 15.00 |
| | | | |
| Bates range: | | | |
| PDF Files | | | |
| | | | |
| Volume: | | | |
| WELLS_002 | | | |

*Oll Joseph M. Polish*
*2-23-11  SLU*

*Wells v. City*
*09 C 1198.*
*Police*

| Total | $125.56 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $125.56 |



**IES**

INTEGRATED eSOLUTIONS

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2011 | 80006803 |

224 N Des Plaines, Suite 1 North
Chicago, IL 60661

| Bill To |
|---------|
| City of Chicago<br>Attn: Darwin Olortegui<br>30 N. LaSalle St., Suite 1720<br>Chicago, IL 60602 |

| Tax ID: | Rep | Terms | Project Date: | Project | Job Reference |
|---------|-----|-------|---------------|---------|---------------|
| 27-0803291 | RMR | Net 30 | 2/28/2011 | 1102-417 | Wells v City 09C1198 |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| B&W Copies | 9,040 | 0.12 | 1,084.80 |
| Supplies - Redwelds | 2 | 2.00 | 4.00 |
| Supplies - Manila Folders | 26 | 0.50 | 13.00 |

*OK Joseph M. Polick*
*3-8-11    SLV*
*Wells v. City 09 C 1198*
*Police*

| **Total** | $1,101.80 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,101.80 |



3735-53472-JS

# RECORD COPY SERVICES

THIRD NORTH LA SALLE - CHICAGO, 60602-2592    312.726.6650
PROFESSIONAL COPY CENTRE
WWW.RECORDCOPYSERVICES.COM

**INVOICE NUMBER**

# CD 77500

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

ORDERED BY

SOLD TO     MR. JOSEPH M. POLICK ATTORNEY
**STEPHEN PATTON - CORPORATION COUNSEL**
30 N. LA SALLE ST. S. 900
CHICAGO, IL 60602

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|------|-----------|----------|-----------|----------|
| 2/10/12 | 09 C 1198 | N/A | N/A | 02102813 |
| | | | | 77500-3735 |

TYPE OF RECORD : B & W (OVERSIZE)
OR DOCUMENT

NAME OF CASE : ANN DARLENE WELLS, VS. CITY OF CHICAGO,
ET AL.

| | CODE | AMOUNT |
|---|------|--------|
| | S | 27.00 |

COMMENTS :

| | | |
|---|---|---|
| | **TOTAL** | **27.00** |

**THANK YOU**

A. DOCUMENT PREPARATION
B. SPECIAL SERVICES
C. COPIES
D. COLOR COPIES
E. COLLATING
F. STAPLING
G. PUNCHING
H. BINDING
J. FOLDING
K. MICROFILMING
L. MICROFILM COPYING
M. MEDICAL ENLARGEMENTS
N. MEDICAL MINIATURES
O. TYPESETTING
P. PHOTOGRAPHICS
Q. AUTO POSITIVES
R. BLUEPRINTS
S. OVERSIZE COPIES
T. SHIPPING
V. VIDEO CASSETTE
W. AUDIO CASSETTE
X. X-RAY SERVICES
Y. DIGITAL SERVICES
Z. DISK COPYING
* SEE COMMENTS

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

Any Inquiries Call: **312-386-2200**

City Of Chicago
30 N. LaSalle
Floor 17
Chicago, IL 60606
**Attn:** Angelina Fuentes
Ordered by: Darwin Orlotequi

Invoice #: 971309
Invoice Date: 31-AUG-09
Merrill Order #: 002-1346053
Client Matter #: 09 C 1198
Date Received:
Salesperson: K. Ryan

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Re: Wells v. City | | |
| 12 | Bind, GBC | $2.00 | $24.00 |
| 11856 | Black & White copies | $.12 | $1,422.72 |
| 4 | Tabs, Custom | $.35 | $1.40 |

| | | |
|---|---|---|
| Subtotal: | | $1,448.12 |
| Messenger and Freight: | | $.00 |
| Postage and Handling: | | $.00 |
| Tax: | | $.00 |
| Total Invoice: | | $1,448.12 |

1. Case Name: Wells
2. Case Number: 09C 1198
3. Client Dept: Police
4. Atty Signature: *(signature)*
5. Date Approved: 9-8-09
6. Law Dept. Division: BLU

