# LaSalle Process Servers L.P.

**Invoice**

29 S. LaSalle St. Suite 956
Chicago, Illinois 60603
Phone: 312-263-0620
FEIN# 36-4247052

| DATE | INVOICE # |
|---|---|
| 12/13/2010 | 42362 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1720
Chicago, Illinois 60602
Attn:Darwin Olortegui

CASE INFO
Ann Darlene Wells, et al.
vs.
City of Chicago, et al.
09 C 1198

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 112.00 |
| 6% Reduction | -6.72 |
| | |
| Subpoena | |
| Luis Calderon | |
| Calls at address given in Chicago on December 4 & 8 | |

1. Case Name: _Wells v. City_
2. Case Number: _09 C1198_
3. Client Dept: _Rodick_
4. Atty Signature: _J. Rodick_
5. Date Approved: _12-17-2010_
6. Law Dept. Division: _SCU_

DEC 17 2010

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN-30 DAYS.

**Total** $105.28

# LaSalle Process Servers L.P.

29 S. LaSalle St. Suite 956
Chicago, Illinois 60603
Phone: 312-263-0620
FEIN# 36-4247052

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/19/2010 | 41920 |

**BILL TO**
City of Chicago
30 N. LaSalle Street
Suite 1720
Chicago, Illinois 60602
Attn:Darwin Olortegui

**CASE INFO**
Ann Darlene Wells, et al.
vs.
City of Chicago, et al.
09 C 1198

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 77.00 |
| 6% Reduction | -4.62 |
| Subpoena | |
| Joseph Willams | |
| Call at address given in Chicago on October 11. | |

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total** $72.38

*Joseph M. Polick*
10-21-10 SLU
Wells v. City 09 C 1198
Police