**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANN DARLENE WELLS, as Representative of the Estate of Donald L. Wells, Deceased, | ) ) ) | 09 CV 1198 |
| Plaintiff | ) ) ) | Judge Matthew F. Kennelly |
| v. | ) ) | Magistrate Judge Martin C. Ashman |
| CITY OF CHICAGO, et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S ACCEPTANCE OF A REDUCTION OF THE
COMPENSATORY DAMAGE AWARD**

Ann Darlene Wells, as representative of the estate of Donald L. Wells, hereby advises the court that she accepts a reduction of the compensatory damage award to $250,000.00.

Respectfully submitted,

/s/ David C. Van Dyke
Ann Darlene Wells, as Representative of the Estate of Donald L. Wells, Deceased, By One of Her Attorneys

Scott C. Frost
David C. Van Dyke
Donna Rizzuto
Tiffany L. Carpenter
Howard and Howard Attorneys PLLC
200 South Michigan Ave., Ste. 1100
Chicago, Illinois 60604
(312) 372-4000