AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Wells                                     **JUDGMENT IN A CIVIL CASE**

        v.                           Case Number: 09 C 1198

City of Chicago

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that An amended judgment is entered as follows: On Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9 of plaintiff's third  amended complaint, in favor of all defendants and against plaintiff; on Count 10 of plaintiff's third amended complaint, in favor of plaintiff and against defendants Michael Deneen, Galo Gutierrez, Maureen McMahon, and Elliott Musial, and in favor of all other defendants against plaintiff; on Count 11 of plaintiff's third amended complaint, in favor defendant City of Chicago and against plaintiff; and on Count 12 of plaintiffs third amended complaint, in favor of plaintiff and against defendant City of Chicago to the extent of the compensatory damages award on Count 10. Plaintiff shall recover compensatory damages of $250,000 from defendants Michael Deneen, Galo Gutierrez, Maureen McMahon, Elliot Musial, and the City of Chicago, the latter pursuant to Count 12 only.


Thomas G. Bruton, Clerk of Court


Date: 10/1/2012                    _____

                                            /s/ Olga Rouse, Deputy Clerk