SEP 03 2009

*Joe Polick*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

PLEASE PAY FROM THIS INVOICE

Page 1 of 1

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



**Location:** DMS-CHICAGO 311 WACKER

**Any Inquiries Call:** 312-386-2200

City Of Chicago
30 N. LaSalle
Suite 1700
Chicago, IL 60602
Attn: Angelina Fuentes
Ordered by: Darwin Olortegui        *Polick*

**Invoice #:** 955781
**Invoice Date:** 30-JUL-09
**Merrill Order #:** 002-1336934
**Client Matter #:** 09 C 1198
**Date Received:**
**Salesperson:** K. Ryan

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6188 | Label, Bates | $.04 | $247.52 |
| 6188 | Label, Confidential | $.04 | $247.52 |
| | Subtotal: | | $495.04 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $.00 |
| | Total Invoice: | | $495.04 |

1. Case Name: *Wells v. City*
2. Case Number: *09 C 1198*
3. Client Dept: *Police*
4. Atty Signature: *J. Polick*
5. Date Approved: *8-4-09*
6. Law Dept. Division: *SCU*

AUG 0 4 2009

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

Page    1    of    1

FEDERAL TAX ID :    41-2007271

JOSEPH M. POLICK

RE: WELLS V. CITY OF CHICAGO

|  | Total Expenses | 10.49 |
|---|---|---|

| 07/13/2009 | Service Fees ROY COUCH | 350.00 |
|---|---|---|
| 07/21/2009 | Service Fees ROY E COUCH | 65.00 |
|  | Total Advances | 415.00 |
|  | Total Current Work | 722.99 |
|  | Amount Owed for Period of Statement | $722.99 |

*OK Joseph M. Polick*
*8-10-09  SCU*
*Wells v. City 09 C 1198*
*Police*

**STATEMENTS ARE DUE & PAYABLE UPON RECEIPT.** MAKE CHECKS
PAYABLE TO **REACH LAW FIRM** AND REFERENCE YOUR FILE NUMBER.
CONTACT THE OFFICE FOR MASTERCARD/VISA PAYMENTS. THANK YOU.

*(handwritten, top right)* OK Joseph M Prick 1-4-10 SLJ Wells v. City 09 C 1198 Police

# REACH LAW FIRM
## The Earle Building -- Suite 400
121 W. Washington Street
Ann Arbor, Michigan  48104
(734) 994-1400

JOSEPH M. POLICK
30 N. LASALLE ST. SUITE 1720
CHICAGO  IL  60602

Page: 1
12/23/2009
Our File No:      13213-00M
Statement No:                5

RE:  WELLS V. CITY OF CHICAGO

|  |  | Hours |  |
|---|---|---|---|
| 11/24/2009 |  |  |  |
| IJR | Receipt and review Subpoenas (2); telephone call to process server; prepare correspondence to client regarding same; | 0.50 |  |
|  | For Legal Services Rendered | 0.50 | 87.50 |

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| J. Reach (IJR) | 0.50 | $175.00 | $87.50 |

| | |
|---|---|
| Xerox Charges | 0.60 |
| Postage Charges | 0.44 |
| Total Expenses | 1.04 |

| | | |
|---|---|---|
| 11/30/2009 | Service Fees ROY COUCH | 210.00 |
|  | Total Advances | 210.00 |
|  | Total Current Work | 298.54 |
|  | Amount Owed for Period of Statement | $298.54 |

**STATEMENTS ARE DUE & PAYABLE UPON RECEIPT.** MAKE CHECKS PAYABLE TO **REACH LAW FIRM** AND REFERENCE YOUR FILE NUMBER. CONTACT THE OFFICE FOR MASTERCARD/VISA PAYMENTS. THANK YOU.

JOSEPH M. POLICK

RE: WELLS V. CITY OF CHICAGO

| 01/29/2010 | Service Fees ROY COUCH | 60.00 |
| 02/08/2010 | Service Fees ROY E COUCH | 100.00 |
| 02/25/2010 | Copy Fees INTELIUS REPORT ONLINE | 6.90 |
| | Total Advances | 166.90 |
| | Total Current Work | 499.40 |
| | Amount Last Statement | $755.54 |

*bill submitted 2-5-10*

| Total Payments | -298.54 |
| Amount Owed for Period of Statement | $956.40 |

*OK Joseph M Polick*
*3-15-10. SCU*
*Wells v. City*
*89 C 1198 Police*

(

**STATEMENTS ARE DUE & PAYABLE UPON RECEIPT.** MAKE CHECKS
PAYABLE TO **REACH LAW FIRM** AND REFERENCE YOUR FILE NUMBER.
CONTACT THE OFFICE FOR MASTERCARD/VISA PAYMENTS. THANK YOU.

JOSEPH M. POLICK

RE: WELLS V. CITY OF CHICAGO

| | | |
|---|---|---|
| | Xerox Charges | 0.45 |
| | Total Expenses | 0.45 |
| | | |
| 04/21/2010 | Service Fees ROY E COUCH | 276.00 |
| 04/29/2010 | Service Fees ROY E COUCH | 114.00 |
| | Total Advances | 390.00 |
| | Total Current Work | 665.45 |
| | Amount Last Statement | $499.40 |
| | Total Payments | -499.40 |
| | Amount Owed for Period of Statement | $665.45 |

*OK Joseph M. Polick*
*5-10-10 SLU*

*Wells v. City*
*09 C 1198 Police*

**STATEMENTS ARE DUE & PAYABLE UPON RECEIPT.** MAKE CHECKS
PAYABLE TO **REACH LAW FIRM** AND REFERENCE YOUR FILE NUMBER.
CONTACT THE OFFICE FOR MASTERCARD/VISA PAYMENTS. THANK YOU.

# REACH LAW FIRM
## The Earle Building -- Suite 400
### 121 W. Washington Street
### Ann Arbor, Michigan 48104
### (734) 994-1400

JOSEPH M. POLICK
30 N. LASALLE ST. SUITE 1720
CHICAGO IL 60602

RE: WELLS V. CITY OF CHICAGO

|  |  | Hours |  |
|---|---|---|---|
| | | Hours | |
| 04/22/2010 | | | |
| IJR | Telephone conference with J. Polick regarding status of service; receipt and review Stabbs Subpoena; forward to R. Couch; | 0.40 | |
| 05/05/2010 | | | |
| IJR | Receipt and review Hood information; forward to J. Polick; | 0.20 | |
| | For Legal Services Rendered | 0.60 | 105.00 |

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| J. Reach (IJR) | 0.60 | $175.00 | $105.00 |

| | | |
|---|---|---|
| 05/14/2010 | Service Fees ROY E COUCH | 121.00 |
| | Total Advances | 121.00 |
| | Total Current Work | 226.00 |
| | Amount Last Statement   *Bill submitted 5-10-10* | $665.45 |
| | Amount Owed for Period of Statement | $891.45 |

*OK Joseph M. Polick 6-9-10 SLU*
*Wells v. City 09 C 1198 Police*

**STATEMENTS ARE DUE & PAYABLE UPON RECEIPT.** MAKE CHECKS PAYABLE TO **REACH LAW FIRM** AND REFERENCE YOUR FILE NUMBER. CONTACT THE OFFICE FOR MASTERCARD/VISA PAYMENTS. THANK YOU.

# REACH LAW FIRM
## The Earle Building -- Suite 400
## 121 W. Washington Street
## Ann Arbor, Michigan  48104
## (734) 994-1400

JOSEPH M. POLICK
30 N. LASALLE ST. SUITE 1720
CHICAGO IL  60602

Page: 1
06/30/2010
Our File No:     13213-00M
Statement No:            11

RE:  WELLS V. CITY OF CHICAGO

|  |  | Hours |  |
|---|---|---|---|
| 06/03/2010 |  |  |  |
| IJR | Receipt and review Affidavit of Service; forward to client with correspondence; | 0.20 |  |
|  | For Legal Services Rendered | 0.20 | 35.00 |

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| J. Reach (IJR) | 0.20 | $175.00 | $35.00 |

|  |  |
|---|---|
| Xerox Charges | 2.40 |
| Postage Charges | 1.39 |
| Total Expenses | 3.79 |

| 06/03/2010 | Service Fees ROY E COUCH | 105.00 |
|---|---|---|
|  | Total Advances | 105.00 |
|  | Total Current Work | 143.79 |
| → | Amount Last Statement | $891.45 |

*bill submitted 6-9-10*

|  |  |
|---|---|
| Total Payments | -665.45 |
| Amount Owed for Period of Statement | $369.79 |

*OK Joseph M. Polick 11-9-10 SLU*
*Wells v City 09 C 1198 Polick*